Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas S. Kazerounian, Esq. (SBN: 24903)
ak@kazlg.com
**Kazerouni Law Group**
2700 North Main Street, Ste. 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808
Facsimile: (949) 520-4423

Douglas J. Campion
**Law Offices of Douglas J. Campion**
409 Camino Del Rio South, Ste. 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Patricia Connor**, Individually and on Behalf of All Others Similarly Situated<br><br>                    Plaintiffs,<br>v.<br><br>**JPMorgan Chase Bank and Federal National Mortgage Association a/k/a Fannie Mae,**<br><br>                    Defendants. | **Case No: 10-CV-01284 DMS(BGS)**<br><br><u>**CLASS ACTION**</u><br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE ALL CASE DEADLINES OCCURRING PRIOR TO THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING** |

On April 21, 2011, the Parties participated in an all day mediation before Judge Bernard G. Skomal. As a result of this mediation a settlement in full has been reached in this action, on a class-wide basis. The Parties are currently working in good faith to prepare the necessary settlement documents, including the settlement agreement and the Joint Motion for Preliminary Approval of Class Action Settlement. The Parties anticipate finalizing all necessary settlement documents and filing their Joint Motion for Preliminary Approval within 60 days, by August 15, 2011. In anticipation of a hearing date on the Joint Motion for Preliminary Approval within four weeks of August 15, 2011, the Parties respectfully request that the Court vacate all pending case deadlines occurring before September 15, 2011. Specifically, these pending case deadlines are as follows:

**July 22, 2011:** Motion for Class Certification;

**August 22, 2011:** All fact discovery cut-off;

**September 6, 2011:** Expert designation;

Respectfully submitted,

Dated: July 7, 2011          **Hyde & Swigart**

By: _/s Joshua B. Swigart___
Joshua B. Swigart
Attorneys for Plaintiff

Dated: July 7, 2011          **Burke, Warren, MacKay & Serritella, P.C.**

By: _/s LeAnne Pedersen Pope__
LeAnne Pedersen Pope
Attorneys for Defendant
JPMorgan Chase Bank

| | |
|---|---|
| 1  July 7, 2011 | **AlvaradoSmith, APC** |
| 2 | By: _s/ Christopher Yoo_ |
| 3 | Christopher Yoo |
| | Attorneys for Defendant |
| 4 | Federal National |
| 5 | Mortgage Association |

**HYDE & SWIGART**
San Diego, California