# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Patricia Connor**, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>**JPMorgan Chase Bank and Federal National Mortgage Association a/k/a Fannie Mae,**<br><br>Defendants. | **Case No: 10-CV-01284 DMS(BGS)**<br><br>**CLASS ACTION**<br><br>**ORDER RE JOINT MOTION TO VACATE ALL CASE DEADLINES OCCURRING PRIOR TO THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT HEARING**<br><br>**HON. DANA M. SABRAW** |

# **ORDER**

Pursuant to the Parties' Notice of Settlement and Joint Motion to Vacate All Case Deadlines Occurring Prior to the Motion for Preliminary Approval of Class Action Settlement Hearing, and good cause appearing, it is hereby ordered that the Parties shall file their Motion for Preliminary Approval of Class Action Settlement on or before September 15, 2011. It is further ordered that all pending case deadlines occurring before September 15, 2011 are hereby vacated.

IT IS SO ORDERED.

Dated: July 8, 2011

Hon. Dana M. Sabraw
U.S. District Judge