HYDE & SWIGART
San Diego, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>PLAINTIFFS,<br><br>V.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>DEFENDANTS. | Case No: 10-CV-01284 DMS(BGS)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION FOR A 60 DAY EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>HON. DANA M. SABRAW |

**ORDER**

Pursuant to the Parties' Joint Motion requesting an extension of the filing deadline for the Joint Preliminary Approval Motion, and good cause appearing, it is hereby ordered that the Parties shall file their Motion for Preliminary Approval of Class Action Settlement on or before November 15, 2011.

IT IS SO ORDERED.

Dated: September 14, 2011

_____
Hon. Dana M. Sabraw
U.S. DISTRICT JUDGE