Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:    (619) 233-7770
Facsimile:    (619) 297-1022

Douglas J. Campion
**Law Offices of Douglas J. Campion**
409 Camino Del Rio South, Ste. 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034
Attorneys for the Plaintiff

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>PLAINTIFFS,<br>V.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>DEFENDANTS. | Case No: 10-CV-01284 DMS(BGS)<br><br>CLASS ACTION<br><br>JOINT MOTION FOR A 30 DAY EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Current Date: December 15, 2011<br>Proposed New Date: January 17, 2011<br><br>[Hon. Dana M. Sabraw] |

1  WHEREAS Pursuant to the Parties' joint request, the Court previously set December 15, 2011 as the date to submit the Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval");

4  WHEREAS For the past several months, the Parties have been working together diligently to prepare the proper pleadings necessary for the Joint Motion for Preliminary Approval of the settlement class;

7  WHEREAS a lengthy Memorandum of Understanding was drafted and executed by all the parties;

9  WHEREAS the Parties are working with the proposed claims administrator to finalize the best and most cost efficient method of providing notice. The proposed claims administrator is currently preparing several different proposals with regard to the manner of individualized notice in light of its cost and length;

13  WHEREAS the Parties are reluctant to file any request for preliminary approval of the class action settlement until the manner and cost of sending notice is finalized and a firm cost estimate is obtained from the proposed claims administrator; and

16  THEREFORE the Parties make this third request for a continuance of approximately 30 days, from December 15, 2011 to January 17, 2012, to allow the Parties time to finalize the details of notice along with the most cost efficient administration of sending of notice.

Respectfully submitted,

Dated: December 15, 2011                    **Hyde & Swigart**

                                            By: /s Joshua B. Swigart
                                            Joshua B. Swigart

                                            Abbas S. Kazerounian, Esq.
                                            ak@kazlg.com
                                            **Kazerouni Law Group**
                                            2700 North Main Street, Ste. 1050
                                            Santa Ana, CA 92866
                                            Telephone: (800) 400-6808
                                            Facsimile: (949) 520-4423
                                            Attorneys for Plaintiff

| | |
|---|---|
| Dated: December 15, 2011 | **Burke, Warren, MacKay & Serritella, P.C.**<br><br>By: /s LeAnn Pedersen Pope<br>LeAnn Pedersen Pope<br>Shana A. Shifrin<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. |
| Dated: December 15, 2011 | **AlvaradoSmith, APC**<br><br>By: s/ Christopher Yoo<br>Christopher Yoo<br>Attorneys for Defendant<br>Federal National Mortgage Association |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to LeAnn Pedersen Pope and Christopher Yoo, counsels for Defendants, and that I have obtained Mrs. Pedersen Pope and Mr. Narita's authorization to affix their electronic signature to this document.

| | |
|---|---|
| Dated: December 15, 2011 | **HYDE & SWIGART**<br><br>s/Joshua B. Swigart<br>Joshua B. Swigart<br>Attorneys for the Plaintiff |

IT IS SO ORDERED.

DATED 12-16-11

UNITED STATES DISTRICT JUDGE