Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
2700 North Main Street, Suite 1000
Santa Ana, CA 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Douglas J. Campion (SBN: 75381)
**Law Offices of Douglas J. Campion**
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2901
Facsimile: (619) 858-0034

Attorneys for Patricia Connor,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA CONNOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>PLAINTIFFS,<br><br>V.<br><br>**JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,**<br><br>DEFENDANTS. | Case No: 10-cv-01284 DMS (BGS)<br><br>**CLASS ACTION**<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS TO THE NAMED PLAINTIFFS**<br><br>Date: August 3, 2012<br>Time: 1:30 p.m.<br>Ctrm: 10<br><br>**THE HON. DANA M. SABRAW** |

Plaintiff, Patricia Connor, files this motion for approval attorneys' fees and costs and approval of incentive award for Plaintiffs Patricia Connor and Sheri L. Bywater as Class Representatives. Said motion will take place on August 3, 2012 at 1:30 p.m. in Courtroom 10 of the United State District Court located at 940 Front Street, San Diego, California.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, the pleadings and papers on file herein, and such matters as may be presented to the Court at the time of the hearing.

**LAW OFFICES OF DOUGLAS J. CAMPION**

Date: June 20, 2012         By: Douglas J. Campion
                                Douglas J. Campion

**KAZEROUNI LAW GROUP, APC**

Date: June 20, 2012         By: /s Abbas Kazerounian
                                Abbas Kazerounian

**HYDE & SWIGART**

Date: June 20, 2012         By: /s Joshua B. Swigart
                                Joshua B. Swigart

Attorneys for the Plaintiffs and Proposed Settlement Class