# EXHIBIT A

Case 3:10-cv-01284-GPC-BGS   Document 60-3   Filed 06/20/12   PageID.409   Page 1 of 10

Time Sheets for Connor v. Fannie Mae & JP Morgan Chase Bank   Page 1

### Katherine R. Aul, CLERK (AT $125.00 per hr.)

*January 20, 2012*
 Edited Supplemental filing document; saved in docs to file, sent to VS — 0.00 hrs.

*June 4, 2012*
 Revised petition for attorneys fees — 1.00 hrs.

| | Katherine R. Aul, In Summary: | $125.00 | 1.00 hrs. |

### Karen Montes, LAW CLERK (AT $90.00 per hr.)

*March 23, 2011*
 Mailing Initial Disclosures-counsel for Chase — 0.00 hrs.
 Mailing Initial Disclosure-counsel for Fannie Mae — 0.00 hrs.
 Mailing Initial Disclosure-LeAnn Pederson Pope — 0.00 hrs.
 Mailing Initial Disclosure - LeAnn Pedersen Pope — 0.00 hrs.

| | Karen Montes, In Summary: | $0.00 | 0.00 hrs. |

### Sara Khosarobadi, LAW CLERK (AT $125.00 per hr.)

*July 16, 2010*
 efiled Psum Fannie mae — 0.00 hrs.

*July 21, 2010*
 efiled Psum Jp Morgan chase — 0.00 hrs.

*July 23, 2010*
 Efile Notice of Association for Campion — 0.00 hrs.

*December 28, 2010*
 Gave ene brief to swls to Take to court by 1/7/11 — 0.00 hrs.

*March 31, 2011*
 Emailed confidential brief to judge skomal — 0.00 hrs.

*April 21, 2011*
 Revised 26f Sent revised copy to OC's — 0.00 hrs.

*April 25, 2011*
 Emailed discovery Requests and Notice of depos to All opposing counsel — 0.00 hrs.

| | Sara Khosarobadi, In Summary: | $0.00 | 0.00 hrs. |

### Sylvia Sarmiento, LAW CLERK (AT $90.00 per hr.)

*June 15, 2010*
 Mailing to the Court Complaint — 0.00 hrs.

*June 21, 2010*
 sent complaint to SWLS to be served — 0.00 hrs.

*July 15, 2010*
 Emailed PSUM (Fed National Mortgage) to sara to file with Court — 0.00 hrs.

*July 19, 2010*
 Emailed PSUM (JP Morgan) to sara to file with Court — 0.00 hrs.

| | Sylvia Sarmiento, In Summary: | $0.00 | 0.00 hrs. |

### Viviana Salazar, LAW CLERK (AT $90.00 per hr.)

*April 19, 2011*
 Review file — 0.00 hrs.

*July 8, 2011*
 E-file Notice of Settlement and Joint Motion to vacate dates — 0.00 hrs.
 Email proposed order to Judge Sabraw — 0.00 hrs.

*November 15, 2011*
 Efiled joint motion for extension of time to file settlement — 0.00 hrs.

*March 2, 2012*
 Sent proposed order to court — 0.00 hrs.

| | Viviana Salazar, In Summary: | $0.00 | 0.00 hrs. |

### Joshua B. Swigart, PARTNER (AT $495.00 per hr.)

Time Sheets for Connor v. Fannie Mae & JP Morgan Chase Bank  Page 2

| | |
|---|---:|
| *January 14, 2010* | |
| Meeting with co-counsel re: ENE and settlement positions | 2.40 hrs. |
| *June 4, 2010* | |
| Intake client; Discuss potential claims | 1.20 hrs. |
| Soft File Created | 0.00 hrs. |
| Signed fee agreement received | 0.10 hrs. |
| *June 8, 2010* | |
| Research entity association of Chase Bank | 0.80 hrs. |
| Research association with Fannie Mae | 1.10 hrs. |
| Research applicability of TCPA to third parties and vicarious liability theories | 2.00 hrs. |
| *June 9, 2010* | |
| Draft complaint | 2.00 hrs. |
| *June 11, 2010* | |
| Soft File Created | 0.00 hrs. |
| Soft File Created | 0.00 hrs. |
| Revise and draft complaint | 1.50 hrs. |
| *June 29, 2010* | |
| Telephone Call To Client | 0.30 hrs. |
| *July 2, 2010* | |
| Review Notice of appearance for Petersen | 0.10 hrs. |
| Review Notice of financial interest; docket no. 4 | 0.10 hrs. |
| Conduct research of entities with financial interest for Chase; pull 10K and 10Q filings | 2.20 hrs. |
| *July 7, 2010* | |
| Email from counsel re: extension | 0.10 hrs. |
| Discuss extension issues with R. Hyde | 0.20 hrs. |
| Email to counsel re: representation issues | 0.10 hrs. |
| Review Pro Hace Vice Appointment | 0.10 hrs. |
| *July 12, 2010* | |
| Review Order granting Joint Motion for Extension on filing answer | 0.10 hrs. |
| *July 19, 2010* | |
| Call from Fannie Mae re: extension for Fannie Mae; lft message | 0.10 hrs. |
| *July 22, 2010* | |
| Draft Doug's notice of appearance and send for review | 0.40 hrs. |
| *July 30, 2010* | |
| Review Joint Motion for extension to file answer for Fannie Mae | 0.10 hrs. |
| *August 3, 2010* | |
| Review correspondence re: motion to dismiss | 0.20 hrs. |
| Research pleading issues | 1.60 hrs. |
| Email to Doug re conference call | 0.10 hrs. |
| *August 10, 2010* | |
| Draft Joint Motion to amend complaint | 1.50 hrs. |
| *August 16, 2010* | |
| Review Order granting Joint Motion to amend complaint | 0.10 hrs. |
| *August 20, 2010* | |
| Review Pro Hac Vicie appointment order; docket no. 16 | 0.10 hrs. |
| *August 30, 2010* | |
| Assist in finalizing and having filed Joint Motion to Amend Complaint | 1.00 hrs. |
| *August 31, 2010* | |
| Conf. with counsel re: underlying facts; discovery issues and settlement structure | 5.00 hrs. |
| *September 3, 2010* | |
| Review client docs | 1.20 hrs. |

Time Sheets for Connor v. Fannie Mae & JP Morgan Chase Bank  Page 3

| | |
|---|---:|
| *September 9, 2010* | |
| Draft and Review amended complaint | 2.20 hrs. |
| Send complaint and good faith to client for review and signature | 0.10 hrs. |
| Draft declaration & letter to client with complaint.  Client to review/make changes/sign/return. | 0.40 hrs. |
| Email and research from Doug; re ATDS issues | 0.30 hrs. |
| *September 10, 2010* | |
| Finalize FAC for filing | 1.00 hrs. |
| *October 1, 2010* | |
| Review Notice of ENE and obligations for briefing | 0.20 hrs. |
| Conf. with co-counsel re: ENE obligations and strategy | 1.00 hrs. |
| *October 4, 2010* | |
| Call from Christopher Yu at Adarno; represents Fannie Mae. Will research issue of preclusion of Fannie Mae being | 0.10 hrs. |
| *October 5, 2010* | |
| Review Joint Motion for extension on time to answer | 0.10 hrs. |
| *October 6, 2010* | |
| Review Order granting joint motion for time for extension to answer | 0.10 hrs. |
| *October 8, 2010* | |
| Two week extension granted to file answer | 0.10 hrs. |
| Draft notice of appearance for AK; send for his review | 0.40 hrs. |
| *October 12, 2010* | |
| Review and modify Joint motion to get 15 day extension | 0.20 hrs. |
| Review Joint Motion for extension to answer for JP Morgan Chase | 0.10 hrs. |
| *October 13, 2010* | |
| Review Order granting Joint Motion for extension for time to answer for JP Morgan | 0.10 hrs. |
| *October 26, 2010* | |
| Review answer to FAC by JPMorgan and analyze affirmative defenses | 1.00 hrs. |
| Review answer of Fannie Mae and research issues of indemnification and vicarious liability related to both entities | 1.80 hrs. |
| *November 1, 2010* | |
| Receive notice of ENE; forward to Doug | 0.10 hrs. |
| Draft ENE brief | 1.50 hrs. |
| Email ENE brief to Doug and Abbas | 0.10 hrs. |
| Review amended notice of ENE | 0.10 hrs. |
| *November 12, 2010* | |
| Discuss discovery issues with Doug | 0.30 hrs. |
| Review drafting discovery issues; SK assign out | 0.10 hrs. |
| Drafting of settlement agreement, and review. | 1.40 hrs. |
| *November 29, 2010* | |
| Draft Discovery Requests Interrogs and RPD's for JP Morgan Chase- gave to JBS to review | 3.50 hrs. |
| Draft Discovery Requests - Interrogs and RPD's for Fannie Mae- gave to JBS to review | 2.50 hrs. |
| *December 7, 2010* | |
| Review file; conf. call | 0.50 hrs. |
| Email ENE brief to Doug | 0.10 hrs. |
| *December 17, 2010* | |
| Research and prepare Settlement notebooks and memorandum re: comparable classes and settlement | 5.00 hrs. |
| *December 20, 2010* | |
| Conf. with Doug re: status of class certification on TCPA | 1.00 hrs. |
| *December 21, 2010* | |
| Research current status of class certification for TCPA autodialed cases. Prepare memorandum and chart | 6.00 hrs. |
| *December 28, 2010* | |
| Draft/Finalize ENE brief | 0.50 hrs. |
| Send ENE brief to Sara to file | 0.10 hrs. |

Time Sheets for Connor v. Fannie Mae & JP Morgan Chase Bank  Page 4

| Date / Task | Hours |
|---|---|
| *January 13, 2011* | |
| Prepare for ENE | 1.40 hrs. |
| Work on filing for Preliminary approval and supporting documents | 6.00 hrs. |
| *January 14, 2011* | |
| Attend ENE | 2.00 hrs. |
| *January 18, 2011* | |
| Review order following ENE conf | 0.10 hrs. |
| *January 19, 2011* | |
| Conf. call with Doug re: discovery/settlement | 0.60 hrs. |
| Pull class cert briefs; and settlement agreements | 4.00 hrs. |
| Review companion case; Eichner v. JPMorgan; Wisconsion | 0.30 hrs. |
| Pull class cert briefs and settlement agreements | 3.50 hrs. |
| *January 31, 2011* | |
| Prepare for CMC | 1.00 hrs. |
| ENE/CMC | 0.50 hrs. |
| Prepare for further telephonic conference with Court; Meeting with Doug and AK on settlement strategy | 1.70 hrs. |
| Review Order converting CMC into Status Conf.; Docket no. 30 | 0.10 hrs. |
| *February 9, 2011* | |
| Review Bateman | 0.50 hrs. |
| *February 14, 2011* | |
| Pull Clerk case | 0.30 hrs. |
| Email Doug re: protective order | 0.10 hrs. |
| *March 1, 2011* | |
| Prepare for status conf.; Conf. with all co-counsel | 0.80 hrs. |
| *March 2, 2011* | |
| Conf with Doug re: status of discovery/conference call | 0.40 hrs. |
| Conduct status conference facilitated by Court | 0.30 hrs. |
| Review order re: Rule 26 compliance dates | 0.50 hrs. |
| Review proposed protective order | 1.00 hrs. |
| *March 4, 2011* | |
| Review Joint Motion for protective order | 0.20 hrs. |
| *March 9, 2011* | |
| Draft 26(a)(1) Disclosures and review file for all potentially discoverable information | 2.20 hrs. |
| Attend telephonic conference for 26(f) | 0.50 hrs. |
| Meet with Abbas re: telephonic conference | 0.50 hrs. |
| *March 10, 2011* | |
| draft 26 f report | 1.50 hrs. |
| *March 11, 2011* | |
| Revise 26(f) conf. report | 0.30 hrs. |
| *March 15, 2011* | |
| Revise Draft 26(f) | 0.30 hrs. |
| Email 26(f) to counsel | 0.10 hrs. |
| *March 16, 2011* | |
| Review signed protective order entered by court | 0.10 hrs. |
| Discuss exchange of informal discovery and settlement strategy | 1.00 hrs. |
| *March 21, 2011* | |
| Review docs from D | 3.30 hrs. |
| *March 23, 2011* | |
| Revise 26(a)s | 0.80 hrs. |
| Send out 26(a)s | 0.10 hrs. |
| Email counsel re: 26(f) | 0.10 hrs. |
| Email P counsel 26(a)s | 0.10 hrs. |

Time Sheets for Connor v. Fannie Mae & JP Morgan Chase Bank  Page 5

| | |
|---|---:|
| Research additional issues on potential prior express consent issues and memorandum | 2.50 hrs. |
| Research class issues for prior express consent | 1.00 hrs. |
| *March 24, 2011* | |
| Call from counsel re: Chase will send out 26(a)'s on Monday. Extension granted. | 0.10 hrs. |
| *March 31, 2011* | |
| Email re: missing 26(f) info | 0.10 hrs. |
| *April 1, 2011* | |
| Prepare for mediation; pull other settlements and review similar TCPA cases; draft memorandum for mediation | 6.00 hrs. |
| *April 3, 2011* | |
| Prepare for mediation | 5.50 hrs. |
| *April 4, 2011* | |
| Attend MSC | 6.00 hrs. |
| Prepare for status conf. with Court with co-counsel; discuss discovery and settlement issues | 1.00 hrs. |
| Telephonic status conf. held with Court | 0.30 hrs. |
| *April 18, 2011* | |
| Conf. with co-counsel re: developments on discovery and settlement in anticipation of 4/21/11 conf. with court | 2.00 hrs. |
| *April 21, 2011* | |
| Conf. call with Doug and Abbas re discovery plan | 0.50 hrs. |
| Conf. call with court | 0.30 hrs. |
| Revise 26(f) conf. report | 0.30 hrs. |
| Email out 26(f) report re: consent to file | 0.10 hrs. |
| Email LeeAnn re: filing joint report; no consent yet. | 0.10 hrs. |
| Emails concerning 26(f); corrdination | 0.30 hrs. |
| Final preparations for status conf. with Court | 0.50 hrs. |
| Status conf. with Court | 0.30 hrs. |
| Review Court's Rule 26 dates ordered | 0.10 hrs. |
| *April 22, 2011* | |
| Review scheduling order; draft memo for discovery plan | 0.50 hrs. |
| Conf. with Doug re: discovery issues and scheduleing | 0.40 hrs. |
| Draft written discovery | 2.20 hrs. |
| *April 25, 2011* | |
| Finalize PMK deposition notice | 0.40 hrs. |
| Email Doug re: discovery docs | 0.10 hrs. |
| Deal with discovery issues and drafting; with Doug's comments and changes | 1.00 hrs. |
| Send discovery to Doug to review | 0.10 hrs. |
| *May 5, 2011* | |
| Meet on discovery issues with co-counsel | 3.60 hrs. |
| Review discovery request in anticipation for conf. call | 1.30 hrs. |
| Conf. call re: discovery with opposing counsel | 0.50 hrs. |
| *May 24, 2011* | |
| Meeting Discuss settlement position and related discovery deadlines with co-counsel | 1.00 hrs. |
| Analyiize and draft memo re settlement | 3.30 hrs. |
| Draft and send changes to MOU | 1.00 hrs. |
| Conf. with co-counsel on MOU changes | 0.40 hrs. |
| Meet with co-counsel re settlement demand and issues | 1.00 hrs. |
| *May 25, 2011* | |
| Research other TCPA class action settlements | 6.20 hrs. |
| Deal with P's discovery issues and draft responses | 1.30 hrs. |
| Call from Abbas re discovery responses | 0.10 hrs. |
| Review discovery responses; Draft further responses and changes | 1.50 hrs. |
| *May 26, 2011* | |
| Conf. with Doug re: discovery issues | 0.80 hrs. |

| | |
|---|---:|
| Call to Salimi re: discovery; left message | 0.10 hrs. |
| Email to Salimi re: deposition | 0.10 hrs. |
| Call to court re discovery extension | 0.10 hrs. |
| Conf. with Doug re discovery issues | 0.90 hrs. |
| *May 27, 2011* | |
| Review issues with MOU | 0.50 hrs. |
| *May 31, 2011* | |
| Review settlement proposal | 0.40 hrs. |
| Draft MOU to send to opposing counsel | 4.80 hrs. |
| *June 3, 2011* | |
| Call to Abbas re discovery | 0.10 hrs. |
| *June 6, 2011* | |
| Review MOU | 2.10 hrs. |
| Draft Joint motion re: vacate dates and set preliminary approval | 0.60 hrs. |
| Review draft of MOU | 1.70 hrs. |
| *June 22, 2011* | |
| Draft and send changes to MOU to Doug | 1.00 hrs. |
| *July 7, 2011* | |
| Call from Doug re: court calling on class motion | 0.40 hrs. |
| Email; Joint motion to counsel | 0.10 hrs. |
| Call to Court; advise on pending joint motion | 0.10 hrs. |
| Email to counsel re: call to court | 0.10 hrs. |
| Draft and revise notice of settlement | 0.40 hrs. |
| Discuss vacating dates with Doug | 0.40 hrs. |
| *July 8, 2011* | |
| Confer re: Notice of settlment | 0.10 hrs. |
| Review efiling of notice of settlement | 0.10 hrs. |
| *July 12, 2011* | |
| Revise and draft settlement agreement | 2.30 hrs. |
| *July 15, 2011* | |
| Review changes to MOU | 0.50 hrs. |
| *July 29, 2011* | |
| Conf. with counsel re: MOU changes | 1.40 hrs. |
| *August 4, 2011* | |
| Review opposing counsel's changes to MOU | 0.50 hrs. |
| *August 15, 2011* | |
| Review notice of withdrawal of Salemi filing | 0.10 hrs. |
| *August 29, 2011* | |
| Finalize signatures on MOU | 0.30 hrs. |
| *September 9, 2011* | |
| Meeting with co-counsel re status of preliminary approval papers and outstanding issues | 2.00 hrs. |
| *September 13, 2011* | |
| Review drafting of joint motion for extension of filing of preliminary approval | 0.30 hrs. |
| *September 14, 2011* | |
| Conf. with Doug re: Joint Motion | 0.60 hrs. |
| Redraft Joint Motion for continuance; email to all counsel | 0.30 hrs. |
| Efile Joint Motion | 0.20 hrs. |
| Finalize and submit Joint motion for extension of time for filing of preliminary approval documents | 0.10 hrs. |
| *September 15, 2011* | |
| Review order granting Joint Motion for extension of preliminary approval filing | 0.10 hrs. |
| *October 17, 2011* | |
| Attend MSC; which was taken off calendar | 1.10 hrs. |

Time Sheets for Connor v. Fannie Mae & JP Morgan Chase Bank  Page 7

| | |
|---|---:|
| Review minute entry from court re timing issues; docket no. 44 | 0.10 hrs. |
| *November 7, 2011* | |
| Meeting with co-counsel re: Preliminary approval papers and issues | 3.00 hrs. |
| *November 10, 2011* | |
| Meeting with co-counsel re: data and status update | 0.40 hrs. |
| Emails from consultant re data analysis | 0.10 hrs. |
| *November 14, 2011* | |
| Draft Joint Motion to extend time | 0.90 hrs. |
| Draft and modify joint motion for extension of time for preliminary approval | 0.30 hrs. |
| Submit joint motion for more time to opposing counsel; waiting for approval | 0.10 hrs. |
| *November 15, 2011* | |
| Revise joint motion and prepare to file | 0.50 hrs. |
| Filing of Joint Motion for extension of time to file preliminary approval papers | 0.10 hrs. |
| *November 30, 2011* | |
| Receive information re data review from consultant | 0.30 hrs. |
| *December 1, 2011* | |
| Review order granting additional time to file preliminary approval papers | 0.10 hrs. |
| *December 6, 2011* | |
| Emails to claims administrator re: documents | 0.10 hrs. |
| *December 9, 2011* | |
| Discuss case with Doug re settlement brief; approval | 0.60 hrs. |
| Draft dec for preliminary approval | 1.80 hrs. |
| Draft joint motion for additional time on preliminary approval papers and sent to other side for reivew | 0.20 hrs. |
| *December 12, 2011* | |
| Meeting with co-counsel re outstanding settlement issues and preliminary approval filings | 2.00 hrs. |
| *December 13, 2011* | |
| Draft language for settlement agreement | 2.00 hrs. |
| *December 15, 2011* | |
| Conf. with Doug re: preliminary approval | 0.80 hrs. |
| Revise joint motion | 0.50 hrs. |
| Review and submit for filing Joint motion for more time on preliminary approval paperwork | 0.10 hrs. |
| *December 16, 2011* | |
| Assist in drafting settlement agreement | 3.00 hrs. |
| *January 6, 2012* | |
| Revise settlement docs | 3.10 hrs. |
| *January 10, 2012* | |
| Meet with consultant re data and confirmatory discovery issues | 2.00 hrs. |
| *January 12, 2012* | |
| Draft decs and preliminary approval papers | 4.10 hrs. |
| Review postcard notice | 2.50 hrs. |
| *January 13, 2012* | |
| Draft preliminary approval docs | 3.50 hrs. |
| Finalize prelminary approval docs to send to DJC | 4.00 hrs. |
| Consult with consultant re data | 0.50 hrs. |
| Conf. with counsel re: settlement agreement changes | 4.20 hrs. |
| *January 16, 2012* | |
| Draft preliminary approval papers | 4.00 hrs. |
| *January 17, 2012* | |
| Work on preparation of joint motion for preliminary approval and file documents | 7.00 hrs. |
| Draft declaration of Connor in support of preliminary approval | 1.00 hrs. |
| Review dec of Selbin re: class counsel appointment | 0.30 hrs. |

Time Sheets for Connor v. Fannie Mae & JP Morgan Chase Bank  Page 8

| | |
|---|---:|
| *January 18, 2012* | |
| Email co-counsel re documents and signatures | 0.20 hrs. |
| *January 20, 2012* | |
| Review supplemental document in support of class certification and settlement; efiled | 0.40 hrs. |
| *January 23, 2012* | |
| Review non-opposition to settlement and approval of class action filed by D | 0.10 hrs. |
| Emails from claims administrator re: claim forms | 0.30 hrs. |
| *February 8, 2012* | |
| Answer questions for claims administration re forms | 0.50 hrs. |
| *February 15, 2012* | |
| Emails re: claim forms to opposing counsel; address issues | 0.20 hrs. |
| *February 24, 2012* | |
| Review claim forms and scrip from claims admin | 0.30 hrs. |
| *March 6, 2012* | |
| Approve claim form process; review | 0.30 hrs. |
| Review scripts for claim form process | 0.30 hrs. |
| *March 12, 2012* | |
| Review Order certifying settlement class and dates | 0.30 hrs. |
| *March 13, 2012* | |
| Conf. with co-counsel; mapping out notice and claims administration | 4.00 hrs. |
| *March 15, 2012* | |
| Correspondence with Gilardi re: claims process | 0.20 hrs. |
| *March 21, 2012* | |
| Further meeting with co-counsel re: class administration | 1.50 hrs. |
| *March 22, 2012* | |
| Conf. with Co-counsel re: doc review and applicability of prior express consent | 3.00 hrs. |
| *March 26, 2012* | |
| Review settlement documents and comment | 2.70 hrs. |
| *March 28, 2012* | |
| Address opposing counsel's issues with notice | 0.40 hrs. |
| Review and revise claim documents | 1.70 hrs. |
| *March 29, 2012* | |
| Review admin issues with post card notice | 1.40 hrs. |
| *April 2, 2012* | |
| Deal with issues of draft notice by Gilardi | 1.00 hrs. |
| Conf. with Doug re Gilardi's issues with website | 1.00 hrs. |
| *April 4, 2012* | |
| Review minute entry from Judge Skomal re vacating future dates | 0.10 hrs. |
| *April 11, 2012* | |
| Confer with claims administrator to assure notice mailed correctly | 0.20 hrs. |
| Conf. with Doug re notice mailing | 0.70 hrs. |
| *April 12, 2012* | |
| Address claims issues with administration | 0.20 hrs. |
| *April 17, 2012* | |
| Review minute order from Judge Sabraw re: pretrial conf. dates vacated | 0.10 hrs. |
| *April 18, 2012* | |
| Review information concerning notice mailed; 1,381,406; data on potential RUM issues | 1.00 hrs. |
| *May 11, 2012* | |
| Review email from co-counsel re claims | 0.20 hrs. |
| *May 16, 2012* | |
| Review weekly admin report | 0.30 hrs. |

Time Sheets for Connor v. Fannie Mae & JP Morgan Chase Bank  Page 9

*May 18, 2012*
    Review report on case from co-counsel; review — 0.20 hrs.

*June 4, 2012*
    Draft fee petition — 7.90 hrs.
    Conf. call with co-counsel post status conf. re urgency of filing of 26(f) report — 0.50 hrs.
    Review court's order re granting for additional time for filing of preliminary approval paperwork — 0.10 hrs.
    Review order granting joint motion for 30 day extension of time to file motion for preliminary approval — 0.10 hrs.
    Conf. with Doug re: status conf. on Najafi — 0.10 hrs.

*June 5, 2012*
    Finalize fee petition — 4.40 hrs.

*June 6, 2012*
    Anticipated work on final approval motion, supporting documentation and claims administration — 20.00 hrs.

*December 21, 2012*
    Revise preliminary approval order — 0.30 hrs.

| | | |
|---|---:|---:|
| Joshua B. Swigart, In Summary: | $139,095.00 | 281.00 hrs. |
| Total Fees (For The Entire Firm):   $139,220.00 | | |