# EXHIBIT B

*Connor v. Fannie Mae & JP Morgan Chase Bank,  - Billing, Page 1*

| COST OR EXPENSE DESCRIPTION | COUNT | COST | CHARGE |
|---|---|---|---|
| Cost and Expenses Incurred on 6/11/10 | | | |
| Federal Filing Fee | 1 | $350.00 | $350.00 |
| Cost and Expenses Incurred on 6/15/10 | | | |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Postage | 7 | $0.44 | $3.08 |
| Cost and Expenses Incurred on 8/3/10 | | | |
| SWLS # SP6577 | 1 | $155.00 | $155.00 |
| Cost and Expenses Incurred on 9/3/10 | | | |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Cost and Expenses Incurred on 9/9/10 | | | |
| Photocopy Charge | 10 | $0.30 | $3.00 |
| Cost and Expenses Incurred on 11/12/10 | | | |
| Photocopy Charge | 20 | $0.30 | $6.00 |
| Cost and Expenses Incurred on 2/28/11 | | | |
| Lexis Nexis legal Research inv. No. 1102310753 | 1 | $60.25 | $60.25 |
| Cost and Expenses Incurred on 4/1/11 | | | |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |

*Connor v. Fannie Mae & JP Morgan Chase Bank,  - Billing, Page 2*

| Cost or Expense Description | Count | Cost | Charge |
|---|---|---|---|
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Photocopy Charge | 40 | $0.30 | $12.00 |
| Cost and Expenses Incurred on 4/25/11 | | | |
| Federal Express Package - Shannon Z Peterson | 1 | $18.31 | $18.31 |
| Federal Express Package - Sung Min Christopher Yoo | 1 | $18.31 | $18.31 |
| Cost and Expenses Incurred on 6/21/11 | | | |
| SWLS#6942 Courier Service ENE | 1 | $35.00 | $35.00 |
| Cost and Expenses Incurred on 9/12/11 | | | |
| Lexis Nexis legal Research inv. No. 1108306413 | 1 | $1.25 | $1.25 |
| Cost and Expenses Incurred on 10/11/11 | | | |
| Lexis Nexis Inv. No. 1109305843 | 1 | $153.87 | $153.87 |

Total  Fees: $139,220.00
Total Expenses: $1,092.07
Total Fees and Costs For The Entire Case: $140,312.07