# EXHIBIT I

HYDE & SWIGART
Phoenix, Arizona

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Connor, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank and Federal National Mortgage Association a/k/a Fannie Mae,<br><br>Defendants. | Case No.: 10-cv-1284 DMS (BGS)<br><br>DECLARATION OF CLINTON ROONEY IN SUPPORT OF HYDE & SWIGART'S HOURLY RATES |

I, Clinton Rooney, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, as well as the laws of the State of California that the following statements are true:

//

1.   I regularly practice before the United States District Court for the Southern District of California and am familiar with the hourly rates charged by attorneys who practice in this Court.

2.   I have been licensed to practice law in the State of California for 9 years. A large part of my practice focuses on consumer related issues and litigation. These cases include both individual actions as well as complex class actions.

3.   The hourly rate in United States District Court for the Southern District of California for an attorney with Joshua B. Swigart's experience and expertise in consumer class action litigation would be in the range of $495.00 per hour for complex litigation. Therefore, $495.00 per hour would be a reasonable and appropriate hourly rate for Mr. Swigart.

4.   I have known Mr. Swigart for several years, and I am familiar with his legal work, as he and I have similar consumer law practices and both practice in the United States District Court for the Southern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 5, 2012

Clinton Rooney

**HYDE & SWIGART**
Phoenix, Arizona