# Exhibit A

Time Sheets for Connor v. JPMorgan Chase   Page 1

| Abbas Kazerounian, OF COUNSEL (ATTORNEY) (AT $435.00 per hr.) | |
|---|---|
| *May 21, 2010* | |
|     contact with client regarding potential case | 0.50 hrs. |
|     My call with JBS regarding merits | 0.50 hrs. |
| *May 25, 2010* | |
|     meeting with client @ office for full initial consult | 2.30 hrs. |
|     My call with JBS and DC regarding meeting and Merits | 0.90 hrs. |
| *May 27, 2010* | |
|     Follow upcall to client regarding viewing some documents | 0.40 hrs. |
| *May 28, 2010* | |
|     Received Fed Ex with docs from client organized for review | 0.60 hrs. |
|     Call to JBS regarding docs | 0.20 hrs. |
| *June 2, 2010* | |
|     My call with DC regarding docs | 0.10 hrs. |
| *June 4, 2010* | |
|     Reviewed all docs sent by client | 3.60 hrs. |
|     Sent copies of docs to JBS and DC along with signed retainer | 0.40 hrs. |
| *June 9, 2010* | |
|     Drive to SD to meet with JBS regarding creating soft file and drafting complaint | 6.70 hrs. |
| *June 10, 2010* | |
|     Made adjustments to complaint and miled to JBS | 1.10 hrs. |
| *June 11, 2010* | |
|     Received email from JBS regarding his latest draft received | 0.60 hrs. |
|     Conference call with JBS and DC regarding all potential defendants and final draft before filing. | 0.40 hrs. |
| *June 14, 2010* | |
|     E-mailed complaint to client for approval | 0.10 hrs. |
| *June 15, 2010* | |
|     Call from client with questions regarding complaint Explained details and received approval to file | 0.50 hrs. |
|     Call to JBS with news regarding approval to file | 0.20 hrs. |
| *June 16, 2010* | |
|     Received email of confirmed summons and complaint | 0.10 hrs. |
| *July 7, 2010* | |
|     Email from counsel regarding extension | 0.10 hrs. |
|     Conference call with RLH regarding extension issues | 0.10 hrs. |
| *July 8, 2010* | |
|     Call from client regarding questions and asked weather case had been filed. | 0.40 hrs. |
| *July 12, 2010* | |
|     Received Joint each and Time | 0.10 hrs. |
|     Order on Joint Motion | 0.10 hrs. |
| *July 19, 2010* | |
|     Call from JBS regarding extension request from F.M | 0.20 hrs. |
| *July 30, 2010* | |
|     Received Joint motion to answer regarding FM | 0.10 hrs. |
| *August 3, 2010* | |
|     Reviwed letter regarding motion to dismiss | 0.30 hrs. |
|     Researched issues raised in correspondence | 1.80 hrs. |
|     Sent email with findings of research to co counsel | 0.10 hrs. |
|     Received e-mail from JBS regarding conference | 0.10 hrs. |
|     Order regarding Joint Motion re F.M | 0.10 hrs. |
| *August 23, 2010* | |
|     Call with JBS regarding call on August 31 and to talk to client regarding facts | 0.60 hrs. |

Time Sheets for Connor v. JPMorgan Chase   Page 2

*August 24, 2010*
 Left V.M for client    0.10 hrs.
*August 25, 2010*
 Left Vm for client    0.10 hrs.
 Emailed client    0.10 hrs.
 call from client and discussed facts    0.70 hrs.
*August 30, 2010*
 Prepared for meeting on August 31 Memo for notes from call with client    1.30 hrs.
*August 31, 2010*
 Drove to SD regarding my call with co counsel re facts and amendment    8.60 hrs.
*September 3, 2010*
 Drafted 1st draft of FAC and emailed to co counsel for revesion    0.70 hrs.
*September 9, 2010*
 received edits of FAC from JBS- reviewed and emailed back changes    0.80 hrs.
 coordinated with JBS regarding approval from client regarding filing of FAC    0.10 hrs.
 call with client regarding FAC    0.70 hrs.
 Received research from DC reviewed    0.50 hrs.
 Conf call with DC and JBS regarding DC'S research    0.40 hrs.
*September 10, 2010*
 Received conformed FAC    0.10 hrs.
*September 15, 2010*
 Call from client regarding questions    0.20 hrs.
*October 1, 2010*
 Call with JBS regarding review of 2nd extension re FM    0.30 hrs.
*October 4, 2010*
 Reviewed joint motion and e-mailed JBS    0.40 hrs.
 Call with JBS regarding his call with DM'S counsel    0.50 hrs.
*October 5, 2010*
 Received filed joint motion re FMS 2nd extention    0.10 hrs.
*October 6, 2010*
 Order granting FMS 2nd extension    0.10 hrs.
*October 11, 2010*
 drafting notice of appearance and filed    0.30 hrs.
 Recieved 2nd extension of case and emailed JBS    0.30 hrs.
*October 12, 2010*
 Received filed joint motion of case re extension    0.10 hrs.
*October 13, 2010*
 Received order regarding case extension    0.10 hrs.
*October 26, 2010*
 Received answer from case    0.10 hrs.
 Received Answer from FM    0.10 hrs.
*October 27, 2010*
 received both answers and checked alternative defenses and created memo on ADR    2.40 hrs.
*October 28, 2010*
 received notes on memo from JBS reviewed    0.60 hrs.
 Received email from DC regarding any calls re answers    0.10 hrs.
*October 29, 2010*
 Conference call with co counsel regarding answers    0.70 hrs.
*November 1, 2010*
 received not of ENE and amended ENF    0.10 hrs.
 reviewed ENE order and drafted memo on key points and emailed co counsel    0.60 hrs.
 E-mailed co council regarding conference call re brief    0.10 hrs.

Time Sheets for Connor v. JPMorgan Chase   Page 3

*November 2, 2010*
    My call with JBS and DC regarding research issues on ENE Brief    0.70 hrs.
    Drafted memo of minutes from call and e-mailed to co- counsel    0.10 hrs.
*November 3, 2010*
    Research my sections of ENE    2.40 hrs.
*November 4, 2010*
    Continued pulling cases for reasearch    1.70 hrs.
*November 5, 2010*
    Read case for reasearch for brief    4.10 hrs.
*November 9, 2010*
    Began drafting my part of brief    1.10 hrs.
*November 10, 2010*
    Finished my section of ENE Brief    2.60 hrs.
*November 11, 2010*
    E-mailed my part of brief to co- counsel    0.10 hrs.
*November 16, 2010*
    received JBS section of brief- reviewed and made notes- e-mailed back    1.40 hrs.
*November 19, 2010*
    Received DC's portion of brief- reviewed , made notes and e-mailed back    0.90 hrs.
    E-mailed received regarding my response for ENE    0.10 hrs.
*November 23, 2010*
    Drove to SD re ENE with co counsel. Finalized    6.10 hrs.
*December 10, 2010*
    Call from JBS regarding prepping client for ENE    0.30 hrs.
*December 13, 2010*
    Call with DC re prepping client for ENE    0.20 hrs.
*December 16, 2010*
    Left vmfor client to call me    0.10 hrs.
    E-mailed client    0.10 hrs.
*December 17, 2010*
    Left Vm for client to call me    0.10 hrs.
    Client called. Arranged meeting at clients home    0.30 hrs.
*December 28, 2010*
    Drove to clients home to prep for ENE    5.10 hrs.
*January 10, 2011*
    Emailed DC re conf re prepping for ENE    0.10 hrs.
    Drove to SD and prepared for strategy on ENE    4.80 hrs.
*January 14, 2011*
    Drove to SD for ENE    7.70 hrs.
*January 18, 2011*
    Received ENE order    0.10 hrs.
*January 19, 2011*
    my call with co counsel re discovery and settlement    0.60 hrs.
    Researched settlements and call client    4.10 hrs.
*January 21, 2011*
    Continued research    2.50 hrs.
*January 24, 2011*
    Drafted memo on research and e-mailed it to co counsel    1.50 hrs.
*January 31, 2011*
    Drove to SD to prepare and attend CMC with co counsel    6.80 hrs.
*February 3, 2011*
    pulled Bateman case and drafted brief of case and e-mailed to co counel re damages    1.10 hrs.

Time Sheets for Connor v. JPMorgan Chase   Page 4

| Date | Description | Hours |
|---|---|---|
| *February 9, 2011* | Received e-mail from JBS regarding his view of Bateman | 0.30 hrs. |
| *February 14, 2011* | Received email fro JBS regarding clark case | 0.20 hrs. |
| *February 15, 2011* | Read Clark and e-mailed JBS my view | 0.90 hrs. |
| *February 22, 2011* | Meng from client | 0.10 hrs. |
| *February 23, 2011* | Called client regarding her questions | 0.20 hrs. |
| *March 2, 2011* | Conf call with dc re settlement /discovery | 0.80 hrs. |
| *March 9, 2011* | Received e-mail from JBS RE 26A, 26F | 0.20 hrs. |
| | Call from JBS Re 26a and 26f | 0.40 hrs. |
| *March 10, 2011* | Made and set my red lined to PO to DC | 1.50 hrs. |
| *March 15, 2011* | Drafted 26f and sent to JBS for his changes | 1.20 hrs. |
| *March 16, 2011* | Received conformed PO | 0.10 hrs. |
| *March 20, 2011* | Reviewed packet with Docs from defendant organized | 0.80 hrs. |
| | Call with client re reviews of Docs | 0.10 hrs. |
| *March 21, 2011* | Meeting with clients re Doa review | 3.70 hrs. |
| | Call with JBS Re meeting re docs | 0.10 hrs. |
| *March 22, 2011* | Drove to SD for re to discuss potential defenses with co-counsel | 7.80 hrs. |
| *March 23, 2011* | Received draft 26a from JBS redline changes and sent back | 0.90 hrs. |
| | Received email from JBS WITH FINAL DRAFT OF 26A | 0.10 hrs. |
| *April 1, 2011* | drove to SD to prepare for MSC with co/counsel | 9.10 hrs. |
| *April 3, 2011* | call with client re prepping for MSC | 0.80 hrs. |
| | Continued research for prep re MSC | 4.20 hrs. |
| *April 4, 2011* | Drove to SD to attend MSC | 9.40 hrs. |
| *April 5, 2011* | Opened minute order re msc and reviewed | 0.20 hrs. |
| *April 18, 2011* | E-mail co counsel to create conference call to prep for conference | 0.10 hrs. |
| *April 20, 2011* | my call with co counsel re conference | 0.10 hrs. |
| *April 21, 2011* | Dove to sd to appear w/ co counsel and assist with finalization of 26f report and discovery my discovery. | 6.40 hrs. |
| *April 22, 2011* | My call with co counsel re splitting up discovery issues | 0.70 hrs. |
| | Began drafting Discovey | 2.10 hrs. |
| *April 25, 2011* | Finalized propounding discovery and emailed co counsel | 3.50 hrs. |

Time Sheets for Connor v. JPMorgan Chase   Page 5

| | |
|---|---:|
| Received drafts of other segments of discovery and redlined and e-mailed back | 2.70 hrs. |
| My call with JBS re discovery issues | 0.50 hrs. |
| *May 4, 2011* | |
| Call from JBS re meeting re discovery issues | 0.20 hrs. |
| *May 5, 2011* | |
| Drove to SD to meet re discovery | 6.70 hrs. |
| *May 16, 2011* | |
| Call from dc re meeting re settlement | 0.40 hrs. |
| *May 24, 2011* | |
| Drove to Sd to meet with co counsel re settlement. JBS with memo re analysis | 7.30 hrs. |
| *May 25, 2011* | |
| Call with co counsel re splitting up research re settlements | 0.50 hrs. |
| researched other TCPA settlements | 2.40 hrs. |
| Began reviewing D's response to disc | 4.10 hrs. |
| Call to JBS re discovery issues | 0.20 hrs. |
| *May 26, 2011* | |
| Drafted memo on D's response and emailed co counsel | 1.30 hrs. |
| My call with co councel re discovery issues | 0.80 hrs. |
| My call w/ counsel re M&C with D counsel re discovery and other misc | 0.90 hrs. |
| *May 31, 2011* | |
| Reviewed settlement proposal | 0.10 hrs. |
| Sent email to co counsel re proposal | 0.10 hrs. |
| *June 3, 2011* | |
| Call from JBS re discovery | 0.10 hrs. |
| Reviewed Motion - made notes | 1.60 hrs. |
| *June 6, 2011* | |
| reviewed joint motion vacate dates | 0.70 hrs. |
| Sent memo re notes on motion to co counsel | 0.20 hrs. |
| *July 7, 2011* | |
| My call with DC re court call | 0.50 hrs. |
| My call with JBS regarding conversation with court | 0.70 hrs. |
| Received e-mail from JBS | 0.10 hrs. |
| *July 8, 2011* | |
| Reviewed court order re motion to vacate | 0.20 hrs. |
| *July 12, 2011* | |
| Reviewed settlement agreement | 1.20 hrs. |
| *September 14, 2011* | |
| Call from JBS re his conversation with client | 0.60 hrs. |
| re Drafted joint motion for continuance and e-mailed to JBS | 0.80 hrs. |
| *September 30, 2011* | |
| Received e-mail from DC with draft of settlement agreement. Reviewed and made notes | 1.80 hrs. |
| Drafted memo of notes and sent e-mail to co counsel re notes on settlement agreement | 1.20 hrs. |
| *October 17, 2011* | |
| Call from JBS that misc is off | 0.10 hrs. |
| reviewed court order re vacation of msc | 0.10 hrs. |
| *October 20, 2011* | |
| DC sent e-mail of new draft of settlement . Reviewed and made notes and sent changes and sent them to co | 2.40 hrs. |
| *November 14, 2011* | |
| Drafted joint motion to extend time and e-mailed to JBS | 0.60 hrs. |
| *November 15, 2011* | |
| Received notes on motion from JBS accepted changes and emailed back | 0.70 hrs. |
| Received filed version of joint motion | 0.10 hrs. |

Time Sheets for Connor v. JPMorgan Chase  Page 6

*December 9, 2011*
    Conf call with co counsel re settlement and app brief      0.50 hrs.
    Began reasearching regarding approval bried (PAB)      2.30 hrs.

*December 12, 2011*
    Continued research re PAB      4.30 hrs.
    Pulled more cases for research re PAB      2.70 hrs.

*December 13, 2011*
    Continued research re PAB      7.50 hrs.

*December 14, 2011*
    Drafted memo re PAB and e-mailed co counsel      2.40 hrs.

*December 15, 2011*
    Drove to SD to meet regarding PAB and co counsel reg Joint Motion      8.10 hrs.
    DC sent new language re settlement agreement. reviewed and sent suggestion to co counsel      0.50 hrs.

*December 16, 2011*
    Reviewed order regarding joint motion      0.20 hrs.
    Began drafting PAB      3.90 hrs.

*January 4, 2012*
    Continued drafting PAB and docs e-mailed to co counsel      6.80 hrs.

*January 6, 2012*
    Review D's revision for settlement agreement and sent notes to co counsel      1.20 hrs.

*January 12, 2012*
    Left vm for client      0.10 hrs.
    E-mailed client      0.10 hrs.
    Client called and talked about settlement agreement      0.60 hrs.
    E-mailed client docs regarding FAB      0.20 hrs.

*January 13, 2012*
    Client called regarding re questions re docs.      0.70 hrs.
    Received fax with clients signed declaration reviewed      0.20 hrs.
    E-mailed signed dec to co counsel      0.10 hrs.
    Received final settlement agreement, Reviewed before contacting client      1.50 hrs.

*January 16, 2012*
    JBS e-mailed his notes regarding PAB. Redlined and sent back.      4.00 hrs.

*January 17, 2012*
    Reviewed final filed PAB      0.90 hrs.
    Client re modified dec      0.30 hrs.
    Client faxed signed modified dec reviewed      0.10 hrs.
    E-Mailed modified due to co counsel      0.10 hrs.

*January 23, 2012*
    Reviewed D's non opposition filing      0.80 hrs.

*March 12, 2012*
    reviewed order approving PAB      0.60 hrs.

*May 21, 2012*
    E-mailed co sounsel re meeting on fee petition      0.10 hrs.

*May 23, 2012*
    Drove to SD to meet co counsel re fee petition and durism of work      5.90 hrs.

*May 25, 2012*
    Began research re fee petition      3.70 hrs.

*May 28, 2012*
    Continued research on fee petition      5.30 hrs.

*May 29, 2012*
    Continued research re fee petition      4.60 hrs.

Time Sheets for Connor v. JPMorgan Chase   Page 7

*June 1, 2012*
    Began draftingdec and fee petition      7.00 hrs.
*June 5, 2012*
    Drove to SD to finalize draft of petition and dec with JBS      9.50 hrs.
*June 20, 2012*
    Anticipated work for final approval paper      20.00 hrs.

    Abbas Kazerounian, In Summary:      $133,197.00      306.20 hrs.

Total Fees (For The Entire Firm):   $133,197.00