**EXHIBIT 1**

| Fees and Expenses by Matter | Douglas J. Campion | Page 1 |
|---|---|---|
| Period: 01/01/90-06/19/12 | Law Offices of Douglas J. Campion<br>409 Camino Del Rio South, Suite 303<br>San Diego, CA 92108 | 06/19/12 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|

Matter 316-1                    Connor, Patricia (Fannie Mae)
                                TCPA

| 07/08/10<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Prepare Notice of Association of Counsel for filing, meet with Josh Swigart. | 250.00<br>HOLD |
| 07/19/10<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Review court docket; review and print mtn to extend date and order; review and print pro hac applications. | 187.50<br>HOLD |
| 08/03/10<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Email from opposing counsel re: motino to dismiss; email to co-counsel re: meet and confer. | 187.50<br>HOLD |
| 08/03/10<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email re: other atty Lo letter wanting to meet and confer. | 125.00<br>HOLD |
| 08/04/10<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails re: meet and confer; call to Josh re: strategy on same. | 250.00<br>HOLD |
| 08/05/10<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email from and to Abbas; letter via email from Salemi and meet and confer. | 125.00<br>HOLD |
| 08/05/10<br>Hold | DC | Fee: 1.60 hours @ $625.00/hour<br>Research FCC Ruling / prior express consent issue; review complaint; email to Abbas; email to Salemi. | 1,000.00<br>HOLD |
| 08/06/10<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails to and from Salemi and others. | 250.00<br>HOLD |
| 08/09/10<br>Hold | DC | Fee: 2.00 hours @ $625.00/hour<br>Review the Mitchem case; go to TCPALaw.com and review prior express consent cases; review Rule 12(b); review the other sides letters all in preparation for the meet and confer; have a telephonic meet and confer; follow up emails from and to Abbas. | 1,250.00<br>HOLD |
| 08/09/10<br>Hold | DC | Fee: 7.90 hours @ $625.00/hour<br>Legal research on all TCPA prior express consent cases, and motions to dismiss TCPA cases under Rule 12(b). | 4,937.50<br>HOLD |
| 08/10/10<br>Hold | DC | Fee: 2.90 hours @ $625.00/hour<br>Receive Def's letter to the judge for themeet and confer; Further | 1,812.50<br>HOLD |

| | | | Page 2 |
|---|---|---|---|
| **Fees and Expenses by Matter** | | | |
| Period: 01/01/90-06/19/12 | | | 06/19/12 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | legal research on motion to dismiss issue; work on arguments and find cases on 12(b) pleadings issues. | |
| 08/10/10<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Call from Abbas re: status. | 250.00<br>HOLD |
| 08/10/10<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Call from Abbas re: what client said. | 312.50<br>HOLD |
| 08/10/10<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails to Josh and Abbas; emails to Salemi. | 187.50<br>HOLD |
| 08/11/10<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Call to Salemi; call to court; email to Salemi; email from Abbas. | 250.00<br>HOLD |
| 08/16/10<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Email to co-counsel. | 187.50<br>HOLD |
| 08/26/10<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails re: meeting with client. | 125.00<br>HOLD |
| 09/05/10<br>Hold | DC | Fee: 4.30 hours @ $625.00/hour<br>Draft amended complaint; review documents provided on CD from client. | 2,687.50<br>HOLD |
| 09/07/10<br>Hold | DC | Fee: 2.00 hours @ $625.00/hour<br>Legal research - review cases on issues raised by Defs re: mtn to dismiss. | 1,250.00<br>HOLD |
| 09/08/10<br>Hold | DC | Fee: 4.70 hours @ $625.00/hour<br>Review of all documents, notes and file; readi cases, revise and draft Amended Complaint. | 2,937.50<br>HOLD |
| 09/08/10<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Call to Josh re: amended complaint strategy. | 375.00<br>HOLD |
| 09/08/10<br>Hold | DC | Fee: 1.80 hours @ $625.00/hour<br>Review 477 pages of documents again for cell phone numbers and apps. | 1,125.00<br>HOLD |
| 09/09/10<br>Hold | DC | Fee: 3.70 hours @ $625.00/hour<br>Further revisions and drafting of amended complaint; emails to co-counsel. | 2,312.50<br>HOLD |

Fees and Expenses by Matter                                                              Page 3
Period: 01/01/90-06/19/12                                                              06/19/12

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 09/09/10<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails re: status of amended complaint. | 187.50<br>HOLD |
| 09/10/10<br>Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Emails form and to co-counsel re: status of client's review; final review and revisions to amended complaint; email and call to Josh to file. | 1,750.00<br>HOLD |
| 10/05/10<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Voice mail message from Yoo; email from Josh; email to Yoo; email from Yoo and from Josh. | 312.50<br>HOLD |
| 10/11/10<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Receive motion re: extension to JP Morgan; emails re: same. | 187.50<br>HOLD |
| 10/14/10<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Review order and jt motion for extension. | 187.50<br>HOLD |
| 10/26/10<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Receive and review answers filed by both defendants; email to co-counsel re: my comments on answers. | 312.50<br>HOLD |
| 10/28/10<br>Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Receive mailed copy of Answer. | 62.50<br>HOLD |
| 11/01/10<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>ENE received; emails back and forth about it. | 250.00<br>HOLD |
| 11/11/10<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call to Josh. | 125.00<br>HOLD |
| 12/13/10<br>Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Review and revise ENE Brief; send to co-counsel for filing; email to same. | 1,750.00<br>HOLD |
| 01/13/11<br>Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Prepare for ENE; review file, brief, order, etc. | 500.00<br>HOLD |
| 01/14/11<br>Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Prepare for and attend ENE / CMC with Judge Skomal; meet with cou-counsel after. | 1,750.00<br>HOLD |
| 01/18/11<br>Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Receive court order re: last Friday's hearing. | 62.50<br>HOLD |

**Fees and Expenses by Matter**  Page 4
Period: 01/01/90-06/19/12  06/19/12

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 01/19/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Review emails from Matt re: certified cases; call to Josh re: his email and what we need for defense counsel. | 250.00<br>HOLD |
| 01/20/11<br>Hold | DC | Fee: 1.10 hours @ $625.00/hour<br>Review all cases and briefs assembled by co-counsel to send to defense counsel; emails to co-counsel. | 687.50<br>HOLD |
| 01/21/11<br>Hold | DC | Fee: 2.40 hours @ $625.00/hour<br>Assemble, review and comment on all docuemnts sent to opposing counsel re: settlement agreements, class cert decisions and protective order. | 1,500.00<br>HOLD |
| 01/31/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Prepare for and attend further status conference; telephonically. | 312.50<br>HOLD |
| 01/31/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Meet with Josh and Abbas re: Connor. | 187.50<br>HOLD |
| 02/14/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email from defense counsel re: proposed protective order; response. | 125.00<br>HOLD |
| 02/15/11<br>Hold | DC | Fee: 1.80 hours @ $625.00/hour<br>Review and revise proposed protective order; send to opposing counsel. | 1,125.00<br>HOLD |
| 02/22/11<br>Hold | DC | Fee: 1.10 hours @ $625.00/hour<br>Review and revise protective order, make additional changes; emails from and to opposiong counsel; email from and to Josh re: same. | 687.50<br>HOLD |
| 03/02/11<br>Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Prepare for and attend telephonic status conference with court; emails to and from Josh and Abbas after; court order. | 500.00<br>HOLD |
| 03/07/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails re: Rule 26f conferecne. | 250.00<br>HOLD |
| 03/14/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email to opposing counsel about when we can expect the data. | 125.00<br>HOLD |
| 03/14/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Review email from Petersen and respond re: new language to | 125.00<br>HOLD |

| | | Fees and Expenses by Matter | Page 5 |
|---|---|---|---|
| | | Period: 01/01/90-06/19/12 | 06/19/12 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | protective order. | |
| 03/14/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Go over 26f; email comments to Josh; emails from and to Shana re: data transfer. | 312.50<br>HOLD |
| 03/17/11<br>Hold | DC | Fee: 1.30 hours @ $625.00/hour<br>Emails from and to opposoing counsel re data; obtain protective order filed; calls (3) to Hansen; emails with datea and about data to opposing counsel and to Hansen; send Hansen agreement to sign. | 812.50<br>HOLD |
| 03/19/11<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Calls to and from Jeff Hansen re: data evaluation. | 375.00<br>HOLD |
| 03/20/11<br>Hold | DC | Fee: 0.90 hours @ $625.00/hour<br>Calls from and to Jeff hansen about the data from Chase and the analysis. | 562.50<br>HOLD |
| 03/21/11<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Review data, prepare email to opposing counsel about the numbers learned from their data. | 375.00<br>HOLD |
| 03/21/11<br>Hold | DC | Fee: 0.70 hours @ $625.00/hour<br>Emails from and to LeAnn Pope; calls to Jeff Hansen; open data file and review. | 437.50<br>HOLD |
| 03/28/11<br>Hold | DC | Fee: 1.30 hours @ $625.00/hour<br>Review data; put together brief for sett conf.; email to opposing counsel with questions. | 812.50<br>HOLD |
| 03/28/11<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Further prepartion for statement. | 375.00<br>HOLD |
| 03/29/11<br>Hold | DC | Fee: 1.10 hours @ $625.00/hour<br>Further drafting and revisions to Settlement Conference brief; email to co-counsel.. | 687.50<br>HOLD |
| 03/29/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from and to LeAnn Pedersen. | 125.00<br>HOLD |
| 03/30/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Meet with co-counsel to prepare for settlement conference; discuss strategies. | 250.00<br>HOLD |

| | | | |
|---|---|---|---|
| **Fees and Expenses by Matter** | | | Page 6 |
| Period: 01/01/90-06/19/12 | | | 06/19/12 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 03/31/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Email from Pedersen with the answers to my questions; analysis; email to co-counsel. | 312.50<br>HOLD |
| 03/31/11<br>Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Work on getting information for Monday's settlement Conference; calls to other counsel in Satterfield; email to Josh and Abbas; review Satterfield Settlement Agreement and motions. | 750.00<br>HOLD |
| 03/31/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Call to Jeff Hansen re answers provided by Pedersen. | 250.00<br>HOLD |
| 03/31/11<br>Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Review and revise Settlement Conference Statement; take to Sara; discuss issues with Josh.. | 1,375.00<br>HOLD |
| 04/03/11<br>Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Prepare for tomorrow's settlement conference; review all non-reversionary cases. Email to Josh. | 1,750.00<br>HOLD |
| 04/04/11<br>Hold | DC | Fee: 5.20 hours @ $625.00/hour<br>Attend Settlement Conference. | 3,250.00<br>HOLD |
| 04/21/11<br>Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Call to Josh; prepare for court's continued telephonic conference; attend same; telephone conference with Josh re: discovery and status; review file; emails to and from counsel; review discovery plan and make suggestions. | 1,375.00<br>HOLD |
| 04/21/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Review documents for prior express consent; emails from and to co-counsel. | 312.50<br>HOLD |
| 04/22/11<br>Hold | DC | Fee: 3.20 hours @ $625.00/hour<br>Prepare discovery for all parties and PMMK depo notice. | 2,000.00<br>HOLD |
| 04/25/11<br>Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Prepare discovery for Fannie Mae PMK depo. | 500.00<br>HOLD |
| 04/25/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Review discovery before sending out; calls and emails to and from Josh. | 250.00<br>HOLD |

| | | | Page 7 |
|---|---|---|---|
| **Fees and Expenses by Matter** | | | |
| Period: 01/01/90-06/19/12 | | | 06/19/12 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 05/06/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Calls to Selbin; co-counsel. | 312.50<br>HOLD |
| 05/06/11<br>Hold | DC | Fee: 2.40 hours @ $625.00/hour<br>Call to Pope; prepare offer to Pope; call to co-counsel about parameters, revise offer; review settlement conference binder; revise offer again; email to Pope. | 1,500.00<br>HOLD |
| 05/06/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call to Yoo; Reading cases, legal newspapers and publications hi s email; emails form and to co-counsel. | 125.00<br>HOLD |
| 05/09/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call from LeAnn Pedersen; memo to file. | 125.00<br>HOLD |
| 05/11/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from and to Pope; forward to co-counsel. | 125.00<br>HOLD |
| 05/11/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email from Hutchinson with their complaint; email in response and to co-counsel. | 125.00<br>HOLD |
| 05/17/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from and to opposing counsel re: scheduling depos. | 125.00<br>HOLD |
| 05/17/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails to and from co-counsel re: negotiations. | 125.00<br>HOLD |
| 05/18/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Call from Pope; email to Pope, email to co-counsel. | 312.50<br>HOLD |
| 05/18/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from co-counsel. | 125.00<br>HOLD |
| 05/24/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call from Pope. | 125.00<br>HOLD |
| 05/24/11<br>Hold | DC | Fee: 1.00 hours @ $625.00/hour<br>Meet with Josh re: Pope's comments on settlement demand. | 625.00<br>HOLD |
| 05/24/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Assemble materials to respond to Pope's questions. | 187.50<br>HOLD |

**Fees and Expenses by Matter**  Page 8
Period: 01/01/90-06/19/12  06/19/12

| Date Status | Timekeeper | Transaction Type / Description | Amount |
|---|---|---|---|
| 05/24/11 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Calls from and to Abbas; email from Josh with memo for response. | 250.00 HOLD |
| 05/24/11 Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Review Josh's memo; begin to work on letter to Pope. | 750.00 HOLD |
| 05/25/11 Hold | DC | Fee: 3.70 hours @ $625.00/hour<br>Respond to Pope's questions in a letter; review and incorporate Josh's memo; revise; call to Pope's ffice; emai to same with the letter; call to Josh. | 2,312.50 HOLD |
| 05/27/11 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Response from Pope to offer; forward to Josh; calls to and from Josh. | 312.50 HOLD |
| 05/31/11 Hold | DC | Fee: 4.80 hours @ $625.00/hour<br>Call to Pope; review and analyze counter-offer; prepare memo on $25 issue; call to Josh; meet with Josh; finish memo. | 3,000.00 HOLD |
| 06/01/11 Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Work on response to counter-offer; email to Pope. | 1,375.00 HOLD |
| 06/01/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails to and from Selbin. | 125.00 HOLD |
| 06/02/11 Hold | DC | Fee: 0.10 hours @ $450.00/hour<br>Call to LeAnn Pope; left mssg. | 45.00 HOLD |
| 06/02/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call to Vasquez re: estimate of cost of admin. | 125.00 HOLD |
| 06/06/11 Hold | DC | Fee: 2.30 hours @ $625.00/hour<br>Email from Pope; draft MOU; email draft to co-counsel; email to Selbin; call to Selbin; email and call to Pope re: status. | 1,437.50 HOLD |
| 06/06/11 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Review and modify joint motion re: settlement to file to vacate deadlines; email from and to Josh. | 187.50 HOLD |
| 06/16/11 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Call from LeAnn Pope re: MOU and other terms; call to Josh re: same. | 187.50 HOLD |

| | | | Page 9 |
|---|---|---|---|
| **Fees and Expenses by Matter** | | | |
| Period: 01/01/90-06/19/12 | | | 06/19/12 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 06/22/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email from LeAnnPope attaching MOU and taking a position on a number of items. | 125.00<br>HOLD |
| 06/22/11<br>Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Work on MOU revisions; respond to their revisions. | 750.00<br>HOLD |
| 06/22/11<br>Hold | DC | Fee: 1.80 hours @ $625.00/hour<br>Review and revisions to MOU; email to opposing counsel. | 1,125.00<br>HOLD |
| 06/29/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Calls from and to LeAnn Pope; mssgs left. | 125.00<br>HOLD |
| 07/01/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Calls and emails from and to LeAnn Pope re: MOU and other matters. | 125.00<br>HOLD |
| 07/05/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Calls and emails to Pope. | 187.50<br>HOLD |
| 07/06/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Conference call with Pedersen Pope. | 312.50<br>HOLD |
| 07/06/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call from Michael Salemi about court clerk calling Shannor Peterson; email to co-counsel about it. | 125.00<br>HOLD |
| 07/07/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails, calls; review joint stip, talk to Josh re: vacating dates. etc. | 250.00<br>HOLD |
| 07/08/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email to Burke. | 125.00<br>HOLD |
| 07/15/11<br>Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Review and revise MOU; compare to prior email; email to Pope. | 500.00<br>HOLD |
| 07/26/11<br>Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Calls fromand to Pope re: terms; call to Dan Burke. | 500.00<br>HOLD |
| 07/29/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call to LeAnn Pope; email from same re: numbers. | 125.00<br>HOLD |
| 07/29/11<br>Hold | DC | Fee: 1.40 hours @ $625.00/hour<br>Go over opposing counsel's ideas for changes to MOU; make | 875.00<br>HOLD |

**Fees and Expenses by Matter**  
Period: 01/01/90-06/19/12

Page 10  
06/19/12

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | chagnes to MOU, address issues in an email to her; send latest draft of MOU. | |
| 08/04/11<br>Hold | DC | Fee: 0.70 hours @ $625.00/hour<br>Review Pope's emails; review proposed changes to MOU, draft new language to insertt into MOU; email to Pope explaining changes and asking for approval of draft. | 437.50<br>HOLD |
| 08/09/11<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Email from Pope; compare drafts of MOU; changes to MOU, email to Pope. | 375.00<br>HOLD |
| 08/10/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Calls to Pope; negotiate final terms of MOU; circulate to all counsel for signing. | 312.50<br>HOLD |
| 08/26/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Email from Pope; call to same; review Yoo's changes and incrorporate in to MOU; circulate by email to all counsel. | 312.50<br>HOLD |
| 08/26/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails to Jonathan's assistant and to Hutchinson. | 125.00<br>HOLD |
| 08/28/11<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Assemble signature pages to MOU; email to opposing counsel. | 187.50<br>HOLD |
| 08/29/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Receive signature pages from Chase and counsel. | 125.00<br>HOLD |
| 09/30/11<br>Hold | DC | Fee: 2.70 hours @ $625.00/hour<br>Prepare Settlement Agreement. | 1,687.50<br>HOLD |
| 10/02/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Work on settlement agreement. | 312.50<br>HOLD |
| 10/03/11<br>Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Work on settlement agreement. | 750.00<br>HOLD |
| 10/20/11<br>Hold | DC | Fee: 7.80 hours @ $625.00/hour<br>Work on draft of settlement agreement; send first draft to opposing counsel. | 4,875.00<br>HOLD |
| 10/24/11<br>Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Draft Preliminary and final Approval orders; send to opposing | 1,750.00<br>HOLD |

| | | | |
|---|---|---|---|
| **Fees and Expenses by Matter** | | | Page 11 |
| Period: 01/01/90-06/19/12 | | | 06/19/12 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| | | counsel. | |
| 10/25/11<br>Hold | DC | Fee: 5.80 hours @ $625.00/hour<br>Draft Summary Notice ; draft Full website notice; email to opposing counsel. | 3,625.00<br>HOLD |
| 11/03/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from and to Pope. | 125.00<br>HOLD |
| 11/09/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Call from Jeff Hansen re: numbers on DVD. | 250.00<br>HOLD |
| 11/09/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Further calls from Jeff Hansen re: his analysis of numbers on DVD. | 312.50<br>HOLD |
| 11/10/11<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Calls and email from Jeff Hansen re: data; call to Pope, left message. | 312.50<br>HOLD |
| 11/10/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Meeti with JS and AK re: data and status of settlement papers. | 250.00<br>HOLD |
| 11/11/11<br>Hold | DC | Fee: 0.90 hours @ $625.00/hour<br>Calls to and from Jeff Hansen re: data; emails from and to same. | 562.50<br>HOLD |
| 11/11/11<br>Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails from and to LeAnn Pope; call to same. | 250.00<br>HOLD |
| 11/17/11<br>Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails re: conference call on Monday. | 125.00<br>HOLD |
| 11/23/11<br>Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Review action; email to opposing counsel draft and revise confirmatory discovery; take to co-counsel for service. | 1,375.00<br>HOLD |
| 11/25/11<br>Hold | DC | Fee: 3.40 hours @ $625.00/hour<br>Work on Preliminary Approval brief; email to Jeff Hansen re: numbers question. | 2,125.00<br>HOLD |
| 11/27/11<br>Hold | DC | Fee: 3.80 hours @ $625.00/hour<br>Work on Preliminary Approval brief; email to opposing counsel. | 2,375.00<br>HOLD |

**Fees and Expenses by Matter**  Page 12
Period: 01/01/90-06/19/12   06/19/12

| Date / Status | Timekeeper | Transaction Type / Description | Amount |
|---|---|---|---|
| 11/30/11 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Emails from and to opposing counsel re: disc; call from Jeff Hansen re: numbers; call to Alan Vasquez re: numbers for notice. | 500.00 HOLD |
| 12/06/11 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Email to Alan V.; call to same. | 500.00 HOLD |
| 12/07/11 Hold | DC | Fee: 1.90 hours @ $625.00/hour<br>Call to / from Pedersen Pope; revisions to settlemetn agreement; email to counsel. | 1,187.50 HOLD |
| 12/07/11 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email from Schifrin. | 125.00 HOLD |
| 12/07/11 Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Call to Dan Burke; emails; re: notice issues. | 375.00 HOLD |
| 12/08/11 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Work on settlement docs; email from Shifrin re: notice and Order; email to same sending it back. | 250.00 HOLD |
| 12/13/11 Hold | DC | Fee: 5.50 hours @ $625.00/hour<br>Work on Settlemetn Agreement; review and revise; call to Alan Vasquez; review mock up of postcard; emails to and from oppsoing counsel; call to Josh re: pushing off deadline. | 3,437.50 HOLD |
| 12/13/11 Hold | DC | Fee: 1.80 hours @ $625.00/hour<br>Start work on revising motion for prelim approval. | 1,125.00 HOLD |
| 12/14/11 Hold | DC | Fee: 6.80 hours @ $625.00/hour<br>Work on Motion for Preliminary Approval; revise; compare to Settlemetn Agreement and supporting docs. | 4,250.00 HOLD |
| 12/15/11 Hold | DC | Fee: 1.10 hours @ $625.00/hour<br>Calls to / from defense counsel re: details of settlemetn agreement. | 687.50 HOLD |
| 12/15/11 Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Work on language for settlement agreement; send to opposing counsel. | 375.00 HOLD |
| 12/15/11 Hold | DC | Fee: 1.30 hours @ $625.00/hour<br>Draft Preliminary Approval Order; work on changes and revisions. | 812.50 HOLD |

**Fees and Expenses by Matter**  Page 13
Period: 01/01/90-06/19/12  06/19/12

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 12/15/11 Hold | DC | Fee: 0.40 hours @ $625.00/hour  Work on revisions to joint motion fo rextension of time; emails to all counsel; reviwe final versions. | 250.00 HOLD |
| 12/19/11 Hold | DC | Fee: 0.30 hours @ $625.00/hour  Email to Shifrin; review postcard mockup; call to Vasquez. | 187.50 HOLD |
| 12/20/11 Hold | DC | Fee: 0.50 hours @ $625.00/hour  Emails to and from Shifrin; call to Burke. | 312.50 HOLD |
| 12/21/11 Hold | DC | Fee: 0.70 hours @ $625.00/hour  Conference call with Shana Schifrin and Dan Burke. | 437.50 HOLD |
| 12/22/11 Hold | DC | Fee: 2.20 hours @ $625.00/hour  Review and revise Preliminary Approval Order; email to opposing counsel. | 1,375.00 HOLD |
| 01/04/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour  Email to opposing counsel re: where are their revisions? | 125.00 HOLD |
| 01/06/12 Hold | DC | Fee: 2.80 hours @ $625.00/hour  Review opposing counsel's changes to settlement agreement; compare to other agreements; make changes; email to opposing counsel;' check status on other documents; emails to and from opposing counsel. | 1,750.00 HOLD |
| 01/09/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour  Emails from and to opposinng counsel. | 125.00 HOLD |
| 01/12/12 Hold | DC | Fee: 7.60 hours @ $625.00/hour  Emails, calls, drafts of settlemetn docs; exhibits, etc. - draft, review, revise and exchange Settlement docs. | 4,750.00 HOLD |
| 01/13/12 Hold | DC | Fee: 4.20 hours @ $625.00/hour  Calls to and from Shifrin; Josh; review settlemetn agreement changes; emails to and from co-counsel Lief Cabraser; reviwe Connor declaration; email to Josh and Abbas; obtain "final" setlement agreement; revise notice (full). | 2,625.00 HOLD |
| 01/13/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour  Review confirmatory discovery; email to Jeff Hansen re: his review. | 250.00 HOLD |

| | | | Page 14 |
|---|---|---|---|
| Fees and Expenses by Matter | | | |
| Period: 01/01/90-06/19/12 | | | 06/19/12 |

| Date<br>Status | Timekeeper | Transaction Type<br>Description | Amount |
|---|---|---|---|
| 01/13/12<br>Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Call to / from Jeff Hansen; email to Jefff and to Alan Vasquez re: class lists. | 312.50<br>HOLD |
| 01/13/12<br>Hold | DC | Fee: 6.30 hours @ $625.00/hour<br>Review and revise post card notice; calls to Alan V and emails to and from same; three revisions; further changes to Final Approval Order, send to opposing counsel. | 3,937.50<br>HOLD |
| 01/14/12<br>Hold | DC | Fee: 2.80 hours @ $625.00/hour<br>Work on prelim approval brief and all supporting docs. | 1,750.00<br>HOLD |
| 01/15/12<br>Hold | DC | Fee: 6.30 hours @ $625.00/hour<br>Work on Prelim Approval brief and all supporting docs; calls sto and from Jeff Hansen re delcaration. | 3,937.50<br>HOLD |
| 01/15/12<br>Hold | DC | Fee: 8.40 hours @ $625.00/hour<br>Further work on Preliminary Approval brief and supporting documetns, emails to and from co-counsel. | 5,250.00<br>HOLD |
| 01/16/12<br>Hold | DC | Fee: 7.80 hours @ $625.00/hour<br>Work on declarations and revisions to Prelim Approval brief; further research; revise declarations; draft my declaration; calls to and from Jeff Hansen; revise his declaration; emails to opposing counsel; emails to and from co-counsel; review all documents. | 4,875.00<br>HOLD |
| 01/16/12<br>Hold | DC | Fee: 3.40 hours @ $625.00/hour<br>Continuation of earlier entry re: preliminary approval documents; emails; revisions to docs; calls. | 2,125.00<br>HOLD |
| 01/17/12<br>Hold | DC | Fee: 8.40 hours @ $625.00/hour<br>Work on finalizing all documents; calls and emails to and from opposing counsel about revisions to exhibits; further revisions to brief and negotiaiations about that with opposing counsel; and calls with co-counesl; revisoins to our declaratoins; revise Hansen dec again; work with secretary to get revisions done. work with Abbas to get filing completed; calls to Selbin and Hutchinson; calls to and from Yoo, emails to and from Pedersen Pope. | 5,250.00<br>HOLD |
| 01/18/12<br>Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Emails re: docs and signture pages. | 187.50<br>HOLD |
| 01/23/12<br>Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Email from Alan Vasquez re: data lists; email back to him and to | 375.00<br>HOLD |

**Fees and Expenses by Matter**  
Period: 01/01/90-06/19/12

Page 15  
06/19/12

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| | | Jeff Hansen re: provide a separate data list re: cell phones called; call to / from Jeff Hansen re: same. | |
| 01/23/12 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Email from Alan Vasquez re: data and what to do with it; email back to Alan. | 187.50 HOLD |
| 01/25/12 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Telephone conference with Gilardi & Co. re: notcie and claims process and data questions. | 187.50 HOLD |
| 01/25/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Conference call with Gilardi & Co re: claims and notice procedures. | 250.00 HOLD |
| 02/08/12 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Emails from and to Gilardi seeking the files on the server and also answering questions about claimds process; review settlement agreement, etc. | 312.50 HOLD |
| 02/13/12 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Forward info to Jeff re: any problems with Gilardi's data and approach? Emails to and from Gilardi's office. | 312.50 HOLD |
| 02/14/12 Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Call from Jeff Hansen; cal lto Jeff Hansen; emails to and from Gilardi; Shifrin and Pope; download list of bad addresses. | 750.00 HOLD |
| 02/15/12 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Emails to and from Shifrin; Omran; calls to Omran; set up access to lists; discussions with Jeff Hansen re: status of data sent to Gilardi.. | 500.00 HOLD |
| 02/16/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Conference call with Shifrin and Gilardi's people. | 250.00 HOLD |
| 02/24/12 Hold | DC | Fee: 0.70 hours @ $625.00/hour<br>Receive script from Gilardi; review and revise; email to Tricia. | 437.50 HOLD |
| 03/02/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails from court clerk; email to court clerk, and to Viviana re: order. | 250.00 HOLD |

| | | | Page 16 |
|---|---|---|---|
| **Fees and Expenses by Matter** | | | |
| Period: 01/01/90-06/19/12 | | | 06/19/12 |

| Date Status | Timekeeper | Transaction Type Description | Amount |
|---|---|---|---|
| 03/06/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Review script revisions for claims process; compare to my changes; email to claims admin. | 250.00 HOLD |
| 03/06/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Review claims form; propose changes. email to claims admin. | 250.00 HOLD |
| 03/13/12 Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Receive and review Order granting prelim app; make chart with dates; send email to Tricia at Gilardi's; recieve email from same; call to Alan Vasquez; call to Josh S re: statuts.. | 750.00 HOLD |
| 03/15/12 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Emails re: claims process. | 312.50 HOLD |
| 03/15/12 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Email to Tricia at Gilardi re: correct dates; notice; change by Court in Order re: objection process. | 187.50 HOLD |
| 03/27/12 Hold | DC | Fee: 3.20 hours @ $625.00/hour<br>Review settlement documents sent by Shifrin and Tricia from Gilardi; review and revise; send to all parties for review and changes; emails re: don't make premature changes. | 2,000.00 HOLD |
| 03/28/12 Hold | DC | Fee: 1.70 hours @ $625.00/hour<br>Emails on notice and claims documents; review and revise those docs; email to others. | 1,062.50 HOLD |
| 03/28/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Further emails from / to opposing counsel on my changes. | 250.00 HOLD |
| 03/29/12 Hold | DC | Fee: 1.40 hours @ $625.00/hour<br>Call from and to Tricia at Gilardi about postcard notice and time constraints; reviwe postcard notice and revise; IVR script revisions; emails to Tricia and opposing counsel. | 875.00 HOLD |
| 04/12/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails from and to Tricia at Gilardi. | 125.00 HOLD |
| 05/08/12 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Letter from and to class member. | 312.50 HOLD |
| 05/11/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Email to co-counsel re: claim. | 125.00 HOLD |

**Fees and Expenses by Matter**  Page 17
Period: 01/01/90-06/19/12  06/19/12

| Date / Status | Timekeeper | Transaction Type / Description | Amount |
|---|---|---|---|
| 05/16/12 Hold | DC | Fee: 0.30 hours @ $625.00/hour<br>Email re: weekly report; email to co-counsel. | 187.50 HOLD |
| 05/18/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Report; email to co-counsel. | 125.00 HOLD |
| 05/31/12 Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Receive letter from class member. | 62.50 HOLD |
| 06/01/12 Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Call from Class member; left mssag. | 62.50 HOLD |
| 06/02/12 Hold | DC | Fee: 0.10 hours @ $625.00/hour<br>Call to Class member; left mssg. | 62.50 HOLD |
| 06/04/12 Hold | DC | Fee: 0.50 hours @ $625.00/hour<br>Call from same Class member re: clkaims, other issues with filing claims. | 312.50 HOLD |
| 06/04/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails and calls from co-counsel re: fee briefs. | 125.00 HOLD |
| 06/05/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Receive bills from Hansen & Levey; email to them; email from Keith Levey; return email to Levey, | 250.00 HOLD |
| 06/06/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call to Jeff Hansen re: bill. | 125.00 HOLD |
| 06/06/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Receive bill from Levey; email to co-counsel with bill; email to Levey. | 125.00 HOLD |
| 06/06/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Reviewed and responded to class member letter - Saucedo; copy to Gilardi re: claim issues. | 250.00 HOLD |
| 06/06/12 Hold | DC | Fee: 0.60 hours @ $625.00/hour<br>Work on fee application; review drafts. | 375.00 HOLD |
| 06/06/12 Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Work on fees briefs; email to co-cousnel re: declarations, etc. | 750.00 HOLD |

Fees and Expenses by Matter  Page 18
Period: 01/01/90-06/19/12  06/19/12

| Date / Status | Timekeeper | Transaction Type / Description | Amount |
|---|---|---|---|
| 06/07/12 Hold | DC | Fee: 2.20 hours @ $625.00/hour<br>Legal resaerch on fees issues; review declaration for client and revise; send to co-counsel; email from Hutchinson. | 1,375.00 HOLD |
| 06/07/12 Hold | DC | Fee: 1.20 hours @ $625.00/hour<br>Review revised brief. | 750.00 HOLD |
| 06/07/12 Hold | DC | Fee: 1.10 hours @ $625.00/hour<br>Work on fee brief; further research on common fund issues. | 687.50 HOLD |
| 06/08/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Call to Grannan re: common fund issue. | 125.00 HOLD |
| 06/08/12 Hold | DC | Fee: 0.40 hours @ $625.00/hour<br>Emails from co-counsel and to c0-counsele re: declarations from both plaintiffs. | 250.00 HOLD |
| 06/12/12 Hold | DC | Fee: 6.30 hours @ $625.00/hour<br>Work on fees brief; legal research; draft sections on common fund basis - claims or total fund. | 3,937.50 HOLD |
| 06/12/12 Hold | DC | Fee: 0.20 hours @ $625.00/hour<br>Emails formand to Alisoni Stocking re: fees declarations. | 125.00 HOLD |
| 06/17/12 Hold | DC | Fee: 0.80 hours @ $625.00/hour<br>Work on fees brief; email to co-counsel. | 500.00 HOLD |
| 06/18/12 Hold | DC | Fee: 6.80 hours @ $625.00/hour<br>Work on legal research and fees brief. | 4,250.00 HOLD |
| 06/18/12 Hold | DC | Fee: 6.70 hours @ $625.00/hour<br>Work on fees brief and declaration. | 4,187.50 HOLD |
| 06/18/12 Hold | DC | Fee: 20.00 hours @ $625.00/hour<br>Anticipated fees for preparing final approval brief and supporting documents (1/2) and for handling claims administration and notice issues (1/2). | 12,500.00 HOLD |

| | | | |
|---|---|---|---|
| Matter 316-1<br>212 transactions | Hours: 304.70 | Fees:<br>Expenses: | 190,420.00<br>0.00 |
| 212 transactions<br>1 matter | Hours: 304.70 | Fees:<br>Expenses: | 190,420.00<br>0.00 |