**EXHIBIT 2**

January 13, 2012

Shana A. Shifrin, Esq.  Douglas J. Campion, Esq.
Burke, Warren, MacKay & Serritella, P.C.  Law Offices of Douglas J. Campion
Matter: JP Morgan TCPA Settlement - Administration Cost Estimate



## ADMINISTRATION ESTIMATE SUMMARY
## FULL ADMINISTRATION WITH ONLINE CLAIMS PROCESSING AND DISTRIBUTION SERVICES

**KEY ASSUMPTIONS:**
1 - Last-known mailing address will be available for all Class Members
2 - Claims will be filed online, over the phone, and by mail
3 - There will be no claim form; claimants will provide phone number called by Defendant to confirm identity and class membership

**CLASS SIZE:**
Total Estimated Class Size: 1,700,000

Filing Percentage and Number of Claims Filed

| SERVICES | 0.5% 8,500 | 1% 17,000 | 2.5% 42,500 | 5% 85,000 |
|---|---|---|---|---|
| Notification Procedures | $ 773,980 | $ 773,980 | $ 773,980 | $ 773,980 |
| Processing/Reporting | 10,013 | 15,198 | 29,275 | 46,063 |
| Distribution | 22,103 | 28,256 | 54,765 | 96,480 |
| Total Estimated Administration Costs | $ 806,096 | $ 817,434 | $ 858,020 | $ 916,523 |

Cost Per Claim if Volume Exceeds 85,000:  $ 1.25

*Cost includes all services necessary to process and issue payment to claimants if volume exceeds 85,000.*

## COST ANALYSIS: GILARDI SERVICES AND THIRD PARTY EXPENSES (AT HIGHEST FILING RATE)

Filing Percentage: 5%
Number of Claims: 85,000

**GILARDI SERVICES:**
| | |
|---|---|
| Case Setup | $ 900 |
| Mailing Database Preparation | 5,400 |
| Software Customization | 450 |
| Document Formatting | 270 |
| Case Management | 6,750 |
| Print Production Staff Hours | 720 |
| RUM Scanning | 25,500 |
| Staff Hours Performing Address Searches & Re-Mails | 900 |
| Telephone Support (Less Printing & Postage for Notice Requests) | 58,125 |
| Website Development | 20,000 |
| Claims Processing | 42,713 |
| Request For Exclusion Processing | 1,050 |
| Reporting/Declaration | 2,300 |
| Distribution (Less Check Printing & Postage Costs) | 14,200 |
| Subtotal Gilardi Services (and Percentage of Total Estimated Costs) | $ 179,278   20% |

**THIRD PARTY EXPENSES:**
| | |
|---|---|
| Printing Initial Notice | $ 43,520 |
| 1st Class Postage for Initial Notice | 413,100 |
| National Change of Address Update | 5,100 |
| Address Searches | 89,250 |
| Remail Printing Costs | 33,233 |
| Remail Postage Costs | 70,380 |
| Fulfill Requests for Full Notice via Phone | 383 |
| Check Printing | 51,000 |
| 1st Class Postage for Issued Checks | 31,280 |
| Subtotal Expenses (and Percentage of Total Estimated Costs) | $ 737,245   80% |

| **Total Estimated Administration Fees:** | **$ 916,523** |

January 13, 2012

Shana A. Shifrin, Esq.  
Burke, Warren, MacKay & Serritella, P.C.  
Matter: JP Morgan TCPA Settlement - Administration Cost Estimate  
Page 2 of 3 of Cost Estimate Spreadsheet

Douglas J. Campion, Esq.  
Law Offices of Douglas J. Campion


Gilardi & Co LLC

## NOTIFICATION PROCEDURES

| NOTIFICATION PROCEDURES | | Unit Rate | Volume | | Cost | Total |
|---|---|---|---|---|---|---|
| **Document Formatting & Class Data Preparation** | | | | | | |
| Case Setup | | $ 90.00 | 10 | hrs | $ 900 | |
| Mailing Database Preparation | | $ 90.00 | 60 | hrs | 5,400 | |
| Software Customization | | $ 90.00 | 5 | hrs | 450 | |
| Document Formatting | | $ 90.00 | 3 | hrs | 270 | |
| Case Management | | $ 90.00 | 75 | hrs | 6,750 | |
| NCOA | | | | | 5,100 | |
| Subtotal Formatting & Data Prep | | | | | | $ 18,870 |
| **Printing/Mailing** | | | | | | |
| Notice Packet: | | $ 0.026 | 1,700,000 | | $ 43,520 | |
| 4.25" x 6" Notice Postcard | | | | | | |
| Estimated 1st Class Postage | | $ 0.243 | 1,700,000 | | 413,100 | |
| Print Production Staff Hours | | $ 90.00 | 8 | hrs | 720 | |
| Subtotal Printing/Mailing | | | | | | |
| **Returned Undeliverable Mail Handling ("RUM")** | | | | | | |
| Total % & # of RUM Pieces | 15% | | 255,000 | | | |
| RUM Scanning | | $ 0.10 | 255,000 | | $ 25,500 | |
| Address Search Services (Skip-Tracing) | | | | | | |
| # of Searches (from RUM above) | | $ 0.35 | 255,000 | | 89,250 | |
| Class List Contains SSNs? (Y/N) | N | | | | | |
| # of New Addresses Found and Remail | 75% | $ 0.174 | 191,250 | | 33,233 | |
| Remails batched at volumes of 50,000+ | | | | | | |
| Estimated 1st Class Postage for Remails | | $ 0.368 | 191,250 | | 70,380 | |
| Staff Hours Performing Address Searches & Re-Mails | | $ 90.00 | 10 | hrs | 900 | |
| Subtotal RUM Handling & Address Searches | | | | | | $ 219,263 |
| **Toll-free Telephone Support (Automated IVR & Live Operators)** | | | | | | |
| One-Time Setup | | | | | $ 1,500 | |
| Script and Decision Tree Development | | $ 90.00 | 10 | hrs | 900 | |
| Monthly Charges | | $ 150.00 | 6 | mos | 900 | |
| Line Charges | | | | | | |
| IVR - % of class calling & estimated # of calls | 1.5% | | 25,500 | | | |
| Average minutes per call | | | 4 | | | |
| Total estimated IVR minutes | | $ 0.10 | 102,000 | min | 10,200 | |
| Cost includes line charges and transcriptions | | | | | | |
| Live operators - % rollover to a live operator | 50% | | 12,750 | | | |
| Average minutes per call | | | 3 | | | |
| Staff hours handling live calls | | $ 70.00 | 638 | hrs | 44,625 | |
| Cost includes line charges and staff time | | | | | | |
| % and # of Callers Requesting Full Notice thru telephone support | 1% | | 255 | | | |
| Fulfill Requests for Full Notice via Phone | | $ 1.50 | 255 | | 383 | |
| Subtotal Estimated Automated Telephone Support | | | | | | 58,508 |
| **Website Development** | | | | | | |
| Case-dedicated interactive website with online claim filing capabilities | | | | | | 20,000 |
| **Subtotal Notification Procedures** | | | | | | $ 773,980 |

January 13, 2012

Shana A. Shifrin, Esq.  
Burke, Warren, MacKay & Serritella, P.C.  
Matter: JP Morgan TCPA Settlement - Administration Cost Estimate  
Page 3 of 3 of Cost Estimate Spreadsheet

Douglas J. Campion, Esq.  
Law Offices of Douglas J. Campion


Gilardi & Co LLC

## CLAIMS PROCESSING AND DISTRIBUTION

Projected Claims Filed (% and # of Claims)

| PROCESSING/REPORTING | Unit Rate | 8,500 Volume | 0.5% Cost | 17,000 Volume | 1% Cost | 42,500 Volume | 2.5% Cost | 85,000 Volume | 5% Cost |
|---|---|---|---|---|---|---|---|---|---|
| Claims Processing (cost per claim #'s reflect rounding) | | | | | | | | | |
| *Gilardi's Claims Processing Costs Include Claim Receipt, Evaluation, and Validation* | | | | | | | | | |
| Cost per Claim for 425 Claims Filed via Mail | $2.25 | | | | | | | | |
| Cost per Claim for 850 Claims Filed via Mail | $2.00 | | | | | | | | |
| Cost per Claim for 2,125 Claims Filed via Mail | $1.75 | | | | | | | | |
| Cost per Claim for 4,250 Claims Filed via Mail | $1.50 | | | | | | | | |
| Cost per Claim for 8,075 Claims Filed via Website or Phone | $0.75 | | | | | | | | |
| Cost per Claim for 16,150 Claims Filed via Website or Phone | $0.65 | | | | | | | | |
| Cost per Claim for 40,375 Claims Filed via Website or Phone | $0.55 | | | | | | | | |
| Cost per Claim for 80,750 Claims Filed via Website or Phone | $0.45 | | | | | | | | |
| Estimated Number of Claim Forms filed Online or by Phone | 95% | 8,075 | $ 6,056 | 16,150 | $ 10,498 | 40,375 | $ 22,206 | 80,750 | $ 36,338 |
| Estimated Number of Claim Forms filed by Postal Mail | 5% | 425 | 956 | 850 | 1,700 | 2,125 | 3,719 | 4,250 | 6,375 |
| Request For Exclusion Processing | | | | | | | | | |
| Estimated Number of Opt-outs | 1 | 1,000 | | 1,000 | | 1,000 | | 1,000 | |
| Minutes per Opt-out | | | | | | | | | |
| Staff Hours Handling Requests for Exclusion | $ 70.00 | 15 hrs | 1,050 | 15 hrs | 1,050 | 15 hrs | 1,050 | 15 hrs | 1,050 |
| Reporting/Declaration | | | | | | | | | |
| Declaration of Notice Procedures | $ 90.00 | 10 hrs | 900 | 10 hrs | 900 | 10 hrs | 900 | 10 hrs | 900 |
| Assumes reporting 1x per week | $ 70.00 | 15 hrs | 1,050 | 15 hrs | 1,050 | 20 hrs | 1,400 | 20 hrs | 1,400 |
| **Subtotal Processing/Reporting** | | | $ 10,013 | | $ 15,198 | | $ 29,275 | | $ 46,063 |
| **DISTRIBUTION** | | | | | | | | | |
| Settlement Fund Management (Incl. obtaining Tax ID) | $ 90.00 | 5 hrs | $ 450 | 5 hrs | $ 450 | 5 hrs | $ 450 | 5 hrs | $ 450 |
| Distribution Calculations | $ 90.00 | 10 hrs | 900 | 10 hrs | 900 | 15 hrs | 1,350 | 20 hrs | 1,800 |
| Distribution Preparation | $ 90.00 | 20 hrs | 1,800 | 20 hrs | 1,800 | 30 hrs | 2,700 | 40 hrs | 3,600 |
| % & # of Claimants receiving checks | 100% | 8,500 | | 17,000 | | 42,500 | | 85,000 | |
| Check Print Rate (volume dependent) | | 1.25 | | 0.75 | | 0.65 | | 0.60 | |
| Issue Checks | | $ 8,500 | | $ 17,000 | | $ 42,500 | | $ 85,000 | |
| 1st Class Postage for Checks Issued | $ 0.368 | 8,500 | 10,625 | 17,000 | 12,750 | 42,500 | 27,625 | 85,000 | 51,000 |
| Settlement Fund Tax Reporting | $ 2,500.00 | 8,500 | 3,128 | 17,000 | 6,256 | 42,500 | 15,640 | 85,000 | 31,280 |
| Staff Hours Handling Check Re-issues | | 1 yr | 2,500 | 1 yr | 2,500 | 1 yr | 2,500 | 1 yr | 2,500 |
| Final Accounting Services | $ 90.00 | 10 hrs | 900 | 15 hrs | 1,350 | 20 hrs | 1,800 | 25 hrs | 2,250 |
| | $ 90.00 | 20 hrs | 1,800 | 25 hrs | 2,250 | 30 hrs | 2,700 | 40 hrs | 3,600 |
| **Subtotal Distribution** | | | $ 22,103 | | $ 28,256 | | $ 54,765 | | $ 96,480 |