**EXHIBIT 3**

# Hansen & Levey Forensics, Inc.

PO Box 813210 / Hollywood, FL 33081
954-302-7646

Invoice submitted to:

Law Offices of Douglas J. Campion &
Hyde & Swigart Attorneys at Law
409 Camino del Rio S
Suite #303
San Diego CA 92108

June 06, 2012

Reference:   Connor vs JP Morgan

Invoice # 1015

Professional Services

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 3/17/2011 | JAH | Telephone calls with Doug Campion, Esq. regarding data. | 0.50 | 125.00 |
| | JAH | Emails from Doug Campion, Esq. regarding data. | 0.10 | 25.00 |
| 3/19/2011 | JAH | Meeting with Doug Campion, Esq. regarding case. | 1.00 | 250.00 |
| | JAH | Telephone call with Keith Levey regarding strategy. | 1.00 | 250.00 |
| | KPL | Telephone call with Jeff Hansen regarding strategy. | 1.00 | 250.00 |
| | JAH | Configured server for this case. | 17.00 | 4,250.00 |
| | JAH | Telephone calls to/from Doug Campion, Esq. regarding data and its format. | 0.60 | 150.00 |
| 3/20/2011 | JAH | Reviewed / Prepared received data from opposing side. | 4.00 | 1,000.00 |
| | JAH | Setup database, imported data, checked for inconsistencies, indexed and ran NANPA comparison. Deduped and also verified against ported numbers. | 7.25 | 1,812.50 |
| | JAH | Telephone call with Keith Levey regarding status. | 0.50 | 125.00 |
| | KPL | Telephone call with Jeff Hansen regarding status. | 0.50 | 125.00 |
| | JAH | Telephone calls to/from Doug Campion, Esq. regarding data from Chase. | 0.90 | 225.00 |
| 3/21/2011 | KPL | Reviewed findings for accuracy. | 7.50 | 1,875.00 |

Law Offices of Douglas J. Campion &   Page   2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/21/2011 | JAH | Telephone call with Doug Campion, Esq. regarding status / Provided list. | 0.50 | 125.00 |
| 3/31/2011 | JAH | Telephone call with Doug Campion, Esq. regarding answers provided by Pedersen. | 0.40 | 100.00 |
| 11/9/2011 | JAH | Telephone call with Doug Campion, Esq. regarding numbers on DVD. | 0.40 | 100.00 |
| | JAH | Additional telephone calls with Doug Campion, Esq. regarding analysis of numbers on DVD. | 0.50 | 125.00 |
| 11/10/2011 | JAH | Telephone call with Doug Campion, Esq. regarding data. | 0.40 | 100.00 |
| | JAH | Email to Doug Campion, Esq. regarding data. | 0.10 | 25.00 |
| 11/11/2011 | JAH | Emails to Doug Campion, Esq. regarding data. | 0.20 | 50.00 |
| | JAH | Telephone call with Doug Campion, Esq. regarding data. | 0.70 | 175.00 |
| 11/19/2011 | JAH | Received data from other side in xlsx format; converted to .csv. | 1.00 | 250.00 |
| | JAH | Setup database, imported data, checked for inconsistencies, indexed and ran NANPA comparison. Deduped and also verified against ported numbers. | 9.25 | 2,312.50 |
| | JAH | Reviewed findings for accuracy. | 8.00 | 2,000.00 |
| | JAH | Telephone call with Douglas Campion, Esq. | 0.50 | 125.00 |
| 11/21/2011 | JAH | Conference with Douglas Campion, Esq., opposing counsel and IT staff. | 0.50 | 125.00 |
| 11/25/2011 | JAH | Email from/to Doug Campion, ESq. regarding question about numbers. | 0.20 | 50.00 |
| 11/30/2011 | JAH | Telephone call to Doug Campion, Esq. regarding numbers. | 0.20 | 50.00 |
| 12/1/2011 | JAH | Received new list in pipe delimited format. Reviewed and prepared data. | 0.50 | 125.00 |
| | JAH | Setup database, imported data, checked for inconsistencies, indexed and ran NANPA comparison. Deduped and also verified against ported numbers. | 8.50 | 2,125.00 |
| | JAH | Reviewed findings for accuracy. | 2.25 | 562.50 |
| | JAH | Telephone call with Douglas Campion, Esq. | 0.50 | 125.00 |

Law Offices of Douglas J. Campion &                                                      Page     3

|            |     |                                                                                                                                                                                                                                                                                                                                                 | Hours | Amount     |
|------------|-----|-----|-------|------|
| 1/13/2012  | JAH | Spoke with Doug Campion, Esq. about sending the class list to the claims administrator (Gilardi & Co).                                                                                                                                                                                                                                          | 0.50  | 125.00     |
|            | JAH | Email from Doug Campion, Esq.                                                                                                                                                                                                                                                                                                                    | 0.10  | 25.00      |
| 1/15/2012  | JAH | Reviewed Confirmatory Responses.                                                                                                                                                                                                                                                                                                                 | 1.00  | 250.00     |
|            | JAH | Telephone calls to/from Doug Campion, Esq. regarding Declaration.                                                                                                                                                                                                                                                                                | 0.50  | 125.00     |
| 1/16/2012  | JAH | Received declaration from Doug Campion, Esq. for my review.                                                                                                                                                                                                                                                                                      | 1.00  | 250.00     |
| 1/17/2012  | JAH | Alan Vasquez from Gilardi & Co emailed me to confirm that he received the class list that I made available to him digitally.                                                                                                                                                                                                                     | 0.10  | 25.00      |
|            | JAH | Received revised Declaration from Doug Campion, Esq. for my review.                                                                                                                                                                                                                                                                              | 1.00  | 250.00     |
| 1/23/2012  | JAH | Asked by Doug Campion, Esq. to separate the "numbers called" from the larger notice list and make it available for Gilardi & Co. Because JP Morgan Chase was unsure of who in the list was a co-borrower and who was the primary borrower, there are records with duplicate addresses or duplicate loan numbers. For the purpose of eliminating extraneous notices being sent out by the claims administrator, we need to create a list without those duplicates so that each household only receives one notice. | 2.50  | 625.00     |
|            | JAH | Made available for Gilardi & Co the "numbers called" list in a digital format.                                                                                                                                                                                                                                                                   | 0.10  | 25.00      |
| 2/13/2012  | JAH | Downloaded from Gilardi & Co the list of bad addresses and the list of duplicates from the class list and verified the data to ensure that all class members will receive one notice.                                                                                                                                                             | 2.50  | 625.00     |
| 2/14/2012  | JAH | Spoke with Chris Omran from Gilardi & Co to discuss the data that they provided and that I needed to verifiy.                                                                                                                                                                                                                                    | 0.20  | 50.00      |
|            | JAH | Telephone call from Doug Campion, Esq. regarding emails from Gilardi, Shifrin and Pope.                                                                                                                                                                                                                                                          | 0.50  | 125.00     |
| 2/15/2012  | JAH | Telephone call from Doug Campion, Esq. regarding status of data sent to Gilardi.                                                                                                                                                                                                                                                                 | 0.20  | 50.00      |
|            | JAH | Backup and verify all data on external hard drive.                                                                                                                                                                                                                                                                                               | 0.75  | 187.50     |
|            |     | **For professional services rendered**                                                                                                                                                                                                                                                                                                           | 87.40 | $21,850.00 |

| Law Offices of Douglas J. Campion & | Page | 4 |
|---|---|---|
| | | Amount |
| **Balance due** | | $21,850.00 |