**EXHIBIT 4**

Jeffrey A. Hansen
San Diego, CA 91977
(954) 302-7646
Email: Jeff@hlforensics.com

**SUMMARY OF QUALIFICATIONS:**
IT certified professional with over 20 years of extensive troubleshooting experience

**AREAS OF EXPERTISE:**

| | | |
|---|---|---|
| Communication Systems | Component level troubleshooting | Tactical Data Systems |
| Security | Microcomputers | Training |
| Electronic Theory | Computer Networking | TCP/IP |
| Windows 2000 | Windows NT 4.0 | Exchange 2000 |
| Linux | BIND | POSTFIX |
| Disaster Recovery | Windows .NET (2003 Server) | Windows XP |
| Sparc | HIPAA | Network Management |
| Computer Forensics | Access Data FTK | E-Discovery |

**PROFESSIONAL EXPERIENCE:**

**2007-Present Co-Founder**
**Hansen and Levey Forensics, Ft Lauderdale, FL**
- Established and incorporated Hansen & Levey Forensics, Inc in 2007
- Established secure forensics laboratory for the San Diego office.
- Developed operating procedures for computer forensic examinations.
- Developed proper protocols in preserving electronic evidence and following chain of custody.
- Provided Forensic services for clients for class action, employment, civil, domestic, and juvenile cases.
- Oversee all discovery phase of cases.
- Assist counsel in interrogatories, depositions, and meet and confer meetings, and preparation for sanction hearings against opposing counsel and parties.
- Provided expert testimony in Braun v Casey.
- Awarded consultant fees in Kevin Lemieux v. Global Credit & Collection Corp.
- Participated in Meet and Confer, 26f conferences and misc pre-trial meetings.
- Assisted counsel in developing litigation strategies in cases
- Assisted counsel in preparing discovery including interrogatories and document requests
- Assisted counsel in evaluating responses to interrogatories and document requests
- Assisted in counsel in witness examination in depositions

**2000-Present Owner**
**Pns724 San Diego, CA**
- Provided complete IT solutions for hundreds of businesses and individuals including network design, configuration, forensics, and data recovery.
- Set up and maintained 480 line outbound call center with numerous auto dialers and predictive dialers. Maintained call lists, and DNC lists used to place hundreds of millions of calls over a five year period.
- Installed hundreds of POTS lines, "Turned up" at least 38 T1's and PRI's.

2006    **San Diego Regional Computer Forensics Laboratory (FBI sponsored computer forensics Lab)**
- Built several forensic machines with large fiber channel RAID assemblies for use in the field.
- Installed and configured systems for mobile laboratory
- Provided support in all areas from taking in evidence to calling case agents to pick up their evidence from finished cases gaining valuable experience in evidence handling.

**2004-Present Systems Analyst**
   **Amsec San Diego, CA / Lateott Bremerton, WA / HP Enterprise Services**
- Provided ATM and Ethernet fiber connectivity for secure and unsecured DOD networks
- Troubleshot fiber connectivity issues on shore and ship facilities.

2000-2004    **Director of Training/ IT Director**
   **Laptop Training Solutions, San Diego, CA**

- Provided Intrusion detection, incident response, and forensic services in a continuing effort keep the network and workstations secure.
- Planned, designed, and implemented network security for vital network services for 4 facilities, that were heavily attacked by varying methods, saving the company hundreds of thousands of dollars.
- Performed security risk assessment, performed IT control audits, developed countermeasures and provided a security policy to insure confidentiality, integrity and availability of resources.
- Performed Gap Analysis of existing systems and desired systems and migrated from Windows 2000 DNS and Exchange 2000 servers to Linux servers running Postfix and BIND to provide a more scalable network for 4 facilities providing the company the means to achieve a 450% growth.
- Planned, installed and maintained several school networks involving numerous Domain Controllers, UNIX servers, print servers, multiple nodes and routers.
- Installed and programmed Nortel phone system improving the company's ability to handle calls.
- Planned, organized and instructed computer certification courses including Microsoft Certified Systems Engineer (NT4.0, Win2000 MCSE, 2003 MCSE), Cisco (CCNA), A+, N+, Linux+, I-Net+, Security+, MOUS and Web Page Design (HTML, Javascript, DHTML, Flash 4, Flash 5, Fireworks3, Photoshop 5) resulting in hundreds of certified students.
- Provided students with a hands on training environment involving networks with Multiple Windows NT and Windows 2000 Domain Controllers, several workstations (Windows 95,98,NT,ME, and 2000 Professional), Novell, Unix, and Exchange Servers, and Cisco routers.
- Planned, organized and instructed a corporate training environment for TCP/IP which included addressing, standards, troubleshooting, subnetting, routing and Frame Relay
- Provided long distance support via telephone to hundreds of MCSE students throughout the country.
- Managed other instructors on training techniques for the MCSE, CCNA, Linux+, A+, Security+ and Network + courses providing a consistent system of training in all facilities.

1998-2000    **Electronic Test Technician 3**
   **Action Instruments, San Diego, CA**
- Tested various types of electronics for industry and signal conditioning.
- Troubleshot and documented nearly 10,000 component level repairs.

- Assisted in improvements to the manufacturing process.
- Identified problems in product design and provided solutions to correct the problems.

**1996-1997    Network, Computer and Computer Monitor Technician /Instructor**
             **United States Navy, Shore Intermediate Maintenance Activity, San Diego, CA**
- Installed and connectorized fiber optic computer networks throughout Naval Station San Diego and North Island.
- Provided network troubleshooting and management for large scale mission-critical DoD networks with over 600 nodes, routers, and servers.
- Provided upgrades, maintenance, troubleshooting, security, and repair of personal computers for 600 station LAN and the US Pacific Fleet.
- Troubleshot and repaired over 100 computer monitors to component level without technical manuals.
- Increased successful monitor repair from 10% to 95%.
- Trained shop personnel on computer monitor troubleshooting and repair.
- Researched parts, materials and techniques for Computer Monitor repair.
- Developed curriculum and instructed monitor troubleshooting and repair for the Navy Microcomputer Repair course.

**1993-1996    Electronics Technician / Computer Technician**
             **United States Navy, USS Mahlon S. Tisdale (FFG-27), Combat Systems Division.**
- Provided incident response and performed forensic type of services for 36 computers following Employee sabotage.
- Troubleshot and maintained Harris 300 AN/UYK-62(V) mini-mainframe, running Vulcan OS, and all terminals
- Troubleshot, maintained, and upgraded hardware and software for 36 shipboard computers.
- Identified security threats, and developed countermeasures for computer systems on board.
- Troubleshot, repaired and maintained – at component level - various Univac systems making up a complex network of computers used in communications, navigation, and weapons guidance.
- Assisted in planning and running work center.

**1990-1992    Radio, Television, VCR Technician**
             **LBJ Television, Wheat Ridge, CO**
- Performed component level troubleshooting of televisions, VCRs, and stereos.
- Performed in home repair of televisions.
- Introduced the repair of CD players to the company.
- Provided technical support to customers over the telephone.
- Handled customer service issues related to television repair.

**CERTIFICATIONS:**

MCP 4.0, A+, Network+, MCP 2000, MCSA, MCSE, Linux+, I-Net+, Security+, CIW Security Analyst.

Certified by Bureau For Private Postsecondary And Vocational Education, in the States of California and Oregon, as an Instructor for Computer Installation and Repair Technology, Computer Systems Networking and Telecommunications, Micro Computer Applications, Microsoft, Windows, Excel

**GUEST APPEARANCES:**
- Featured in Microsoft Redmond Magazine Sep 2007
- Computer Talk 760 KFMB San Diego, CA
- Computer Bits KBNP 1410AM and KOHI 1600 Portland, OR
- San Diego Profiler 760 KFMB San Diego, CA

**EDUCATION:**

| | |
|---|---|
| 2006 | Access Data Forensic Toolkit |
| | San Diego Regional Computer Forensics Laboratory, San Diego, CA |
| 2006 | Guidance Software Encase Forensic Suite |
| | San Diego Regional Computer Forensics Laboratory, San Diego, CA |
| 2005 | E-discovery – Why Digital is different – by Craig Ball |
| | San Diego County Bar Association, San Diego, CA |
| 2003 | Security: Hardening MS Windows 2000 Server Family, IIS and Exchange 2000 Servers |
| | CBI Systems Integrators, San Diego, CA |
| 1996 | Navy Standard Microcomputer Repair |
| | PRC Inc., San Diego, CA |
| 1996 | Fundamentals of Total Quality Management/ Team Skills and Concepts |
| | Shore Intermediate Maintenance Activity, San Diego, CA |
| 1993 | AN/SPS-55 Surface Search Radar |
| | Service School Command, San Diego, CA |
| 1993 | Advanced Electronics School, Communication Systems and Radar Systems |
| | Naval Training Center, Great Lakes, IL |
| 1992 | Electronic Theory |
| | Naval Training Center, Orlando, FL |
| 1990-1991 | Radio, Television, VCR Repair |
| | Warren Occupational Technical Center, Golden, CO |
| 1989-1990 | Electronic Theory |
| | Warren Occupational Technical Center, Golden, CO |
| 1991 | Columbine Sr. High School, Littleton, CO |

**SECURITY CLEARANCE:** Secret

References available on request