1

2

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

3

4

5

6

7

8

9

Douglas J. Campion, Esq. (SBN 75381)
doug@djcampion.com
**Law Offices of Douglas J. Campion**
409 Camino Del Rio South, Suite 303
San Diego, CA 92108

10

11

*Attorneys for the Plaintiffs and Proposed
Settlement Class*

12

13

14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

| | |
|---|---|
| **Patricia Connor**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**JPMorgan Chase Bank and Federal National Mortgage Association a/k/a Fannie Mae,**<br><br>Defendants. | Case Number: 10 CV 1284 DMS BGS<br><br><br>**DECLARATION OF JONATHAN D. SELBIN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

23

24

25

26

27

28

I, JONATHAN D. SELBIN, declare as follows:

1.    I am a partner with the law firm Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), counsel of record for Plaintiffs in this matter.  I am admitted to practice before this Court and am a member in good standing of the bars of the States of California and New York, and the bar of the District of Columbia.  I respectfully submit this declaration in support of Plaintiffs' motion for final approval of the class action settlement.  Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.    I previously detailed LCHB's – and my – experience in litigating and settling complex and class action cases in my declaration submitted in support of preliminary approval of the Settlement, and I incorporate that information by reference here.  Dkt. No. 50-6 ¶¶ 3-6; *see also id.* at ¶ 5 (noting cases in which courts have expressly praised LCHB's (and my) work on behalf of plaintiffs and class members).

3.    Together, these cases have resulted in court-approved class action settlements with a combined total recovery for class members exceeding $2 billion in cash, plus other relief.  LCHB's experience in these cases, and my experience in particular, has provided LCHB and me with expertise in the legal, factual, management, notice, and administration issues that characterize these types of class actions.

4.    LCHB has performed work on behalf of Plaintiffs in connection with the prosecution and settlement of this litigation, particularly by investigating facts related to the claims of Plaintiff Sheri L. Bywater, completing legal research related to those claims and potential defenses, drafting and filing a class action complaint involving substantially similar claims in the United States District Court for the Northern District of California, *Bywater v. JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A.*, Case No. CV 11 2257 (N.D. Cal.) ("Bywater Action"), conferring with counsel for Plaintiff Patricia Connor in the above-captioned action, and participating in the negotiation of favorable settlement terms for Plaintiffs and the

1    Class.

2        5.      LCHB has prosecuted the claims in this case solely on a contingent fee basis, and

3    has therefore assumed the risk that it would not receive any compensation for prosecuting these

4    claims.

5        6.      All attorneys, paralegals and law clerks at LCHB are instructed to maintain

6    contemporaneous time records reflecting the time spent on this and other matters.  According to

7    the firm's time records, LCHB has spent a total of 116.1 hours on this matter from the inception

8    of the case through June 13, 2012 for a lodestar of $49,658.50.  A summary report of the time

9    spent by and current hourly rates of LCHB attorneys (including partners and associates) and

10   paralegals who have worked on this case is attached hereto as Exhibit A.  I supervised each of the

11   professionals listed in Exhibit A.

12       7.      The time spent by LCHB prosecuting this action is reasonable.  There has been no

13   unnecessary duplication of services for which LCHB now seeks compensation.  Furthermore,

14   Counsel prosecuted the claims at issue efficiently and effectively, making every effort to prevent

15   the duplication of work that might have resulted from having multiple firms working on this case.

16       8.      LCHB's customary hourly billing rates used to calculate the lodestar in this case

17   are also reasonable.  LCHB sets its rates for attorneys and staff members based on a variety of

18   factors, including among others: the experience, skill and sophistication required for the types of

19   legal services typically performed; the rates customarily charged in similar matters; and the

20   experience, reputation and ability of the attorneys and staff members.

21       9.      LCHB's rates reflect the market rates in the markets within which LCHB's

22   primary offices are located and from which this matter has been handled:  San Francisco, New

23   York, and Nashville.  LCHB's hourly rates are negotiated with and are paid on an hourly basis by

24   several sophisticated commercial entities, including BlackRock (f/k/a Merrill Lynch Mutual

25   Funds), and The Charles Schwab Corporation.  LCHB does not bill at different rates for different

26   clients or different types of cases.

27       10.     LCHB's rates used here repeatedly have been approved by federal courts in this

28   Circuit and other courts.

1043128.1                                - 2 -                DECLARATION OF JONATHAN D. SELBIN ISO
                                                             FINAL APPROVAL OF CLASS SETTLEMENT
                                                                      CASE NO. 10 CV 1284 DMS BGS

1      11.      As of June 13, 2012, LCHB's accounting department reports that the firm

2  expended a total of $936.51 in unreimbursed expenses in connection with the investigation,

3  prosecution, and settlement of this litigation, as set forth in the summary reports attached hereto

4  as Exhibit B.  The expenses listed in Exhibit B are reflected in the books and records LCHB

5  maintains in the ordinary course of business, which books and records are prepared from expense

6  vouchers and check records.

7      12.      Based on my experience, and taking into consideration the risks of continued

8  litigation versus the certain and substantial relief afforded by the Settlement, it is my opinion that

9  the Settlement is fair, adequate and reasonable, in the best interests of the Class, and merits final

10  approval.  It is also my view that, in light of the time and costs expended by Class Counsel, the

11  legal standards governing the award of fees and costs in class actions, and the results obtained,

12  the fees and costs requested by Class Counsel are modest, and well-warranted.

13

14      I declare under penalty of perjury of the laws of California and the United States that the

15  foregoing is true and correct, and that this declaration was executed in New York, New York on

16  June 14, 2012.

17

18                                              _/s/ Jonathan D. Selbin_____
                                                   Jonathan D. Selbin

19

20

21

22

23

24

25

26

27

28

1043128.1                           - 3 -        DECLARATION OF JONATHAN D. SELBIN ISO
                                                 FINAL APPROVAL OF CLASS SETTLEMENT
                                                 CASE NO. 10 CV 1284 DMS BGS