# EXHIBIT A

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Report created on   06/14/2012 12:17:32 PM                    From            Inception
                                                              To              6/13/2012

Matter Number: 3492-0001          CHASE CELL PHONE CALLS - General Matters

**PARTNER**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| KELLY DERMODY | 2.00 | 700.00 | 1,400.00 |
| JONATHAN SELBIN | 16.20 | 700.00 | 11,340.00 |
| DANIEL HUTCHINSON | 26.50 | 500.00 | 13,250.00 |
| | **44.70** | | **25,990.00** |

**ASSOCIATE**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| DANIEL HUTCHINSON | 3.30 | 390.00 | 1,287.00 |
| SARAH LONDON | 1.00 | 375.00 | 375.00 |
| ALISON STOCKING | 20.10 | 435.00 | 8,743.50 |
| ALLEN WONG | 3.00 | 465.00 | 1,395.00 |
| | **27.40** | | **11,800.50** |

**PARALEGAL/CLERK**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD ANTHONY | 5.20 | 285.00 | 1,482.00 |
| JENNIFER RUDNICK | 23.30 | 275.00 | 6,407.50 |
| JACK SANFORD | 4.50 | 225.00 | 1,012.50 |
| MEAGAN SULLIVAN | 2.30 | 260.00 | 598.00 |
| YUN SWENSON | 0.90 | 270.00 | 243.00 |
| | **36.20** | | **9,743.00** |

**OTHER**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| MIRIAM GORDON | 3.00 | 225.00 | 675.00 |
| RENEE MUKHERJI | 5.80 | 250.00 | 1,450.00 |
| | **8.80** | | **2,125.00** |
| **MATTER TOTALS** | **117.10** | | **49,658.50** |