# EXHIBIT B

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Report created on   06/14/2012 10:53:04 AM

Current = 06/01/12   To   06/13/12
Matter-to-Date = Inception   To   Present

**CHASE CELL PHONE CALLS - General Matters**

Matter Number: 3492-0001

### Soft Costs Incurred

|  | Current | Matter-to-Date |
|---|---|---|
| In-House Copies | $0.00 | $0.60 |
| Postage | $0.00 | $2.56 |
| Print | $0.00 | $51.60 |
| Telephone | $0.00 | $9.40 |
| **Total Soft Costs:** | **$0.00** | **$64.16** |

### Hard Costs Incurred

|  | Current | Matter-to-Date |
|---|---|---|
| Computer Research | $0.00 | $4.88 |
| Filing Fees | $0.00 | $420.20 |
| Other Charges | $0.00 | $300.00 |
| Process Service | $0.00 | $147.27 |
| **Total Hard Costs:** | **$0.00** | **$872.35** |
| **Total Matter Costs:** | **$0.00** | **$936.51** |
| **Total Cost Receipts:** | **$0.00** | **$0.00** |
| **Net Costs:** | **$0.00** | **$936.51** |