# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| PATRICIA CONNOR, and SHERI L. BYWATER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A/ FANNIE MAE <br><br> Defendants. | Case No. 10-CV-1284 DMS (BGS) <br><br> CLASS ACTION <br><br> **DECLARATION OF SHERI L. BYWATER IN SUPPORT OF FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** <br><br> Hon. Dana M. Sabraw <br> Courtroom 10 |

I, Sheri L. Bywater, declare as follows:

1. I am over the age of 18 years and I have personal knowledge of the facts contained in this Declaration and can competently testify to the statements contained herein. I submit this declaration in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement.

2. I am an individual and representative plaintiff in this case, having been added as a party plaintiff in the Second Amended Complaint filed on January 17, 2012; in the Court's March 12, 2012 Order, I was designated a class representative along with Patricia Connor. I filed the case *Bywater v. JP Morgan Chase Bank, N.A, et al.*, No. 3-11-CV-2257 EMC (N.D. Cal.), which alleges facts and claims similar to those in this case, on May 6, 2011. That action will be dismissed if final approval of the class action settlement is granted in this case.

3. I am informed and believe that I am a Class Member because Chase contacted me on my cellular telephone, without my prior express consent, with an "automatic telephone dialing system" that utilized an "artificial or prerecorded voice."

4. As a class representative, I actively monitored and in some cases participated in this litigation, including reviewing and commenting upon the Complaint and the Settlement Agreement. In addition, my attorneys consulted me on a number of strategic issues in the case, including the settlement. I also generally made myself available to my attorneys, via telephone and in person, throughout the time period that I served as a class representative and will continue to do so for as long as this case remains active.

5. I am generally familiar with the terms of the Settlement. I recognize that the Settlement is a negotiated compromise between the parties. I think the Settlement provides good relief for class members for what I regard as a significant problem: unwanted robocalls made to cellular phones. I therefore support the Settlement.

1  I declare under penalty of perjury of the laws of California and the United States that the
2  foregoing is true and correct, and that this declaration was executed at _Alameda County_,
3  California on June _8_, 2012.

5  Dated: 6-8-12                                  _____
                                                   Sheri L. Bywater

- 2 -                                                                DECLARATION IN SUPPORT