*Re: Connor v. JPMorgan Chase et al*
*United States District Court, Southern District of California*
*Case No. 10-cv-01284 DMS BGS*

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):

- **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**
- **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**
- **DECLARATION OF JOSHUA B. SWIGART AND EXHIBITS A THROUGH O**
- **DECLARATION OF ABBAS KAZEROUNIAN AND EXHIBITS A THROUGH D**
- **DECLARATION OF DOUGLAS J. CAMPION AND EXHIBITS 1 THROUGH 5**
- **DECLARATION OF PATRICIA CONNOR**
- **DECLARATION OF SHERI L. BYWATER**
- **DECLARATION OF JONATHAN D. SELBIN AND EXHIBITS A AND B**

On the interested parties in said case addressed as follows:

| | |
|---|---|
| **Shannon Z Petersen**<br>Sheppard Mullin Richter and Hampton<br>501 West Broadway<br>Suite 1900<br>San Diego, CA 92101-3598 | **LeAnn Pedersen Pope**<br>**Shana Alexis Shifrin**<br>Burke Warren MacKay & Serritella PC<br>330 North Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611-3607 |
| **Sung-Min Christopher Yoo**<br>AlvaradoSmith, APC<br>1 MacArthur Place<br>Suite 200<br>Santa Ana, CA 92707 | |

[ X ]    ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 20, 2012, at San Diego, California.

                                                               /s Joshua B. Swigart_____
                                                                Joshua B. Swigart

**HYDE & SWIGART**
San Diego, California

**Proof of Service**