Abbas Kazerounian Esq, (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
2700 N. Main Street, Suite 1000
Santa Ana, CA 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Other Attorneys on Signature Page

Attorneys for the Plaintiffs and Proposed Settlement Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** <br><br> PLAINTIFFS, <br><br> V. <br><br> **JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,** <br><br> DEFENDANTS. | Case No: 10-CV-1284 DMS(BGS) <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> DATE: AUGUST 3, 2012 <br> TIME: 1:30 P.M. <br> CTRM: 10 <br><br> THE HON. DANA M. SABRAW |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Class Counsel will be moving for Final Approval of Class Action Settlement on August 3, 2012 at 1:30 p.m. at the U.S. District Court, 940 Front Street, San Diego, CA 92101 before the Hon. Dana M. Sabraw, Courtroom 10.

This Motion is made on the grounds that the settlement is in the best interests of the Class Members and the terms of the settlement are within the range of approval.

This motion is based on this Notice of Joint Motion and Motion, the Memorandum of Points and Authorities, the declarations of Class Counsel and the Claims Administrator, and the complete files and records in this action.

**RESPECTFULLY SUBMITTED,**

Dated: July 20, 2012

/s/ Abbas Kazerounian
Abbas Kazerounian (SBN: 249203)
KAZEROUNI LAW GROUP, PC
2700 North Main Street, Suite 1000
Santa Ana, CA 92705
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

Dated: July 20, 2012

/s/ Joshua B. Swigart
Joshua B. Swigart, Esq. (SBN: 225557)
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA  92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Dated: July 20, 2012

/s/ Douglas J. Campion
Douglas J. Campion, Esq. (SBN: 75381)
LAW OFFICES OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile:  (619) 858-0034

Dated: July 20, 2012

/s/ Jonathan D. Selbin
Jonathan D. Selbin (SBN: 170222)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Class Counsel