**EXHIBIT 1**



3301 Kerner Blvd.
San Rafael, CA  94901
P: (415) 461-0410
F: (415) 461-0412

Sent via E-mail                                                                 July 17, 2012

Shana A. Shifrin, Esq.
Burke Warren MacKay & Serritella, PC
330 North Wabash Ave, 22nd Flr.
Chicago, IL 60611

Re:   **Connor, et al. v. JPMorgan Chase Bank**
      Client Matter Number 3857
      Invoice: 3857-3

Professional services, out-of-pocket expenses and third party expenses from July 2, 2012 through case completion in connection with Claims Processing, Telephone Support, Deficiency Processing, Rejection Letters, Case Management, Distribution, Reporting and Tax Compliance for the **Connor, et al. v. JPMorgan Chase Bank** matter.

**Processing**
    Claims Processing
      Manual Claims – 471 @ $1.50                           $     706.50
    Telephone Support
      Line Charges/Taxes/Fees                                     978.00
      Staff Time                                                        11,320.00
    Deficiency Processing                                                990.00
    Rejection Letters – 7,826 @ $1.00                          7,826.00
    Case Management                                                  5,600.00

Subtotal Processing                                                                  $ 27,420.50

**Distribution**
    Settlement Fund Management                              $     450.00
    Distribution Calculation                                             1,800.00
    Distribution Preparation                                             3,600.00
    Check Issuance – 8,500 @ $1.25                          10,625.00
                     8,500 @ $0.75                            6,375.00
                   25,500 @ $0.65                          16,575.00
                   13,372 @ $0.60                            8,023.20
    Postage                                                                  20,560.90
    Telephone Support                                                   10,000.00
    Claimant Correspondence and Reissues                 4,500.00
    Final Accounting Services                                         3,600.00
Subtotal Distribution                                                                      86,109.10
continued

**Connor, et al. v. JPMorgan Chase Bank**
Client Matter Number 3857
Invoice: 3857-3
Page 2

**Reporting**
  Reporting/Declarations        $ 1,350.00
  Tax Compliance – 2 yrs         5,000.00
Subtotal Reporting               6,350.00

THIS INVOICE                119,879.60

PREVIOUS INVOICES
  Invoice 3857-1    March 28, 2012    $413,588.22
  Invoice 3857-2    July 13, 2012     278,270.57
                       691,858.79

TOTAL INVOICES TO DATE         811,738.39

LESS PAYMENT              < 413,588.22>

AMOUNT DUE               $ 398,150.17


     TOTAL ADMINISTRATION FEES    $811,738.39



**REMITTANCE PAGE**