Re: Connor v. JPMorgan Chase et al
United States District Court, Southern District of California
Case No. 10 cv 01284 DMS BGS

## PROOF OF SERVICE

I, Viviana Salazar Sherman, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the mailing occurs. My business address is 411 Camino Del Rio South, Suite 301, San Diego, CA 92108-3551. I am readily familiar with our business' practice of collecting, processing, and mailing of correspondence and pleadings for mail with the United States Postal Service.

On July 20, 2012, I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):

- Notice of Motion and motion for Final Approval of Class Action Settlement.
- Memorandum of Points and Authorities in Support of Plaintiff's Joint motion in Support of Final Approval of Class Action Settlement.
- Declaration of Patricia Connor in Support of Joint Motion for Final Approval of Class Action Settlement.
- Declaration of Joshua B. Swigart in Support of Motion for Final Approval of Class Action Settlement.
- Declaration of Abbas Kazerounian in Support of Motion for Final Approval of Class Action Settlement.
- Declaration of Tricia M. Solorzano in Support of Motion for Final Approval of Class Action Settlement.
- Exhibits A-E

On the interested parties in this action addressed as follows:

| Shannon Z Petersen | Sung-Min Christopher Yoo | LeAnn Pedersen Pope |
| Sheppard Mullin Richter and Hampton | AlvaradoSmith, APC | Shana Alexis Shifrin |
| 501 West Broadway | 1 MacArthur Place | Burke Warren MacKay & Serritella PC |
| Suite 1900 | Suite 200 | 330 North Wabash Avenue |
| San Diego, CA 92101-3598 | Santa Ana, CA 92707 | 22nd Floor |
|  |  | Chicago, IL 60611-3607 |

[X]   ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 20, 2012 at San Diego, California.

*/s/ Salazar*
Viviana Salazar Sherman

Proof of Service