John W. Davis
john@johnwdavis.com
501 W. Broadway, Suite 800
San Diego, CA  92101
Telephone:  (619) 400-4870
Facsimile:  (619) 342-7170

*In Propria Persona*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Connor, Shari L. Bywater, individually, and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>JPMorgan Chase Bank and Federal National Mortgage Association a/k/a Fannie Mae,<br><br>        Defendants. | Case No. 10 CV 1284 DMS BGS<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that John W. Davis hereby appears *in propria persona* in the above-captioned action. All pleadings and other papers served in this matter should also be directed to the attention of:

John W. Davis, Esq.
501 W. Broadway, Suite 800
San Diego, CA   92101
Telephone:  (619) 400-4870
Facsimile:  (619) 342-7170
E-Mail:  john@johnwdavis.com

Respectfully submitted this 23rd day of July, 2012.

                                        s/  John W. Davis
                                        John W. Davis
                                        501 W. Broadway, Ste. 800
                                        San Diego, CA  92101
                                        (619) 400-4870