C. Benjamin Nutley (SBN 177431)
Kendrick & Nutley
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Tel:   626-204-4060
Fax:   626-204-4061

*Attorney for John W. Davis*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Connor, Shari L. Bywater, individually, and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JPMorgan Chase Bank and Federal National Mortgage Association a/k/a Fannie Mae,<br><br>　　　　Defendants. | Case No. 3:10-CV-1284 DMS BGS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that C. Benjamin Nutley, of the law firm Kendrick & Nutley, hereby appears as counsel for objecting and appearing class member John W. Davis in the above-referenced action.

All pleadings and papers should be served electronically in this action via ECF to nutley@zenlaw.com.

DATED: August 15, 2012

                                                 s/C. Benjamin Nutley

**Certification of Service**

I hereby certify that a true and correct copy of the foregoing was served on the interested parties in this action by the Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of August at Los Angeles, California.

                                                               s/C. Benjamin Nutley