# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a/ FANNIE MAE,<br><br>Defendant. | Case No. 3:10-cv-01284-GPC-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONVERT STATUS HEARING TO PRELIMINAY APPROVAL OF CLASS ACTION SETTLEMENT HEARING AND TO CONTINUE DATE**<br><br>**(ECF NO. 83)** |

Having considered the parties' Joint Motion to Convert Status Hearing to Preliminary Approval of Class Action Settlement Hearing, and finding good cause therefor, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. The status hearing, currently set for August 30, 2013, is **CONVERTED** to a preliminary approval of class action settlement hearing;

2. The preliminary approval hearing is **CONTINUTED** to **October 18, 2013, at 1:30 p.m.**; and

/ / /

/ / /

3. Should the parties seek the Court's approval of providing notice to additional class members, the Court will address that issue during the October 18, 2013 hearing.

Dated: August 7, 2013

HON. GONZALO P. CURIEL
United States District Judge