# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a/ FANNIE MAE,<br><br>    Defendant. | Case No. 3:10-cv-01284-GPC-BGS<br><br>**ORDER DENYING AS MOOT (1) MOTION FOR ATTORNEY FEES, COSTS, AND AWARDS TO NAMED PLAINTIFFS AND (2) MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**(ECF NOS. 60, 61)** |

The parties having modified their class action settlement agreement and having indicated to the Court that they will file a joint motion for preliminary approval of the modified class action settlement agreement, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Attorney Fees, Costs, and Awards to Named Plaintiffs, (ECF No. 60), and Plaintiffs' Motion for Final Approval of Class Action Settlement, (ECF No. 61), are **DENIED AS MOOT**.

Dated: August 16, 2013

                                            HON. GONZALO P. CURIEL
                                            United States District Judge