# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a/ FANNIE MAE,<br><br>    Defendant. | Case No. 3:10-cv-01284-GPC-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE PRELIMINARY APPROVAL HEARING DATE**<br><br>**(ECF NO. 87)** |

Having considered the parties' Joint Motion to Continue Preliminary Approval Hearing Date, and finding good cause therefor, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The preliminary approval hearing is **CONTINUED** until **November 1, 2013 at 1:30 p.m.**

Dated:  October 3, 2013

HON. GONZALO P. CURIEL
United States District Judge