# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a/ FANNIE MAE,<br><br>Defendant. | Case No. 3:10-cv-01284-GPC-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE PRELIMINARY APPROVAL HEARING DATE**<br><br>**(ECF NO. 89)** |

Having considered the parties' Joint Motion to Continue Preliminary Approval Hearing Date, and finding good cause therefor, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. The preliminary approval hearing is **CONTINUED** from November 1, 2013, to **December 6, 2013, at 1:30 p.m.**

Dated: October 29, 2013

_____
HON. GONZALO P. CURIEL
United States District Judge

3:10-cv-01284-GPC-BGS