**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA CONNOR, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a/ FANNIE MAE,<br><br>  Defendant. | Case No. 3:10-cv-1284-GPC-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE PRELIMINARY APPROVAL HEARING DATE**<br><br>**(ECF NO. 93)** |

Having considered the parties' Joint Motion to Continue Preliminary Approval Hearing Date, and finding good cause therefor, the Court hereby **GRANTS** the Joint Motion.  Accordingly, **IT IS HEREBY ORDERED** that:

1. The preliminary approval hearing is **CONTINUED** to **March 28, 2014, at 1:30 p.m.**;

2. The parties shall file their motion for preliminary approval, and lodge via the Court's email address (efile_curiel@casd.uscourts.gov) a proposed order on the same, on or before **March 14, 2014**.

Dated:  January 21, 2014

HON. GONZALO P. CURIEL
United States District Judge