# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a/ FANNIE MAE,<br><br>Defendant. | Case No. 3:10-cv-01284-GPC-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**(ECF NO. 98)** |

Having considered the parties' "Joint Ex Parte Application to Continue Deadline by which Parties Must Submit Motion for Preliminary Approval,"[1] and finding good cause therefor, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED** that the deadline to file a motion for preliminary approval of class action settlement is continued to **March 20, 2014, at 12:00 p.m.**

Dated: March 17, 2014

HON. GONZALO P. CURIEL
United States District Judge

---

[1] The Court construes the parties' "Joint Ex Parte Application" as a joint motion under Civil Local Rule 7.2.