Douglas J. Campion (SBN: 75381)
doug@djcampion.com
**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone:   (619) 299-2091
Facsimile:   (619) 858-0034

Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

[Additional Counsel on Signature Page]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE,<br><br>                    Defendants | Case No.: 10-CV-1284-GPC-BGS<br><br>**PLAINTIFFS' NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS FOR SETTLEMENT CLASS MEMBERS IN GROUP 2**<br><br>**The Hon. Gonzalo P. Curiel**<br>Date:         March 28, 2014<br>Time:         1:30 p.m.<br>Ctrm:         2D |

Notice of Second Unopposed Motion for Prelim. Approval of Settlement

10-CV-1284-GPC-BGS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Plaintiff is moving for Preliminary Approval of Class Action Settlement on March 28, 2014, at 1:30 p.m. at the U.S. District Court, 221 West Broadway, San Diego, CA 92101 before the Hon. Gonzalo P. Curiel, Courtroom 2D, 2nd Floor.

This motion is made on the grounds that the settlement is in the best interests of the Class Members and terms of the settlement are within the range of approval.

This motion is based on this Notice of Plaintiff's Unopposed Motion and Motion, the Memorandum of Points and Authorities, the declarations of Class Counsel and the Claims Administrator, and the complete files and records in this action.

**Hyde & Swigart**

Date: March 20, 2014       By:  /s/ Joshua B. Swigart
                                 Joshua B. Swigart
                                 Attorneys for Plaintiffs

**Law Offices of Douglas Campion, APC**

Date: March 20, 2014       By:  /s/ Douglas J. Campion
                                 Douglas J. Campion
                                 Attorneys for Plaintiffs

[Additional Counsel for Plaintiffs]

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

---

Notice of Second Unopposed Motion for Prelim.
Approval of Settlement

10-CV-1284-GPC-BGS