UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a/ FANNIE MAE,<br><br>Defendant. | Case No. 3:10-cv-01284-GPC-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**(ECF NO. 101)** |

Having considered the parties' Joint Motion to Continue Preliminary Approval of Class Action Settlement, and finding good cause therefor, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED** that the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, (ECF No. 100), is **CONTINUED** to **April 18, 2014, at 1:30 p.m.**

Dated: March 28, 2014

_____
HON. GONZALO P. CURIEL
United States District Judge