1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  PATRICIA CONNOR, Individually          )   Case No. 3:10-cv-1284-GPC-BGS
    and on Behalf of All Others Similarly  )
12  Situated,                              )   **ORDER TO FILE SECOND**
                                           )   **AMENDED COMPLAINT**
13                          Plaintiff,     )
                                           )
    v.                                     )
14                                         )
    JPMORGAN CHASE BANK and                )
15  FEDERAL NATIONAL MORTGAGE              )
    ASSOCIATION, aka Fannie Mae,           )
16                                         )
                            Defendants.    )
17  _____       )

18         On March 12, 2012, prior to this case's transfer to the undersigned, the Hon.

19  Dana M. Sabraw, U.S. District Judge, granted Plaintiff's unopposed Motion for

20  Preliminary Approval of Class Action Settlement. (ECF No. 50, "First Motion for

21  Preliminary Approval"; ECF No. 55, "First Preliminary Approval Order".)

22         In her First Motion for Preliminary Approval, Plaintiff requested leave to file a

23  second amended complaint ("SAC") to add an additional plaintiff/class representative,

24  to wit, Sheri L. Bywater ("Bywater"). In the First Preliminary Approval Order,

25  Bywater was named as a class representative for settlement purposes. While Plaintiff

26  lodged a proposed SAC, (ECF No. 51-1), Plaintiff was not given leave to file her

27  proposed SAC.

28         Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's proposed

1  SAC, currently lodged at ECF No. 51-1 at 2-17, be **FILED** nunc pro tunc to March 12,

2  2012.

3  DATED:  May 15, 2014

4  HON. GONZALO P. CURIEL
   United States District Judge