July 2, 2014


RECEIVED
JUL 1 8 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Tammy Renee Rodriguez

714 Spalding Court

Martinez, GA. 30907

706-664-6718

To Whom It May Concern:

I, Tammy Renee Rodriguez, do not like the settlement that the courts have agreed upon pertaining to The Connor v. JPMorgan Chase, Case, et. al. Settlement, Case No. 10 CV 1284 GPC BGS. The amount of $69.97 is a shame to even be considered as a settlement for the homeowner. Our county (people making these decisions) has literally no shame. I ask the person reading this letter to image this type of situation happening to them and their family. All of the monetary value is going to the lawyers, not the homeowners. Greed has NO SHAME, but GOD has the LAST WORD. I guess no one really care until it happens to them and their family. I am very happy that Chase is continuing to be sued because Chase broke almost every law pertaining to the rules and regulations in the BOOK. Chase phoned me several times via cellular telephone through the use of an automated dialer system regarding my loan without my approval between 16 June2006 to June 15, 2011.

Chase would also keep me on the line for an extended period of time whenever I would phone them concerning any information pertaining to my loan, making it next to impossible to speak to anyone concerning my loan. Whenever I would actually speak to a person concerning my loan, Chase would purposely disconnect the line by dropping the call. This was done to me several times throughout the process of my home going into foreclosure. I am still waiting for a settlement concerning Chase unwillingness to assist me in saving my home prior to my foreclosure.

Sincerely,

*[signature: Tammy Rodriguez]*

FILED
JUL 22 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY