# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK and FEDERAL NATIONAL MORTGAGE ASSOCIATION, aka FANNIE MAE,<br><br>Defendant. | CASE NO. 3:10-cv-1284-GPC-BGS<br><br>**ORDER RESCHEDULING FINAL APPROVAL HEARING** |

IT IS HEREBY ORDERED that the final approval hearing (the "Settlement Hearing"), currently scheduled for Friday, November 14, 2014, at 1:30 p.m. before the Honorable Gonzalo P. Curiel, at the U.S. District Court, 221 West Broadway, Courtroom 2D, San Diego, CA 92101, shall be rescheduled to **Tuesday, November 18, 2014, at 1:00 p.m.**

IT IS SO ORDERED.

DATED: August 27, 2014

HON. GONZALO P. CURIEL
United States District Judge