# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK and FEDERAL NATIONAL MORTGAGE ASSOCIATION, aka FANNIE MAE,<br><br>Defendants. | CASE NO. 3:10-cv-1284-GPC-BGS<br>**ORDER:**<br>**(1) GRANTING JOINT MOTION TO CONTINUE FINAL APPROVAL HEARING DATE;**<br>**(2) REQUIRING NOTICE**<br>[ECF No. 118] |

Having considered the parties' Joint Motion to Continue Final Approval Hearing Date, and finding good cause therefor, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Final Approval Hearing[1] is **CONTINUED** until December 4, 2014 at 1:30 p.m. All prior related briefing deadlines shall remain unchanged;

2. Using the same procedure specified on page 5 of ECF No. 100, the Claims Administrator shall mail notice of the continued Final Approval Hearing date to any Group 2 Settlement Class Member who has, prior to the entry of this Order, submitted a valid request for exclusion from the Settlement

---

[1] All terms in this Order are defined the same as they are in ECF No. 100.

1 | or submitted a valid objection to the Settlement **within thirty (30) days following entry of this Order**;

3. The Claims Administrator shall update the settlement website (https://www.connortcpasettlement.com) to give notice of the continued Final Approval Hearing date **within thirty (30) days following entry of this Order**; and

4. Notice of the continued Final Approval Hearing date shall be included in any future notice being provided to the Settlement Class or Group 2 Settlement Class.

DATED: September 19, 2014

*[signature]*
HON. GONZALO P. CURIEL
United States District Judge