Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbas Kazerounian Esq, (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Other Attorneys on Signature Page

Attorneys for the Plaintiffs and Proposed Settlement Class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>PLAINTIFFS,<br>V.<br><br>**JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,**<br><br>DEFENDANTS. | Case No: 10-CV-1284 GPC (BGS)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE: DECEMBER 4, 2014<br>TIME: 1:30 P.M.<br><br>THE HON. GONZALO P. CURIEL |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Class Counsel will be moving for Final Approval of Class Action Settlement on December 4, 2014 at 1:30 p.m. at the U.S. District Court, 940 Front Street, San Diego, CA 92101 before the Hon. Gonzalo P. Curiel, Courtroom 2.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declarations, and the complete files and records in this action.

**RESPECTFULLY SUBMITTED,**

Dated: September 30, 2014

**LAW OFFICES OF DOUGLAS J. CAMPION**

/s/ Douglas J. Campion
Douglas J. Campion, Esq.

**HYDE & SWIGART**

/s/ Joshua B. Swigart
Joshua B. Swigart, Esq.

**KAZEROUNI LAW GROUP, PC**

/s/ Abbas Kazerounian
Abbas Kazerounian