Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for Patricia Connor,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA CONNOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**<br><br>PLAINTIFFS,<br><br>V.<br><br>**JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,**<br><br>DEFENDANTS. | **Case No.:** 10-cv-1284 GPC (BGS)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PATRICIA CONNOR IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS FEES**<br><br>**Date: December 4, 2014**<br>**Time: 1:30 p.m.**<br>**Courtroom: 2D**<br><br>**THE HON. GONZALO P. CURIEL** |

1. I, Patricia Connor, am one of the named Plaintiffs in this action. I submit this declaration in support of the Joint Motion for Final Approval of the Class Action Settlement.  If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. Before the filing of this Complaint, I met with my attorneys for an initial consultation regarding Defendants' alleged wrongful actions. Throughout the litigation of this case, I participated in the negotiations of this case in the following ways: I made myself available at short notice to answer questions and assist my attorneys; I had numerous conversations with my attorneys in describing the events and the facts of this case, and answering any other questions that they had; I have read numerous documents including but not limited to the complaint, MOU, Settlement Agreement, preliminary approval papers and the Amendment to the Settlement Agreement; and, I have been "on call" twice for a mediation before the Honorable Edward A. Infante in San Diego. To do this, I spent several hours with my attorney in preparation of the ENE, cleared a complete day in my schedule in case my attorney needed to contact me on the date of the mediation, and assisted with the mediation process. I have also gone to a mediation

3. I have reviewed and discussed with my attorneys the terms of the Settlement Agreement and Amendment to the Settlement Agreement. I fully understand the terms in both these documents. I support the final approval of this settlement and believe the settlement is fair and reasonable.

4. I understand that prior to the hearing date on the Motion for Final Approval, Defendants identified a portion of the Settlement Class that inadvertently was not provided notice. As a result, the Parties agreed to continue the hearing on the Motion for Final Approval in order to allow Defendants to identify the entire population. I understand that Defendants have identified an additional

1,498,593 Settlement Class Members ("Group Two"), of which 1,303,112 are potentially entitled to make a claim.

5 It is my understanding that there are less than ten objections filed for group 1 and group 2 combined and class counsel will specifically address those objections once the deadline for objections has passed.  As a result, I feel that is strong indication of the merits of the settlement, which is more reason for granting the final approval.

6. I understand that my attorneys will move the Court for an incentive payment of $5,000 total to be paid from the Settlement Fund to the class representatives, which includes myself and Plaintiff Sheri L. Bywater. I understand that any such award will have to be approved by the Court.

7. I further understand that my attorneys will also move the Court for an award of attorneys' fees and costs to be paid from the Settlement Fund. The amount paid for the attorneys' fees and costs shall be: 1) $2,250,000 (taken out of the common fund) for work done under the original settlement agreement for Group One; 2) $125,000 (paid directly by Defendants) for work done under the amended settlement agreement for Group Two and; 3) Costs of $23,878.58 associated with Group 1 settlement (taken out of the common fund).  It is my understanding that Defendants will not object to a request by Class Counsel for attorneys' fees and costs as described above. However, I understand that any such award will have to be approved by the Court.

//
//
//
//
//
//
//

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on September 30, 2014 at Rialto, California, pursuant to the laws

3  of the United States.

*[signature]*

Patricia Connor

6  Douglas J. Campion (SBN: 75381)
7  Law Offices of Douglas J. Campion
8  409 Camino Del Rio South, Suite 303
   San Diego, CA 92108
9  Telephone:   (619) 299-2901
   Facsimile:   (619) 858-0034

HYDE & SWIGART
San Diego, California