# EXHIBIT 1



**Gilardi**
**&Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

Sent via E-mail

July 17, 2012

Shana A. Shifrin, Esq.
Burke Warren MacKay & Serritella, PC
330 North Wabash Ave, 22nd Flr.
Chicago, IL 60611

Re:   **Connor, et al. v. JPMorgan Chase Bank**
      Client Matter Number 3857
      Invoice: 3857-3

Professional services, out-of-pocket expenses and third party expenses from July 2, 2012 through case completion in connection with Claims Processing, Telephone Support, Deficiency Processing, Rejection Letters, Case Management, Distribution, Reporting and Tax Compliance for the **Connor, et al. v. JPMorgan Chase Bank** matter.

**Processing**
    Claims Processing
      Manual Claims – 471 @ $1.50        $    706.50
    Telephone Support
      Line Charges/Taxes/Fees            978.00
      Staff Time            11,320.00
    Deficiency Processing           990.00
    Rejection Letters – 7,826 @ $1.00    7,826.00
    Case Management           5,600.00

Subtotal Processing               $ 27,420.50

**Distribution**
    Settlement Fund Management    $    450.00
    Distribution Calculation        1,800.00
    Distribution Preparation        3,600.00
    Check Issuance – 8,500 @ $1.25    10,625.00
             8,500 @ $0.75     6,375.00
           25,500 @ $0.65    16,575.00
           13,372 @ $0.60     8,023.20
    Postage            20,560.90
    Telephone Support        10,000.00
    Claimant Correspondence and Reissues   4,500.00
    Final Accounting Services      3,600.00
Subtotal Distribution              86,109.10
continued

**Connor, et al. v. JPMorgan Chase Bank**
Client Matter Number 3857
Invoice: 3857-3
Page 2

**Reporting**

| | | |
|---|---|---|
| Reporting/Declarations | $  1,350.00 | |
| Tax Compliance – 2 yrs | 5,000.00 | |
| Subtotal Reporting | | 6,350.00 |

THIS INVOICE                                                  119,879.60

PREVIOUS INVOICES
Invoice 3857-1      March 28, 2012      $413,588.22
Invoice 3857-2      July 13, 2012         278,270.57
                                                                      691,858.79

TOTAL INVOICES TO DATE                          811,738.39

LESS PAYMENT                                      < 413,588.22>

AMOUNT DUE                                          $ 398,150.17

**TOTAL ADMINISTRATION FEES      $811,738.39**



REMITTANCE PAGE