# Exhibit C

# Group 1

Must Be Postmarked
No Later Than
July 10, 2012

**JPCN1**

*Connor, et. al., v. JPMorgan Chase, et. al.*
UNITED STATES DISTRICT COURT
Case No. 10 CV 1284 DMS BGS

# CLAIM FORM

Each Settlement Class member who has not opted-out of the Settlement and who was contacted on their cell phone(s) using an automated dialer or pre-recorded voice message regarding a loan serviced or subserviced by JPMorgan Chase Bank, NA or Chase Home Finance LLC, between June 16, 2006 to June 15, 2011 (or for former EMC Mortgage Customers with loans serviced by JPMorgan Chase Bank, NA or Chase Home Finance LLC, between June 16, 2006 to July 7, 2011) is entitled to make a claim. Each such Settlement Class Member shall be entitled to make one claim, regardless of the number of calls that were made to the Settlement Class member's cell phone number (or cell phone numbers), and regardless of the number of loans serviced by JPMCB or Chase Home Finance LLC.

**Please fill out the information below and mail your completed Claim Form to the below address and postmarked by July 10, 2012:**

Connor Settlement
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060
Tel. 1-877-265-2018

## CLAIMANT IDENTIFICATION

Please fill in your information below. (Please do not use red ink or pencil.)

First Name    M.I.    Last Name

Address 1    Address 2

City    State    Zip Code

Cell Phone Number(s) on which you may have been called by Chase during the class periods described above.
1.      3.
2.      4.

*If you would like to include additional cell phone numbers, please file your claim via phone at 1-877-265-2018 or file online at www.connorTCPAsettlement.com.

(Optional) Current telephone number in case we need to call for anything related to the settlement process.

Last four digits of your Social Security Number.

Signature: _____

FOR CLAIMS PROCESSING ONLY
○ LC
○ OZ

# Group 2

Must Be Postmarked
No Later Than
September 25, 2014

# JPCN1

*Connor, et. al., v. JPMorgan Chase, et. al.*
UNITED STATES DISTRICT COURT
Case No. 10 CV 1284 DMS BGS

# GROUP 2 CLAIM FORM

Each Group 2 Settlement Class member who has not opted-out of the Settlement and who was contacted on their cell phone(s) using an automated dialer or pre-recorded voice message regarding a loan serviced or subserviced by JPMorgan Chase Bank, NA or Chase Home Finance LLC, between June 16, 2006 to June 15, 2011 (or for former EMC Mortgage Customers with loans serviced by JPMorgan Chase Bank, NA or Chase Home Finance LLC, between June 16, 2006 to July 7, 2011) is entitled to make a claim. Each such Settlement Class Member shall be entitled to make one claim, regardless of the number of calls that were made to the Settlement Class member's cell phone number (or cell phone numbers), and regardless of the number of loans serviced by JPMCB or Chase Home Finance LLC.

**Please fill out the information below and mail your completed Claim Form to the below address and postmarked by September 25, 2014:**

Connor Settlement
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060
Tel. 1-877-265-2018

## CLAIMANT IDENTIFICATION

Please fill in your information below. (Please do not use red ink or pencil.)

First Name  M.I.  Last Name

Address 1   Address 2

City   State   Zip Code

Cell Phone Number(s) on which you may have been called by Chase during the class periods described above.

1. ___ — ___ — ___        3. ___ — ___ — ___
2. ___ — ___ — ___        4. ___ — ___ — ___

*If you would like to include additional cell phone numbers, please file your claim via phone at 1-877-265-2018 or file online at www.connorTCPAsettlement.com.

(Optional) Current telephone number in case we need to call for anything related to the settlement process.

___ — ___ — ___

Last four digits of your Social Security Number.

Signature: _____

FOR CLAIMS PROCESSING ONLY     ○ LC   ○ OZ