# Exhibit E

**Banktruptcy Trustee Exclusions**

|    | First Name | Last Name |
|----|------------|-----------|
| 1  | HERBERT ULMER | PEGUES II |
| 2  | DENNIS | CADLE |
| 3  | FREDRINA | BROWN |
| 4  | MICHAEL | FALVO |
| 5  | ANDREW | KIRKMAN |
| 6  | MATTHEW FRANK | HOLCOMB |
| 7  | RENEE | LOPEZ |
| 8  | TRICIA | MAJCZENKO |
| 9  | DEBORAH L | OSBORNE |
| 10 | AMBROSE JOSEPH | CURRIER JR |
| 11 | PATRICIA M | OWEN |
| 12 | STANLEY | CARTER |
| 13 | RYAN | DAVIS |
| 14 | CHARLES | MORTON III |

**Banktruptcy Trustee Exclusions - Unidentified as Class Members**

|    | First Name | Last Name |
|----|------------|-----------|
| 1  | MAUREEN | CADLE |
| 2  | MARIA | FALVO |
| 3  | LAWRENCE | DUSK |
| 4  | VINCENT | DINARDO |
| 5  | MARIA | OLARTE |
| 6  | SHARON | STRAW |
| 7  | CURTIS | MOYER |
| 8  | CORRINA | MOYER |
| 9  | ROBERT | WISEMAN |
| 10 | DALE | BERTONI |
| 11 | BARBARA JOANN | DARLING |
| 12 | JIM | DAVARI |
| 13 | TERRY | DAVARI |
| 14 | JANICE ELAINE | MEDRANO |
| 15 | DIANA | MUNOZ-ALDANA |
| 16 | CHARLES R | HUNZEKER |
| 17 | WALTER | BOCKMILLER |
| 18 | VIRGINIA | BOCKMILLER |
| 19 | JOANN | CAPONI |
| 20 | CHARLES | FRENCH |
| 21 | CYNTHIA | FRENCH |
| 22 | SUSAN | THORNTON |
| 23 | DZENITA | DEDOVIC |
| 24 | THOMAS | GODWIN |
| 25 | MICHAE | SANDERS |
| 26 | GENTA | SANDERS |

| | | |
|---|---|---|
| 27 | CYNTHIA LYNN | LAUB |
| 28 | JAMES P | KING |
| 29 | LAURIE | GEHRT |
| 30 | CHERYL | THERRIEN |
| 31 | MARY | PEEK |
| 32 | DAMON | ZASSENBRAKER |
| 33 | AMY | ZASSENBRAKER |
| 34 | JAMES | GIERSCHKE |
| 35 | DANA | GEIRSCHKE |
| 36 | DOMINIC | MONFRED |
| 37 | TESHANNA | MONFRED |
| 38 | MELISSA | CARTER |
| 39 | HENRY | SANCHEZ |
| 40 | JONATAN | ABRAHAM |
| 41 | KENNETH | SILL |
| 42 | KATHRYN | SILL |
| 43 | LORY | MATHIS |
| 44 | DONALD | KNISLEY |
| 45 | BONNIE | KNISLEY |
| 46 | WILLIAM | FARRELL |
| 47 | JESSICA | WARD |
| 48 | SHIRLEY | MITCHELL |
| 49 | EDEN | SCANLAN |
| 50 | BRIAN R | MCGEE |