# Exhibit F

Connor v. JPMorgan

Group 1 - Timely Requests for Exclusion (including bankruptcy trustee exclusions)

|    | FirstName | LastName |
|----|-----------|----------|
| 1  | DELIA     | AIKENS   |
| 2  | AUDREY    | AKPAN    |
| 3  | AMRO      | ALBANNA  |
| 4  | ROWENA    | ALBANNA  |
| 5  | MITRA     | ALIABAD  |
| 6  | MARK      | ANDERSON |
| 7  | BRENDA    | ANDERSON |
| 8  | APRIL     | ARACRI   |
| 9  | HOWARD    | ARCURI   |
| 10 | ROBERT L J | ARLEO   |
| 11 | OLENE     | ARNETT   |
| 12 | ARNOLD L  | ARNETT JR |
| 13 | MICHELLE  | ARNOLD   |
| 14 | ELIZABETH | ATEN     |
| 15 | MARIA     | AVITUA   |
| 16 | TERRY     | BEALS    |
| 17 | CHRIS     | BENSON   |
| 18 | KENNETH   | BLACKWELL |
| 19 | KATHLEEN  | BLACKWELL |
| 20 | BONNIE    | BOONE    |
| 21 | DENNIS    | BOONE    |
| 22 | MARK      | BRAUND   |
| 23 | JEFFERY   | BREWER   |
| 24 | HEATHER   | BREWER   |
| 25 | KWAN      | CHENG    |
| 26 | WILLIAM   | COOK     |
| 27 | LOIS      | CORNFORTH |
| 28 | BRENDA    | COX      |
| 29 | DAYNA     | CRUMLEY  |
| 30 | KIMBERLY  | DAVIS    |
| 31 | VICKIE    | DEATON   |
| 32 | JEFFREY   | DEEL     |
| 33 | JOHN      | DOANE    |
| 34 | DENISE    | DONAHOO  |
| 35 | RUTHIE    | DRUNGO   |
| 36 | RONDA     | DUNLAP   |
| 37 | REGINA    | ELLIOTT  |
| 38 | MATTHEW   | ELLIOTT  |
| 39 | ELIA      | ESPINOSA |
| 40 | AMY       | EVANS    |
| 41 | WILLIAM   | FARRELL  |
| 42 | PETER     | FIORENTINO |

Connor v. JPMorgan

Group 1 - Timely Requests for Exclusion (including bankruptcy trustee exclusions)

|    | FirstName  | LastName  |
|----|------------|-----------|
| 43 | JEFFERY    | FORD      |
| 44 | ROBERT     | FRITSCHE  |
| 45 | DEENA      | FRITSCHE  |
| 46 | VIRGINIA   | FUENTES   |
| 47 | BRANDA     | FURNESS   |
| 48 | FRANCIS    | FURNESS   |
| 49 | BETTY JEAN | GARVEY    |
| 50 | GALE       | GLADNEY   |
| 51 | ISAURA     | GONZALEZ  |
| 52 | NORRIS     | GRAGG     |
| 53 | PATRICIA   | GRIFFIN   |
| 54 | ALEJANDRO  | GUTIERREZ |
| 55 | KATHRYN    | HALL      |
| 56 | PAT        | HANAWALT  |
| 57 | PAULA      | HARTIG    |
| 58 | PETER      | HAWKES    |
| 59 | SCOTT      | HENDERSON |
| 60 | WILLIAM    | HOLMES    |
| 61 | PETER      | HORAN     |
| 62 | PATRICK    | HORGAN    |
| 63 | LEEANN     | HOWARD    |
| 64 | SIMPSON    | HUNT      |
| 65 | DONNA      | JACK      |
| 66 | DILLARD    | JACK      |
| 67 | AMANDA     | JOHNSTON  |
| 68 | DIANNE     | KEPLEY    |
| 69 | YUN        | KIM       |
| 70 | DUK        | KIM       |
| 71 | LENINA     | KING      |
| 72 | CAROL      | KIRBY     |
| 73 | BRIAN      | KUCSAN    |
| 74 | DAVID      | LAWRENCE  |
| 75 | MARTHA     | LOJA      |
| 76 | BEN        | LOONEY    |
| 77 | JOSE       | LOPEZ     |
| 78 | MARTY      | LOVATO    |
| 79 | GARY       | LOWRY     |
| 80 | SUSAN      | MACK      |
| 81 | LARRY      | MACK      |
| 82 | ARTHUR     | MASSEY    |
| 83 | TERRI      | MASSEY    |
| 84 | ROSEMARY   | MCDONALD  |

Connor v. JPMorgan

Group 1 - Timely Requests for Exclusion (including bankruptcy trustee exclusions)

|     | FirstName | LastName |
| --- | --- | --- |
| 85 | CECIL | MCDONALD |
| 86 | BARBARA | MCGEHEE |
| 87 | CHARLES | MCGEHEE |
| 88 | THOMAS | MCGILL |
| 89 | SHAUN | MOORE |
| 90 | BERNADETTE | MOORE |
| 91 | EMMA | MORALES |
| 92 | SUJEILY | MORALES |
| 93 | NABIL | MOUBAYED |
| 94 | MARIA | MOUBAYED |
| 95 | MARIA | NICDAO |
| 96 | ANNETTE | OAKLEY |
| 97 | CECILIA | ORTEGA |
| 98 | MARY | OVERHOLSER |
| 99 | MERLE | OVERHOLSER |
| 100 | SHANE | PARRETT |
| 101 | ALEJANDRO | PAZOS |
| 102 | DOUGLAS | PHILLIPS |
| 103 | NAKIA | PHILLIPS |
| 104 | JEAN | PINEDA |
| 105 | CRISANTO J | PINEDA JR |
| 106 | WILLIAM | PLACE |
| 107 | ROBIN | PRIOR |
| 108 | CHARLES | PRIOR |
| 109 | KEVIN | QUACH |
| 110 | DAMIANA | RABIDEAU |
| 111 | MERCEDES | RAMIREZ |
| 112 | ALBERT | ROBINSON |
| 113 | FRANK | RODRIGUEZ |
| 114 | DENNY | RODRIGUEZ |
| 115 | DREW | ROICKI |
| 116 | ROSETTA | ROSE |
| 117 | JONATHAN | ROSS |
| 118 | ALI | ROUEENFAR |
| 119 | SHEILA | SALMON |
| 120 | JOSEPH | SALVANESCHI |
| 121 | CORA | SAUNDERS |
| 122 | JENNIS | SAVOURY |
| 123 | DANNY | SELL JR |
| 124 | LINDA | SETZER |
| 125 | ABRAHAM | SHAOUL |
| 126 | SOYLA | SMITH |

Connor v. JPMorgan

Group 1 - Timely Requests for Exclusion (including bankruptcy trustee exclusions)

|     | FirstName | LastName |
| --- | --- | --- |
| 127 | EMMA | SMITH |
| 128 | HAROLD | SNELL |
| 129 | LISA | STEPHENS |
| 130 | SHANE | STEPHENS |
| 131 | DAVID A | SYRCLE SR |
| 132 | KAREN | TALARICO |
| 133 | AMY | TAYLOR |
| 134 | JUANA | VARGAS |
| 135 | TARANEH | VESSAL |
| 136 | GILBERT | WALTER |
| 137 | KAY | WALTER |
| 138 | JEREMY | WILLOUGHBY |
| 139 | FRANCES | WITT |
| 140 | DARREN | WOLFE |
| 141 | BELINDA | WOLFE |
| 142 | GINA | WRIGHT |
| 143 | DIANE | WRIGHT |
| 144 | CHARLES | WRIGHT |
| 145 | GERMAN | YAKUBOV |
| 146 | TIMOTHY | YORK |
| 147 | HERBERT ULMER | PEGUES II |
| 148 | DENNIS | CADLE |
| 149 | FREDRINA | BROWN |
| 150 | MICHAEL | FALVO |
| 151 | ANDREW | KIRKMAN |
| 152 | MATTHEW FRANK | HOLCOMB |
| 153 | RENEE | LOPEZ |
| 154 | TRICIA | MAJCZENKO |
| 155 | DEBORAH L | OSBORNE |
| 156 | AMBROSE JOSEPH | CURRIER JR |
| 157 | PATRICIA M | OWEN |
| 158 | STANLEY | CARTER |
| 159 | RYAN | DAVIS |
| 160 | CHARLES | MORTON III |
| 161 | MAUREEN | CADLE |
| 162 | MARIA | FALVO |
| 163 | LAWRENCE | DUSK |
| 164 | VINCENT | DINARDO |
| 165 | MARIA | OLARTE |
| 166 | SHARON | STRAW |
| 167 | CURTIS | MOYER |
| 168 | CORRINA | MOYER |

Connor v. JPMorgan

Group 1 - Timely Requests for Exclusion (including bankruptcy trustee exclusions)

|     | FirstName | LastName |
| --- | --- | --- |
| 169 | ROBERT | WISEMAN |
| 170 | DALE | BERTONI |
| 171 | BARBARA JOANN | DARLING |
| 172 | JIM | DAVARI |
| 173 | TERRY | DAVARI |
| 174 | JANICE ELAINE | MEDRANO |
| 175 | DIANA | MUNOZ-ALDANA |
| 176 | CHARLES R | HUNZEKER |
| 177 | WALTER | BOCKMILLER |
| 178 | VIRGINIA | BOCKMILLER |
| 179 | JOANN | CAPONI |
| 180 | CHARLES | FRENCH |
| 181 | CYNTHIA | FRENCH |
| 182 | SUSAN | THORNTON |
| 183 | DZENITA | DEDOVIC |
| 184 | THOMAS | GODWIN |
| 185 | MICHAE | SANDERS |
| 186 | GENTA | SANDERS |
| 187 | CYNTHIA LYNN | LAUB |
| 188 | JAMES P | KING |
| 189 | LAURIE | GEHRT |
| 190 | CHERYL | THERRIEN |
| 191 | MARY | PEEK |
| 192 | DAMON | ZASSENBRAKER |
| 193 | AMY | ZASSENBRAKER |
| 194 | JAMES | GIERSCHKE |
| 195 | DANA | GEIRSCHKE |
| 196 | DOMINIC | MONFRED |
| 197 | TESHANNA | MONFRED |
| 198 | MELISSA | CARTER |
| 199 | HENRY | SANCHEZ |
| 200 | JONATAN | ABRAHAM |
| 201 | KENNETH | SILL |
| 202 | KATHRYN | SILL |
| 203 | LORY | MATHIS |
| 204 | DONALD | KNISLEY |
| 205 | BONNIE | KNISLEY |
| 206 | WILLIAM | FARRELL |
| 207 | JESSICA | WARD |
| 208 | SHIRLEY | MITCHELL |
| 209 | EDEN | SCANLAN |
| 210 | BRIAN R | MCGEE |