SCOTT A. KRON, ESQ. [State Bar No. 237769]
scott@kronandcard.com
ANNE L. CARD, ESQ. [State Bar No. 273435]
anne@kronandcard.com
KRON & CARD LLP
A Limited Liability Partnership
23421 S. POINTE DR., STE. 280
LAGUNA HILLS, CA 92653-1556
Telephone: (949) 367-0520
Facsimile: (949) 613-8472

Attorney for Objectors
Stephen A. Kron and Cheryl L. Kron

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>Defendants. | Case No.: 10-cv-1284 GPC (BGS)<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE**<br><br><br><br>**The Hon. Gonzalo P. Curiel** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that I, Scott A. Kron, of the law firm Kron & Card LLP, hereby enters an appearance as counsel on behalf of Objectors Stephen A. Kron and Cheryl L. Kron in the above-captioned matter. I am admitted to practice in the United States District Court, Southern District of California.

| | | |
|---|---|---|
| DATED: October 16, 2014 | | KRON AND CARD LLP |

By: /s/ Scott A. Kron
SCOTT A. KRON, ESQ.
Attorney for Objectors
Stephen A. Kron and Cheryl L. Kron

KRON & CARD LLP
23421 S. POINTE DR., STE. 280
LAGUNA HILLS, CA 92653-1556

| | |
|---|---|
| 1 | SCOTT A. KRON, ESQ. [State Bar No. 237769]<br>scott@kronandcard.com<br>ANNE L. CARD, ESQ. [State Bar No. 273435]<br>anne@kronandcard.com<br>KRON & CARD LLP<br>A Limited Liability Partnership<br>23421 S. POINTE DR., STE. 280<br>LAGUNA HILLS, CA 92653-1556<br>Telephone: (949) 367-0520<br>Facsimile: (949) 613-8472<br><br>Attorney for Objector<br>Stephen A. Kron and Cheryl L. Kron |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>Defendants. | Case No.: 10-cv-1284 GPC (BGS)<br><br>**CERTIFICATE OF SERVICE** |

-1-

## CERTIFICATE OF SERVICE

I hereby certify that October 16, 2014, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and to be served upon all counsel of record in this action using the United States District Court for the Southern District of California Electronic Case Filing ("EFC") System.

The document is available for reviewing and downloading from the ECF System.

/s/ Scott A. Kron
Scott A. Kron, Esq.

KRON & CARD LLP
23421 S. POINTE DR., STE. 280
LAGUNA HILLS, CA 92653-1556