SCOTT A. KRON, ESQ. [State Bar No. 237769]
scott@kronandcard.com
ANNE L. CARD, ESQ. [State Bar No. 273435]
anne@kronandcard.com
KRON & CARD LLP
A Limited Liability Partnership
23421 S. POINTE DR., STE. 280
LAGUNA HILLS, CA 92653-1556
Telephone: (949) 367-0520
Facsimile: (949) 613-8472

Attorney for Objectors
Stephen A. Kron and Cheryl L. Kron

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>Defendants. | Case No.: 10-cv-1284 GPC (BGS)<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS BY CHERYL KRON TO PROPOSED CLASS ACTION SETTLEMENT**<br><br><br>**The Hon. Gonzalo P. Curiel** |

Objector Cheryl Kron hereby withdrawals her Objections to Proposed Class Action Settlement (Document No. 125).

///

///

///

///

-1-

DATED: October 24, 2014      KRON AND CARD LLP


By:  /s/ Scott A. Kron
     SCOTT A. KRON, ESQ.
     Attorney for Objectors
     Stephen A. Kron and Cheryl L. Kron

-2-

**NOTICE OF WITHDRAWAL OF OBJECTIONS BY CHERYL KRON TO PROPOSED CLASS ACTION SETTLEMENT**
**Case No. 10-cv-1284 GPC (BGS)**

SCOTT A. KRON, ESQ. [State Bar No. 237769]
scott@kronandcard.com
ANNE L. CARD, ESQ. [State Bar No. 273435]
anne@kronandcard.com
KRON & CARD LLP
A Limited Liability Partnership
23421 S. POINTE DR., STE. 280
LAGUNA HILLS, CA 92653-1556
Telephone: (949) 367-0520
Facsimile: (949) 613-8472

Attorney for Objector
Stephen A. Kron and Cheryl L. Kron

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>Defendants. | Case No.: 10-cv-1284 GPC (BGS)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**
**Case No. 10-cv-1284 GPC (BGS)**

## CERTIFICATE OF SERVICE

I hereby certify that October 24, 2014, I caused the foregoing Notice Of Withdrawal Of Objections By Cheryl Kron To Proposed Class Action Settlement to be filed with the Clerk of the Court and to be served upon all counsel of record in this action using the United States District Court for the Southern District of California Electronic Case Filing ("EFC") System.

The document is available for reviewing and downloading from the ECF System.

/s/ Scott A. Kron
Scott A. Kron, Esq.