Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objectors

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, AND SHERI L. BYWATER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>Defendants. | Case No. 10-CV-1284 GPC (BGS)<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT BY GLENICE MAY CAMARISTA AND JANILEY LYNN CAMARISTA**<br><br>Date: December 4, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Gonzalo P. Curiel |

Objectors, GLENICE MAY CAMARISTA and JANILEY LYNN CAMARISTA, by and through their undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), move this Honorable Court to approve the withdrawal of their objections based on the following facts:

1

CASE NO. 10-CV-1284 GPC
NOTICE OF WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT BY
GLENICE MAY CAMARISTA AND JANILEY LYNNE CAMARISTA

1. GLENICE MAY CAMARISTA and JANILEY LYNN CAMARISTA made the objections in good faith based on the information in the notice of settlement.

2. Counsel for Objectors/movants has conferred with Class Counsel regarding the settlement and withdrawal of the objections.

3. Counsel for movants has communicated by telephone and email with Class Counsel regarding the withdrawal of the objections.

4. Counsel for Objectors / movants engaged in those communications in order to investigate the subject matter of their objections, including but not limited to the basis and computation of the amount paid for each claim in Groups 1 and 2, the basis for the requested attorneys' fees and costs and the source of the funds for those payments for attorneys' fees and costs.   As a result of such communications, Counsel for Objectors / movants are satisfied with Plaintiffs' counsel's explanation of the terms of the settlement.

Therefore, GLENICE MAY CAMARISTA and JANILEY LYNN CAMARISTA withdraw their objections to the settlement in this matter and request court approval for the withdrawal of their objections.

LAW OFFICES OF DARRELL PALMER PC

Dated:   October 28, 2014          By: /s/ Joseph Darrell Palmer_____
                                            Joseph Darrell Palmer

                                        Attorney for Objectors Glenice May Camarista and Janiley Lynne Camarista

2

CASE NO. 10-CV-1284 GPC
NOTICE OF WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT BY
GLENICE MAY CAMARISTA AND JANILEY LYNNE CAMARISTA

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

/s/ Joseph Darrell Palmer\_\_\_\_
Joseph Darrell Palmer

3

CASE NO. 10-CV-1284 GPC
NOTICE OF WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT BY
GLENICE MAY CAMARISTA AND JANILEY LYNNE CAMARISTA