UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, AND SHERI L. BYWATER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>JPMORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>Defendants. | Case No. 10-CV-1284 GPC (BGS)<br><br>**ORDER GRANTING WITHDRAWAL OF OBJECTIONS TO PROPOSED SETTLEMENT BY GLENICE MAY CAMARISTA AND JANILEY LYNN CAMARISTA** |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED:**

That the withdrawal of objections made by Glenice May Camarista and Janiley Lynn Camarista is hereby approved.

**SO ORDERED.**

Dated: October 29, 2014     _____
                                            Honorable Gonzalo P. Curiel