1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **SOUTHERN DISTRICT OF CALIFORNIA**
10
PATRICIA CONNOR, Individually          CASE NO. 3:10-cv-1284-GPC-BGS
and on Behalf of All Others Similarly
11   Situated,                              **ORDER GRANTING JOINT**
                                            **MOTION TO CONTINUE FINAL**
12                         Plaintiff,       **APPROVAL HEARING DATE**
13        v.                                **[ECF No. 150]**
14   JPMORGAN CHASE BANK and
     FEDERAL NATIONAL
15   MORTGAGE ASSOCIATION, aka
     FANNIE MAE,
16
                         Defendants.
17
18        Having considered the parties' Joint Motion to Continue Final Approval Hearing
19   Date, and finding good cause therefor, the Court **GRANTS** the Joint Motion.
20   Accordingly, **IT IS HEREBY ORDERED** that:
21        1.   The Final Approval Hearing[1] and the hearing on Objector Stephen Kron's
22             Motion for Leave to File Claim, (ECF No. 137), are **CONTINUED** until
23             **December 15, 2014 at 1:30 p.m.** All prior related briefing deadlines shall
24             remain unchanged;
25        2.   Using the same procedure specified on page 5 of ECF No. 100, the Claims
26             Administrator shall mail notice of the continued Final Approval Hearing
27
28   ────────────────────
          [1]All terms in this Order are defined the same as they are in ECF No. 100.

1   date to any Group 2 Settlement Class Member who has, prior to the entry

2   of this Order, submitted a valid request for exclusion from the Settlement

3   or submitted a valid objection to the Settlement **on or before December**

4   **5, 2014**;

5   3.   The Claims Administrator shall update the settlement website

6   (https://www.connortcpasettlement.com) to give notice of the continued

7   Final Approval Hearing date **on or before December 5, 2014**; and

8   4.   Notice of the continued Final Approval Hearing date shall be included in

9   any future notice being provided to the Settlement Class or Group 2

10   Settlement Class.

11   DATED:  December 2, 2014

12

13   HON. GONZALO P. CURIEL

14   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28