C. Benjamin Nutley (177431)
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
Telephone: (626) 204-4060
Facsimile: (626) 204-4061
nutley@zenlaw.com

*Attorney for Objector John W. Davis*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Connor, Shari L. Bywater, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMorgan Chase Bank and Federal National Mortgage Association a/k/a Fannie Mae,<br><br>Defendants. | Case No. 10 CV 1284 GPC BGS<br><br>**JOINT MOTION FOR APPROVAL OF:**<br><br>**(1) WITHDRAWAL OF DAVIS OBJECTION, AND**<br><br>**(2) AGREEMENT ALLOCATING OBJECTOR ATTORNEYS' FEES AND INCENTIVE AWARD**<br><br>Date:     December 15, 2014<br>Time:    1:30 p.m.<br>Judge:   Hon. Gonzalo P. Curiel<br>Courtroom: 2D |

WHEREAS class member John W. Davis filed an objection to the settlement of this case, asserting *inter alia* that the Settling Parties had omitted eligible class members from the list of approved claimants under the settlement.

WHEREAS defendant subsequently undertook an investigation resulting in the discovery of 1,303,112 additional individuals entitled to make claims.

WHEREAS the settling parties, with the participation of Davis's counsel C. Benjamin Nutley, conducted further negotiations and amended the settlement to increase the amount of money to be paid to the Class, resulting in an increase in the value of the settlement of at least $1.9 million.

WHEREAS the primary objections that Davis lodged have been met because: (1) the omitted class members were discovered, notified, and compensated; (2) the settlement was amended to increase the amounts to be paid to existing and newly-discovered class members, and (3) Class Counsel's present request for attorneys' fees has been reduced in absolute terms, and Class Counsel expended considerable additional effort on behalf of the Class after Davis's objection.

WHEREAS Class Counsel and Davis's counsel Nutley subsequently negotiated in good faith to determine appropriate attorneys' fees to be allocated to Davis's counsel and, on consideration of the relevant factors, agreed upon the source and amount of fees to be paid.

THEREFORE, the settling parties hereby respectfully move as follows:

1. For an order approving the withdrawal of Davis's objection, as having been substantially met; and

2. For an Order recognizing that Class Counsel have agreed that the participation of Davis and his counsel Nutley was beneficial to the result in the case, and approving the agreed allocation of $345,000 for fees, expenses, and incentive award to Davis and his counsel.  The payment shall be taken from the fee awarded to Class Counsel in the case, and shall be paid over within five days of Class Counsel's receipt of their own fee.  The payment shall be divided as follows: $342,500 as fees and expenses, payable to Mr. Nutley, and $2,500 as an incentive payment, payable to Mr. Davis.

Dated:	December 3, 2014

*/s/*  C. Benjamin Nutley
Counsel for John W. Davis

1055 E. Colorado Blvd., 5th Floor
Pasadena, California  91106
Telephone:  (626) 204-4060
Facsimile:  (626) 204-4061
Email: nutley@zenlaw.com

Dated:	December 3, 2014

*/s/*  Douglas J. Campion
Counsel for Plaintiffs PATRICIA CONNOR and SHERI L. BYWATER and the Proposed Settlement Class

Law Offices of Douglas J. Campion 409
Camino Del Rio South, Suite 303
San Diego, CA  92108
Email: doug@djcampion.com

## ECF Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Douglas Campion, counsel for the Class, and that I have obtained Mr. Campion's authorization to affix their electronic signature to this document.

Dated:    December 5, 2014

                                                                */s/* C. Benjamin Nutley
                                                                Attorney for Objector John W. Davis
                                                                Email: Nutley@zenlaw.com

**Certificate of Electronic Service**

I hereby certify that on December 5, 2014, a copy of the foregoing **JOINT MOTION FOR APPROVAL OF: (1) WITHDRAWAL OF DAVIS OBJECTION, AND (2) AGREEMENT ALLOCATING OBJECTOR ATTORNEYS' FEES AND INCENTIVE AWARD** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic Filing. Parties may access this filing through the court's EM/ECF System.

Dated: December 5, 2014

                          */s/* C. Benjamin Nutley
                          Attorney for Objector John W. Davis
                          Email: Nutley@zenlaw.com