```
 1  SCOTT A. KRON, ESQ. [State Bar No. 237769]
    scott@kronandcard.com
 2  ANNE L. CARD, ESQ. [State Bar No. 273435]
    anne@kronandcard.com
 3  KRON & CARD LLP
    A Limited Liability Partnership
 4  23421 S. POINTE DR., STE. 280
    LAGUNA HILLS, CA 92653-1556
 5  Telephone:  (949) 367-0520
 6  Facsimile:   (949) 613-8472

 7  Attorney for Objector
    Stephen A. Kron
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>Defendants. | Case No.: 10-cv-1284 GPC (BGS)<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS BY STEPHEN A. KRON TO PROPOSED CLASS ACTION SETTLEMENT**<br><br>Date: December 15, 2014<br>Time: 1:30 p.m.<br>Courtroom: 2D<br><br>**The Hon. Gonzalo P. Curiel** |
|---|---|

Objector Stephen A. Kron, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 23€(5), move this Court to approve the withdrawal of his objection (Document No. 125) based on the following facts:

///

///

///

-1-

1. Stephen A. Kron made the objections in good faith based on the information in the notice of settlement.

2. Counsel for Objector/movant has conferred with Class Counsel regarding the settlement and withdrawal of the objections.

3. Counsel for movant has communicated in person, by telephone and email with Class Counsel regarding the withdrawal of the objections.

4. Counsel for Objector/movant engaged in those communications in order to investigate the subject matter of the objections, including but not limited to the selection of a *cy pres* recipient and the proposed use of the *cy pres* funds. As a result of such communications, Class Counsel have agreed, in accordance with the proposed Settlement Agreement and Release, to propose Electronic Frontier Foundation, Inc., a nonprofit Public Benefit Corporation, as the *cy pres* recipient of any excess settlement funds as set forth in the proposed Settlement Agreement and Release terms of when and in what manner a *cy pres* receipt will receive any funds from the settlement.

Therefore, Stephen A. Kron withdraws his objections to the settlement in this matter and requests Court approval for the withdrawal of his objections.

DATED: December 10, 2014            KRON AND CARD LLP


By:  /s/ Scott A. Kron
     SCOTT A. KRON, ESQ.
     Attorney for Objectors
     Stephen A. Kron

| | |
|---|---|
| 1 | SCOTT A. KRON, ESQ. [State Bar No. 237769] |
| 2 | scott@kronandcard.com |
|   | ANNE L. CARD, ESQ.   [State Bar No. 273435] |
| 3 | anne@kronandcard.com |
|   | KRON & CARD LLP |
| 4 | A Limited Liability Partnership |
|   | 23421 S. POINTE DR., STE. 280 |
| 5 | LAGUNA HILLS, CA 92653-1556 |
|   | Telephone:   (949) 367-0520 |
| 6 | Facsimile:    (949) 613-8472 |
| 7 | Attorney for Objector |
|   | Stephen A. Kron |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND BEHALF OF ALL OTHER SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, <br><br> Defendants. | Case No.: 10-cv-1284 GPC (BGS) <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that December 10, 2014, I caused the foregoing Notice of Withdrawal of Objections by Stephen A. Kron to Proposed Class Action Settlement to be filed with the Clerk of the Court and to be served upon all counsel of record in this action using the United States District Court for the Southern District of California Electronic Case Filing ("EFC") System.

The document is available for reviewing and downloading from the ECF System.

                                        /s/ Scott A. Kron
                                        Scott A. Kron, Esq.