**EXHIBIT B**

Connor v. JPMorgan Chase
Group 1 - Timely Requests for Exclusion

|    | FirstName | LastName |
|----|-----------|----------|
| 1  | DELIA     | AIKENS   |
| 2  | AUDREY    | AKPAN    |
| 3  | AMRO      | ALBANNA  |
| 4  | ROWENA    | ALBANNA  |
| 5  | MITRA     | ALIABAD  |
| 6  | MARK      | ANDERSON |
| 7  | BRENDA    | ANDERSON |
| 8  | APRIL     | ARACRI   |
| 9  | HOWARD    | ARCURI   |
| 10 | ROBERT L J| ARLEO    |
| 11 | OLENE     | ARNETT   |
| 12 | ARNOLD L  | ARNETT JR|
| 13 | MICHELLE  | ARNOLD   |
| 14 | ELIZABETH | ATEN     |
| 15 | MARIA     | AVITUA   |
| 16 | TERRY     | BEALS    |
| 17 | CHRIS     | BENSON   |
| 18 | KENNETH   | BLACKWELL|
| 19 | KATHLEEN  | BLACKWELL|
| 20 | BONNIE    | BOONE    |
| 21 | DENNIS    | BOONE    |
| 22 | MARK      | BRAUND   |
| 23 | JEFFERY   | BREWER   |
| 24 | HEATHER   | BREWER   |
| 25 | KWAN      | CHENG    |
| 26 | WILLIAM   | COOK     |
| 27 | LOIS      | CORNFORTH|
| 28 | BRENDA    | COX      |
| 29 | DAYNA     | CRUMLEY  |
| 30 | KIMBERLY  | DAVIS    |
| 31 | VICKIE    | DEATON   |
| 32 | JEFFREY   | DEEL     |
| 33 | JOHN      | DOANE    |
| 34 | DENISE    | DONAHOO  |
| 35 | RUTHIE    | DRUNGO   |
| 36 | RONDA     | DUNLAP   |
| 37 | REGINA    | ELLIOTT  |
| 38 | MATTHEW   | ELLIOTT  |
| 39 | ELIA      | ESPINOSA |
| 40 | AMY       | EVANS    |
| 41 | WILLIAM   | FARRELL  |
| 42 | PETER     | FIORENTINO|
| 43 | JEFFERY   | FORD     |
| 44 | ROBERT    | FRITSCHE |

Connor v. JPMorgan Chase
Group 1 - Timely Requests for Exclusion

| # | FirstName | LastName |
|---|---|---|
| 45 | DEENA | FRITSCHE |
| 46 | VIRGINIA | FUENTES |
| 47 | BRANDA | FURNESS |
| 48 | FRANCIS | FURNESS |
| 49 | BETTY JEAN | GARVEY |
| 50 | GALE | GLADNEY |
| 51 | ISAURA | GONZALEZ |
| 52 | NORRIS | GRAGG |
| 53 | PATRICIA | GRIFFIN |
| 54 | ALEJANDRO | GUTIERREZ |
| 55 | KATHRYN | HALL |
| 56 | PAT | HANAWALT |
| 57 | PAULA | HARTIG |
| 58 | PETER | HAWKES |
| 59 | SCOTT | HENDERSON |
| 60 | WILLIAM | HOLMES |
| 61 | PETER | HORAN |
| 62 | PATRICK | HORGAN |
| 63 | LEEANN | HOWARD |
| 64 | SIMPSON | HUNT |
| 65 | DONNA | JACK |
| 66 | DILLARD | JACK |
| 67 | AMANDA | JOHNSTON |
| 68 | DIANNE | KEPLEY |
| 69 | YUN | KIM |
| 70 | DUK | KIM |
| 71 | LENINA | KING |
| 72 | CAROL | KIRBY |
| 73 | BRIAN | KUCSAN |
| 74 | DAVID | LAWRENCE |
| 75 | MARTHA | LOJA |
| 76 | BEN | LOONEY |
| 77 | JOSE | LOPEZ |
| 78 | MARTY | LOVATO |
| 79 | GARY | LOWRY |
| 80 | SUSAN | MACK |
| 81 | LARRY | MACK |
| 82 | ARTHUR | MASSEY |
| 83 | TERRI | MASSEY |
| 84 | ROSEMARY | MCDONALD |
| 85 | CECIL | MCDONALD |
| 86 | BARBARA | MCGEHEE |
| 87 | CHARLES | MCGEHEE |
| 88 | THOMAS | MCGILL |

Connor v. JPMorgan Chase
Group 1 - Timely Requests for Exclusion

|     | FirstName | LastName |
| --- | --- | --- |
| 89 | SHAUN | MOORE |
| 90 | BERNADETTE | MOORE |
| 91 | EMMA | MORALES |
| 92 | SUJEILY | MORALES |
| 93 | NABIL | MOUBAYED |
| 94 | MARIA | MOUBAYED |
| 95 | MARIA | NICDAO |
| 96 | ANNETTE | OAKLEY |
| 97 | CECILIA | ORTEGA |
| 98 | MARY | OVERHOLSER |
| 99 | MERLE | OVERHOLSER |
| 100 | SHANE | PARRETT |
| 101 | ALEJANDRO | PAZOS |
| 102 | DOUGLAS | PHILLIPS |
| 103 | NAKIA | PHILLIPS |
| 104 | JEAN | PINEDA |
| 105 | CRISANTO J | PINEDA JR |
| 106 | WILLIAM | PLACE |
| 107 | ROBIN | PRIOR |
| 108 | CHARLES | PRIOR |
| 109 | KEVIN | QUACH |
| 110 | DAMIANA | RABIDEAU |
| 111 | MERCEDES | RAMIREZ |
| 112 | ALBERT | ROBINSON |
| 113 | FRANK | RODRIGUEZ |
| 114 | DENNY | RODRIGUEZ |
| 115 | DREW | ROICKI |
| 116 | ROSETTA | ROSE |
| 117 | JONATHAN | ROSS |
| 118 | ALI | ROUEENFAR |
| 119 | SHEILA | SALMON |
| 120 | JOSEPH | SALVANESCHI |
| 121 | CORA | SAUNDERS |
| 122 | JENNIS | SAVOURY |
| 123 | DANNY | SELL JR |
| 124 | LINDA | SETZER |
| 125 | ABRAHAM | SHAOUL |
| 126 | SOYLA | SMITH |
| 127 | EMMA | SMITH |
| 128 | HAROLD | SNELL |
| 129 | LISA | STEPHENS |
| 130 | SHANE | STEPHENS |
| 131 | DAVID A | SYRCLE SR |
| 132 | KAREN | TALARICO |

Connor v. JPMorgan Chase

Group 1 - Timely Requests for Exclusion

|     | FirstName | LastName |
|-----|-----------|----------|
| 133 | AMY | TAYLOR |
| 134 | JUANA | VARGAS |
| 135 | TARANEH | VESSAL |
| 136 | GILBERT | WALTER |
| 137 | KAY | WALTER |
| 138 | JEREMY | WILLOUGHBY |
| 139 | FRANCES | WITT |
| 140 | DARREN | WOLFE |
| 141 | BELINDA | WOLFE |
| 142 | GINA | WRIGHT |
| 143 | DIANE | WRIGHT |
| 144 | CHARLES | WRIGHT |
| 145 | GERMAN | YAKUBOV |
| 146 | TIMOTHY | YORK |
| 147 | VIRGINIA | BOCKMILLER |
| 148 | WALTER | BOCKMILLER |
| 149 | FREDRINA | BROWN |
| 150 | DENNIS | CADLE |
| 151 | STANLEY | CARTER |
| 152 | AMBROSE JOSEPH | CURRIER JR |
| 153 | RYAN | DAVIS |
| 154 | DZENITA | DEDOVIC |
| 155 | MICHAEL | FALVO |
| 156 | LAURIE | GEHRT |
| 157 | THOMAS | GODWIN |
| 158 | MATTHEW FRANK | HOLCOMB |
| 159 | JAMES P | KING |
| 160 | ANDREW | KIRKMAN |
| 161 | DONALD | KNISLEY |
| 162 | BRIAN R | MCGEE |
| 163 | DOMINIC | MONFRED |
| 164 | PATRICIA M | OWEN |
| 165 | MARY | PEEK |
| 166 | HERBERT ULMER | PEGUES II |
| 167 | HENRY | SANCHEZ |
| 168 | JESSICA | WARD |

Connor v. JPMorgan Chase
Group 2 - Timely Requests for Exclusion

|    | First Name          | Last Name       |
|----|---------------------|-----------------|
| 1  | LISA CAROL          | ALLEN           |
| 2  | LORRETTA J          | BECKWITH        |
| 3  | DANIEL L            | BELHUMUER       |
| 4  | RANDI B             | BELHUMUER       |
| 5  | MARGARET H          | BRADLEY         |
| 6  | EILEEN              | BRITT           |
| 7  | TOWSHAWIA           | BRUNER          |
| 8  | AMY E               | CAMPBELL        |
| 9  | ANDREW D            | CARR            |
| 10 | JOHN                | CHRISTAKIS      |
| 11 | ADAM                | COLLIER         |
| 12 | LAURA               | COLLIER         |
| 13 | SALLY               | CROWLEY LUCIANO |
| 14 | ESTATE OF THEODORE  | DAVID           |
| 15 | GAYLE               | DEARMAN         |
| 16 | KASHKA              | DEBRUHL         |
| 17 | SUSAN               | DOMINGO         |
| 18 | MARC                | FLUHRER         |
| 19 | ROBERT C            | FOUST           |
| 20 | SUSAN               | GANIERE         |
| 21 | BETTY JEAN          | GARVEY          |
| 22 | STEWART             | GROSS           |
| 23 | MARTIKA             | GUERRERO        |
| 24 | KENNETH             | HALL            |
| 25 | SCOTT E             | HIGGINBOTHAM    |
| 26 | PHYLLIS JEAN        | HOGAN           |
| 27 | TONIE T             | JACOBSEN        |
| 28 | EMMITT W            | JOHNSON         |
| 29 | WILLIAM M           | KELLEY          |
| 30 | LAURA               | LEW             |
| 31 | SHERI               | LIN             |
| 32 | TAWNY               | LONG            |
| 33 | DRANE               | MARCIA          |
| 34 | JEAN CAROL          | MAYFIELD        |
| 35 | SHAWN               | O'HARA          |
| 36 | NATALYA             | OVCHARENKO      |
| 37 | TIMOTHY A           | PETERS          |
| 38 | KATHY A             | PETERS          |
| 39 | JESSICA             | PIERSON         |

Connor v. JPMorgan Chase
Group 2 - Timely Requests for Exclusion

|    | First Name     | Last Name    |
|----|----------------|--------------|
| 40 | MARSHA         | RADNER       |
| 41 | KITTY J        | RICH         |
| 42 | MARJORIE GAIL  | RUPPENTHAL   |
| 43 | TRACEY         | SATO-FLUHRER |
| 44 | GAIL           | SIBBITT      |
| 45 | WILLIE F       | SMITH        |
| 46 | DAVID THOMAS   | SPARKS       |
| 47 | MAXINE E       | SPRICK       |
| 48 | EVA KRISTINA   | STALBRAND    |
| 49 | MARGARET H     | SUMADJI      |
| 50 | TONEY          | TOOMEY       |
| 51 | KIMBERLY D     | TOOMEY       |
| 52 | MIREILLE       | TORJMAN      |
| 53 | JOSE           | VILLALVAZO   |
| 54 | PAUL           | WLECH        |
| 55 | DONNA L        | YONETANI     |
| 56 | ANNETTE        | ZAMORA       |
| 57 | JONATAN        | ABRAHAM      |
| 58 | DALE           | BERTONI      |
| 59 | VINCENT        | DINARDO      |
| 62 | JAMES          | GIERSCHKE    |
| 63 | CYNTHIA LYNN   | LAUB         |
| 64 | TRICIA         | MAJCZENKO    |
| 65 | LORY           | MATHIS       |
| 66 | JANICE ELAINE  | MEDRANO      |
| 67 | SHIRLEY        | MITCHELL     |
| 68 | CHARLES        | MORTON III   |
| 69 | CURTIS         | MOYER        |
| 70 | CORRINA        | MOYER        |
| 71 | MICHAE         | SANDERS      |
| 72 | SHARON         | STRAW        |
| 73 | SUSAN          | THORNTON     |

**Connor v. JPMorgan Chase**

**Bankruptcy Trustee Exclusions**
**Unidentified as Class Members**

| | First Name | Last Name |
|---|---|---|
| 1 | MAUREEN | CADLE |
| 2 | JOANN | CAPONI |
| 3 | MELISSA | CARTER |
| 4 | BARBARA JOANN | DARLING |
| 5 | JIM | DAVARI |
| 6 | TERRY | DAVARI |
| 7 | LAWRENCE | DUSK |
| 8 | MARIA | FALVO |
| 9 | CHARLES | FRENCH |
| 10 | CYNTHIA | FRENCH |
| 11 | CHARLES R | HUNZEKER |
| 12 | BONNIE | KNISLEY |
| 13 | RENEE | LOPEZ |
| 14 | TESHANNA | MONFRED |
| 15 | DIANA | MUNOZ-ALDANA |
| 16 | MARIA | OLARTE |
| 17 | DEBORAH L | OSBORNE |
| 18 | GENTA | SANDERS |
| 19 | EDEN | SCANLAN |
| 20 | KENNETH | SILL |
| 21 | KATHRYN | SILL |
| 22 | CHERYL | THERRIEN |
| 23 | ROBERT | WISEMAN |
| 24 | DAMON | ZASSENBRAKER |
| 25 | AMY | ZASSENBRAKER |