UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CONNOR, AND SHERI L. BYWATER, INDIVIDUALLY AND BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>              Plaintiffs,<br><br>    vs.<br><br>JP MORGAN CHASE BANK AND FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE,<br><br>        Defendants. | Case No.: 10-cv-1284 GPC (BGS)<br><br>**ORDER APPROVING OBJECTOR CHERYL KRON AND STEPHEN A. KRON'S WITHDRAWALS OF OBJECTIONS TO PROPOSED CLASS ACTION SETTLEMENT** |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED:

That the withdrawal of objections made by Cheryl Kron, (ECF No. 133), and Stephen A. Kron, (ECF No. 155), are hereby approved.

SO ORDERED.

Dated: <u>February 5, 2015</u>

_____

Honorable Gonzalo P. Curiel