# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Connor, Shari L. Bywater, individually, and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JPMorgan Chase Bank and Federal National Mortgage Association a/k/a Fannie Mae,<br><br>        Defendants. | Case No. 10 CV 1284 GPC BGS<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF:**<br>**(1) WITHDRAWAL OF DAVIS OBJECTION, AND**<br>**(2) AGREEMENT ALLOCATING OBJECTOR ATTORNEYS' FEES AND INCENTIVE AWARD** |

Having considered the Joint Motion Re: Withdrawal of Objection and Agreement on Objector's Attorneys' Fees and Incentive Award to Objector, and finding good cause therefor, the Court **GRANTS** the Joint Motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. The proposed withdrawal of the Davis objection is approved. The central concerns Davis raised have been met by the subsequent amendment to the settlement.

2. The Court approves the negotiated allocation of $345,000 for fees and expenses to Davis's counsel, C. Benjamin Nutley, and for an incentive award to Davis. The services performed by Davis and his counsel provided a substantial benefit to the Class, justifying the payment of attorneys' fees and an incentive award. The payment shall be taken from the fee awarded to Class Counsel in this case, and shall be paid over within five days of Class Counsel's receipt of their own fee. The payment shall be divided as follows: $342,500 as fees and expenses, payable to Mr. Nutley, and $2,500 as an incentive payment, payable to Mr. Davis.

Dated: February 5, 2015

_____
HON. GONZALO P. CURIEL
United States District Judge